**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

APR 2 3 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VALARY WARD                                                                    PLAINTIFF

VS.                          CASE NO. 4:24-CV-___360-DPM___

ARKANSAS CHILDREN'S HOSPITAL;
GENA WINGFIELD; LEKITA BROWN;
SAMANTHA SUGGS; and WANDA BILELLO                          DEFENDANTS

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendants give notice of the removal of this action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Central Division. Removal jurisdiction based upon federal question, 28 U.S.C. § 1331, is demonstrated by the following:

1.      This case was filed on March 25, 2024, in the Circuit Court of Pulaski County, Arkansas, as civil action number 60CV-24-2448.

2.      Defendants were served with the complaint on April 3, 2024.[1] This Notice of Removal is filed within thirty (30) days of the first delivery of the complaint. A copy of the complaint and its exhibits are attached to this notice as Exhibit "A." The remaining documents filed in state court are attached as Exhibit "B."

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Volpe__

---

[1] Defendants reserve all Fed. R. Civ. P. 12(b) defenses, including all service defenses.

3093616-v1

3.      The case is removed pursuant to 28 U.S.C. § 1441(a). Jurisdiction in the United States District Court for the Eastern District of Arkansas is based on 28 U.S.C. § 1331.

4.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because this action purports to arise under the laws of the United States of America, specifically Title VII of the Civil Rights Act of 1964, the Family and Medical Leave Act (FMLA), and other unspecified federal laws as referenced in ¶¶ 3, 5, and 8–10.[2]

5.      Pursuant to 28 U.S.C. § 1367, the Court has supplemental jurisdiction over plaintiff's parallel claims under state law because those claims arise out of the same operative facts as her claims under federal law and the U.S. Constitution, and therefore "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

6.      The United States District Court for the Eastern District of Arkansas, Central Division, embraces the county in which the state court action is now pending. See 28 U.S.C. § 83(a)(1). This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

7.      All served and properly joined defendants consent to the removal of this action to federal court as required by 28 U.S.C. § 1446(b)(2).

---

[2] Pursuant to Eastern District of Arkansas Local Rule 40.1 and General Order 39(b)(5), defendants give notice that cases involving plaintiff and separate defendant Arkansas Children's Hospital and the same facts and issues were previously assigned to United States District Judge Lee P. Rudofsky. The related cases were *Valary Ward v. Arkansas Children's Hospital*, Case Nos. 4:20-cv-00385-LPR and 4:20-cv-01436-LPR.

2

3093616-v1

8.      Undersigned counsel state that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose. In accordance with 28 U.S.C. § 1446(d), defendants will file a file-marked copy of this notice of removal with the Circuit Clerk of Pulaski County, Arkansas.

WHEREFORE, defendants remove this action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Central Division, and seek resolution by this Court of all issues raised herein.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL: ryoung@wlj.com; dljones@wlj.com
>
> By _____
>      Regina A. Young (96161)
>      Daveante Jones (2016163)
>      *Attorneys for the Defendants*

3

3093616-v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2024, I emailed and mailed the foregoing document and a copy of the Notice of Electronic Filing (NEF) by United States Postal Service to the following non-CM/ECF participant:

Valary Ward
5501 Southboro Drive
Little Rock, Arkansas 72209
*valarynellum@yahoo.com*

*Pro Se Plaintiff*

Daveante Jones

4

3093616-v1

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 4 Pages

In the Circuit Court of Pulaski County, State of Arkansas
_____Division


**Valary Ward**                                                    **Plaintiffs**


**Vs**                                        Case #_____


**Arkansas Children's Hospital**                     **Defendants**
Gena Wingfield
LeKita Brown
Samantha Suggs
Wanda Bilello

### Complaint

My complaint is brought forth against Arkansas Children's Hospital and their Leadership team. My complaint of discrimination, tort, and slander occurs at Arkansas Children's Hospital Located in Pulaski, County. These unlawful acts were inflicted and committed by Management/Leadership within ACH. The action of the ACH representative created a hostile and toxic work environment for myself which I later found out is their pattern. These unlawful acts also include retaliatory practice.

1. Valary Ward acting as my own person (plaintiff) was hired with Arkansas Children's hospital in October 2012 as an Analyst I. Throughout my employment: I repeatedly request a promotion to the position of an Analyst II and Analyst III. I was not given a promotion. During the period of 2015-2018, I applied for the following position within my department-Customer Services, Outpatient Medicaid Analyst I, II and III, Accounts Receivable Analyst I, Commercial Insurance Analyst I, Inpatient Medicaid Analyst I, Manager and Director of Finance, and within the Legal Department. With the exception of two of the positions, I was declined or never interviewed for those positions. The reasons provided to me were that I was not considered due to lack of productivity, was not employed long enough or due to feedback that was provided to the hiring manager stating I was not ready for the position. I met the job requirements for each of those

**EXHIBIT A**

positions and was denied the opportunity. In all cases employees with less productivity, credentials and /or tenure were hired for the position.

2. In October 2013, I expressed to my supervisor Samantha Suggs, I was interested in becoming an Analyst II. I was denied this opportunity even though the entire Outpatient Medicaid team was given instruction, in the department 2013 July fiscal year, to consult with me on problem solving and collections. I was told I hadn't not been employed long enough and she could not promote me before them. In 2014 and 2015 my white co- workers who my supervisor instructed to consult with me in 2013, were promoted to Analyst II and even III from 2014-2017.

3. In October 2015. I expressed concern of not being promoted to Samantha Suggs, again. At this time, I asked if she likes "black people". I then asked to meet with Sheryl Phillip, another manager. At this time, she involved Sheryl Phillip and stated she would review my number in 6 months which would have been April 2016.
Also, In 2015 I started experiencing health issues as it relates to my continued complaint. I was placed on Intermittent FMLA by my physician. For which I remained until I was terminated in 2020. First  Medical certification from my doctor in 2015 from stress dx vertigo headaches and abdominal pain.   In ApriL 2016 I received my first written warning regarding my productivity even though I had the highest collection and reduction.  I reported the incident to the Human Resource Department. After meeting with Human Resources I was warned there would be continued retaliation. Make sure I dot all I's and cross all T's. During this time Samantha Suggs tried to create division between me and the team.

4. In October 2017, I expressed concerns again and requested  a meeting too discuss with Samantha Suggs, my supervisor of 5 years now acting as Interim Director of Patient Finance. In 2017 I was finally rated as Role Model and Strong Performer on my evaluation after being pencil genocide, on prior evaluations. Samantha Suggs stated she would set up a time to discuss. I did not hear back from her to address my concerns.

5. In January 2018, I escalated my concern to the following executives leadership CFO Gena Wingfield, Carol Hudgens VP of Finance in an attempt to get assistance with addressing my concern regarding my lack of promotion and unfair treatment. We discuss the mistreatment and discrimination  of other native (black) experiencing the same concerns. Neither reached out to resolve. In April 2016 a newly elected native (black) was hired to replace VP Carol Hudgens. She contacted me regarding the complaint I emailed Carol Hudgen VP and Gena Wingfied three months prior. She informed me and another native(black) Kimberly Brown at Cajun Wharf that people said she was hired because she was the same color as others.  During the meeting off site we discussed my complaint and other natives(Black) who had or were experiencing the same discrimination and retaliatory process when it came to promoting of native(blacks) vs whites.  .In May 2018 a position of Patient Account Manager became available. I applied and Lekita Brown asked wasn't I on FMLA. I was not interviewed or given an opportunity, even though I remained a top performer.

6. In late January 2018, my mom was diagnosed with pancreatic cancer. During this time the retaliator practices and  defamation increased, which caused severe problems in my personal life.  These unlawful and inhuman acts from Children's Hospital continue to be normal practices for their  leadership and executive with no consequence for their action.

7. In October 2018, I was given my annual evaluation and the rating was the lowest I had received in my tenure. My job was threatened by Lekita Brown on several occasions.I then escalated my concern to Corporate Compliance Erin Parks and Human Resource Direct Chanta Wells. Unfortunately they did not create the confidence and willingness I would have hoped. The retaliator practice escalated and the environment toxicity increased.

8. In March of 2019 I returned from FMLA after my mom passed February 2019 of a year-long battle of pancreatic cancer. When I returned in March 2019 I had been removed from my desk and required to take remedial training. This was not the typical protocol for our department and others returning from FMLA were not required to take remedial training. This was another form of  defamation and asasanation of my character. Continue retaliatory practices, for bringing these unfair practices to Leadership.  I received disciplinary action in April 2019, for which I disagreed.

9. In March 2019 I was given a verbal and written coaching, after which I filed my complaint with EEOC. after which I was terminated after continued harassment in June 2020, contacting the newly elected VP of Human Resource director. The weekend I was terminated was my husband's birthday. He was mad and upset, we argued. He stated I should have kept my mouth closed as he did when he experienced discrimination with Southern Farm. He depended on our health insurance. After I was terminated my marriage went downhill. We divorce in September 2021. Children's Hospital fault against my unemployment.

10. Complaint  was originally filed with the US District Court. This was a piggyback filing from a previous lawsuit filed against Baptist Health in 2003. The attorney I obtained filed my complaint with the US District court which led me to believe this was the first point of filing. correct court.

10. There are laws in place that protect individuals; from employment discrimination, defamation, and tort. The exhibits will outline the discrimination, retaliatory practices,the toxic environment and harassment the plaintiff endured from the defendant management and executive leaders. The defendant knew or should have known this conduct would naturally and probably result in injury and damage. They continued the conduct with malice and reckless behavior in regard to the consequence.  there

A.Exhibit 1  Plaintiff Credentials
B.Exhibit 2 Chain of Command before initial complaint filed
C.Exhibit 3 Executive Leadership communication and actions before filing complaint.
D. Exhibits 4 Samantha Suggs Immediate Supervisor communication and actions before filing complaint.
E. Exhibits 5. Additional position denied interviews or opportunity

F Exhibit 6 FMLA documentations and violations.

Wherefore, Plaintiff pray for immediate relief from the defendant for compensatory damages which include back pay with interest, pain and suffering, damage to my reputation, emotional anguish, humiliation, loss of sex life, diagnosis of depression and anxiety disorder, many sleepless nightmares strained relationship with family and friends and most of all trust issues. The plaintiff asks to be awarded  punitive damages.  And reinstated as CFO. The plaintiff asks for 1 million for each year from 2013-2024 and any additional amount can be awarded.

Respectfully submitted

Valary Ward
5501 Southboro Drive
Pulaski County, 72209
501-960-1473

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 31 Pages

# UNIFORM COVER PAGE

[To be used when required by Administrative Order No. 2 (g)★]

COURT: _____ COURT OF _____ COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER:   *Valany Ward*

DEFENDANT/
RESPONDENT:   *Children's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)):   *A credital & recommendatia*

★Administrative Order No 2.

(g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*Uniform - ( Cover page*

10ß²

**Nellum, Valary W**



From:        Cleo Nellum <cnellum432@icloud.com>
Sent:        Thursday, May 03, 2018 4:44 AM
To:          Nellum, Valary W; valarynellum@yahoo.com
Subject:     A little background in my personal life: I've been

This message was sent from an External Source. Please use caution.

A little background in my personal life: I've been married to my wonderful husband for five years. He has been a pastor to the same congregation for thirty one years. I have four children two which are biological and six grands.I'm committed too supporting all the ministries with in my church. I work closer with the Youth and Women's ministry in the church. I love people. I'm a dedicated and hard worker seeking God's approval in all I do, both professionally and personal.

My leadership, communication, team player, problem solving and analytic skills, and my drive to succeed are a few of my strong attributes that makes me a great fit for the position as the Blue Cross Manager.
I have twenty-one years of knowledge in billing and collecting; from scheduling, obtaining authorization, entering charges, electronic submission,(SSI) posting payments, manage care, auditing and training. I have seven years of management, two years supervisory and a total of three years as an independent contractor.

From October 1986 to 1996: I was employed with the same franchise company (Captain D's) for ten years. My job titles during my tenure started as a cashier to a Dining Room Supervisory. My sole responsibilities was keeping the customer happy. As the Dining/Supervisor I was award the Best Store Hospitality in comparison with other Captain D's in Arkansas. My final position was the Training Store Manager. My responsibilities as the training store manager included training entry level managers and assistant managers, for placement in other locations, to be successful in the day to day operations of the business. Which included, customer service, scheduling, hiring, retaining employee, payroll, weekly and monthly projection, book keeping, purchasing and inventory.

January of 1996 to 2003, I accepted a position with one of largest hospital in the state of Arkansas (Baptist) in the Patient Account Department as a Account Representative I. For seven and a half years; My responsibilities included billing and collecting, handle sometimes while training, over 2500 revolving accounts per month. Billing inpatient, ER, and physician. Billing and collecting to most of largest insurance providers: Medicare, Medicaid, Health Advantage, Blue Cross, United Healthcare, Aetna and Tricare just to name a few. With no experience and an opportunity, after 6 months of employment I became a trainer/floater. After three years I was promoted to an Account Representative III. My final position was the lead Representative III In our SSI department handling the transmitting and receiving of electronic files for six locations. I was also responsible for court duty, which included auditing patients' accounts for court appearances on behalf of Baptist.

In 2003 thru 2011 my billing experience expanded from Inpatient, ER and Physician to Outpatient Billing for Specialist Groups, Home Health, and Pharmacy. My responsibilities included: scheduling, inpatient and outpatient authorizations, referrals, entering charges, transmitting and receiving claims, working rejections, posting payments, bank deposits, book keeping and light patient collection. During this time I operated my own business as independent contractor for a total of three years.( Advance Medical Billing) Adding provider enrollment, EDI electronic data interchange set up and obtain their NPI. (National Provider identification)

1

I joined the ACH team in 2012 as an Analyst I. I was seeking a career with a growing company, great values, room for advancement and retirement benefits. My education and experience consist of: Associates degree in Business Accounting, Certificate of Proficiency in Accounting and four years as a small business owner (Advance Medical Billing Services). My experience totals 21 years in Medical Billing, Collections and 10 years in managerial leadership roles.

Over the last five years I have been one of the top revenue contributors on the team. On my most recent evaluation I was recognized as a role model in the following areas: Quantity & Quality of work, Teamwork and Commitment. These successes demonstrate my leadership and communication abilities.

The requirements for an Analyst II grade include identifying the needs of your peers, supporting your manager and Process Improvement. In 2013 during my evaluation, I shared two ideas with my former supervisor Samantha to improve the over 90 Accounts Receivable. My first idea was to hired additional employees to help reduce the over 90 accounts, I was informed that hiring additional employees was not in our budget. The second idea was to implement a Biller and Collector split. In 2016, I responded to an email from Samantha asking for ideas to help reduce ARs in preparation for the new Epic Software Solution. I suggested the Biller and Collector split again. I was so excited when this idea was finally implemented. This demonstrates my Leadership and Communication skills.

I also take on additional task while maintaining and exceeding my current responsibilities. After three months of employment, I've covered for my team members when they were off while maintaining and exceeding my current responsibilities during my tenure. I've also identified and researched issues throughout the years that have caused delays in our collection and reduction. Through the years I've communicated my findings to my management team.

I've worked diligently with my team throughout my career and I'm so grateful to be a part of ACH. I recognize to have a successful team you should utilize each team member's strengths to achieve and exceed our goals.

I'm now asking to be considered for an Analysts III as a result of my dedication, experience and hard work over the past five years. I'm looking forward to continuing to be a supportive team member by contributing more ideas and solutions to increase revenue while managing Meditech, Epic and my current responsibilities.


Thanks and God Bless

2

# VALARY WARD NELLUM

wardsconsultingservicesllc@yahoo.com  |  |  501-960-1473  |  90 Greystone Blvd, Cabot, AR 72203

website: wardsconsultingservicesllc.org

## Summary

Diligent financial professional with great people skills with the ability to manage accounts, handle business finances, and revenue cycles. Great listening, problem-solving, and reconciliation abilities. Looking to bring over 30 years of related experience to a challenging, growth-oriented position. Seeking employment with a company that stands behind their values with room for advancement, and great benefits.

## Skills

Accounting, Auditing, Billing, Bookkeeping, Business Management, Contract Management, Customer Service, Database Management, Project Manager, Electronic Data Interchange, Training, Hiring, Home Health, Insurance, Inventory, Leadership, Payroll, Purchasing and Receiving, Reconciling, Research, Scheduling, Team Development, Quality Control, Account Management, Reconciliation, Support, Processing, Relationship Building, Planning, Cost Reporting and Managing, Communication, Organization, Process Improvement, Attention to Detail, Surpassing Goals, Delegation, Finance, Healthcare, Accurate Records, Analytical Skills, Efficiency, Revenue Cycle, Scheduling, Registration, Charges, Payments, Appeals, Contract Management, Legal Research, Project Management, Software Implementation, Account Reconciliation, Financial Reports, Epic, Hospital & Physician billing, medical terminology, ICD 9, ICD 10, CPT/ HCPCS, UB92/04, HCFA 1500, HCFA 1450, HIPAA compliance, PHI updated and Trainer by nature.

## Experiences

Ward's Consulting Services llc-
Chief Operation Officer
7/13/2020
www.wardsconsultingservices.org

Arkansas Children's Hospital
Little Rock, Arkansas
**Medical and PASSE Account Analyst**
*October 2012 – June 26th 2020*

- Handles over **2,000** accounts each month
- Implemented process improvements
- Hospital's Planning Committee
- Team Building
- Assisting the coding department with coding issues
- Oversees billing and collection of the Medicaid and PASSE claims
- Trains and mentors staff members
- Identifies issues to prevents delay in reimbursement
- Follows up with insurance/s on claim denials
- Responsible for eligibility research, denials management, appeals, rejections, recoupments, adjustments, and database entry
- Prioritizes customer services and meeting customer needs
- Consistently identifying improvements to increase efficiency
- MMIS,EPIC HB&PB,, PES, EDI, Availity, SSI, Empower, Summit, Arkansas Total Care and Meditech softwares

Pulaski County Sheriff Office

Little Rock, Arkansas
**Budget Clerk**
*January 2012 – September 2012*

- Managed all account and finance matters for the entire Sheriff Department and Regional detention
- account receivable and payable
- Responsible for cost reporting, documenting, and ensuring financial matters were up to date and correct
- Prioritized discrepancy and ensured standards were met
- Direct contact with Pulaski County Comptroller and Executive Leaders within  Sheriff and Detention Facility

Injury Care Chiropractor

Little Rock, Arkansas
**Billing Specialist**
*2010 – 2011*

- Responsible for scheduling, account adjustments, and appeals
- Oversaw charges, payment adjustments, and claim submissions
- Managed medical lien preparation
- Worked with Attorneys, third party insurance payers, and clients

Advanced Medical Billing Company
Little Rock, Arkansas 72204
**Independent Contractor**
*April 2006 – 2010*

- Managed the Healthcare Revenue Cycle for 4 physician offices-OB/GYN, Neurologist, Chiropractor, and Psychologist
- Electronic Interchange Physician's Enrollments
- Trained and Implemented a daily processes to ensure clean claims submission to prevent delay on reimbursements, for all major Insurance providers and others
- Denial appeals to the highest level, ensuring payments for accurate services performed
- Various softwares

American Home Patient
Medic Home Health
Little Rock Arkansas
**Medicare Billing Specialist**
*2004 – 2006*

- Responsible for billing preparations and collections for home health services (DME)
- Obtained authorizations and certificate for medical necessity(CMS) for services
- Working with major insurance providers such as  Medicare, Medicaid, Blue Cross products, and Tricare, and others
- Used Mckesson, Medicare Remote, Medicaid Avecs and AHIN software regularly

Psychiatric Associates of Arkansas
**Billing Specialist**
*November 2003 - November 2004*

- Handled enrollment for 9 providers
- Collaborated with outpatient specialist groups, home health, and pharmacy departments
- Responsible for scheduling, inpatient and outpatient authorization, account adjustments, appeals, denials, and referrals
- Oversaw charges, payments, and transmitting and receiving claims
- Managed account reconciliation, bank deposits, and bookkeeping
- Executed implementation of Electronic Data Interchange and NPI registration

- Used Medicaid Avecs, AHIN, Physician Management, and Medicare remote regularly

**Baptist Medical Center**
Account Representative I, II and III,
Contract Manager, SSI Operator
*March 1996 - 2003*

- Managed **2500** revolving accounts each month
- Transmitted and received electronic data files for **6** locations
- Named top collector out of all staff
- Worked with physicians
- Oversaw billing and collecting
- Worked with insurance providers (Medicare, Medicaid, Health Advantage)
- Audited patients' accounts for Court Appearances
- Directed Manage Care for Contract management
- Cost reporting
- process refunds and underpay
- Implemented software installations
- Collaborated with inpatient and ER departments
- Trained new hired and assisted coworkers with account issues and auditing
- SSI, AHIN, Medicare Remote, Avecs, and MainFrame softwares regularly

Captain D's Restaurant -October 1986- January 1996 Cashier, Diningroom Superviosr, Store Manager to Training Store Manager, I trained Entry Level Manager and Assistant Manager on the business operations, cost management and reporting. And trained Dining Room Supervisor on customer service, scheduling, hiring and payroll.

# Education

**Associate of Science** in Business
*University of Arkansas Pulaski Technical College* | 2011

Healthcare Management
*University of Monticello-* Courses Completed:
Legal Concepts of Healthcare-(A)
Introduction to Public Health-(A)

## Certifications

**Certificate in Accounting |** University of Arkansas Pulaski Technical College|2008

**Certificate|Lean Six Sigma** July 2020

**Certified Pharmacy Technician |** Arkansas State Board of Pharmacy 2017-current

**Member** of American Academy of Professional Coders (AAPC)- 2015-2017
2020-current

Certified Women Owned Business (WOB)
Certified Minority Business Enterprise (MBE)



**Teresa G. Sims**
Director of Contract Compliance

Teresa G. Sims
Director of Contract Compliance
Arkansas Managed Care Organization
#10 Corporate Hill Drive, Suite 200
Little Rock, Arkansas 72205

Subject: Letter of Recommendation for Valary Ward

To Whom It May Concern:

I trained Valary for a position with Baptist Health as an Account Representative Level 1 in March 27,1996. Valary is a very quick energetic learner and her training period was only a couple of week's verses the six-week training program recommended for new hire with the Baptist Health System. Her responsibilities included conducting research of credit balances and insurance overpayments, billing and collection of accounts from insurance companies and patient balances. During the course of her employment, Valary proved to be an able employee, a hard worker, and valued employee.

I was quite impressed by Valary ability to complete all work assigned to her on time, if not before it was due. Valary exceeded in the company and was quickly promoted to Account Representative Level 111. Valary trained new hires, went to court as a representative for Baptist Health. Valary was promoted to the Manage Care Team and SSI for Baptist Health with little or no supervision.

Overall, Valary is a very conscientious and able employee. I certainly believe she has what it takes to be a wonderful employee and will be a tremendous asset to any company. I strongly recommend Valary for any level position she is applying.

Thank you for your consideration and please do not hesitate to contact me if I may provide you with additional information.

Sincerely yours,

Teresa G. Sims
Director of Contract Compliance

Arkansas Managed Care Organization
10 Corporate Hill Drive, Suite 200 - Little Rock, AR 72205-4512
P.O. Box 6218 - Little Rock, AR 72221-6218
501-225-0170 - 888-270-0470 - FAX 501-225-7654 - www.AMCOPPO.com

AMCO - Putting the CARE back in Managed HealthCARE

(12)

To Whom It May Concern:

I am writing this letter of recommendation regarding Valary Ward. I have known her for 8 years. We met at Baptist Health were she trained me as a Patient Account Representative. I gained a lot of knowledge and experience from her.

Upon Valary leaving Baptist Medical Center to broaden her knowledge as a Billing Specialist, I was given a position to train new employees in my department. Valary is a very hard working and articulate individual who always set high goals and standards for herself.

I strongly recommend Valary for any professional level in the medical arena that is warranted by any professional. Valary is a goal setter and likes a challenge. No challenges to difficult for her to resolve.

Also, I recognized and admired her for demonstrating organizational and problem solving skills.

Should you have any questions, please don't hesitate to call me at (501) 425-0828.

Sincerely,

Pat Taylor
237 Pearl Street
Jacksonville, Arkansas  72076

⑬

# PSYCHIATRIC ASSOCIATES OF ARKANSAS, PLLC

### 9601 Lile Drive, Suite 1050
### Little Rock, AR   72205
### (501) 228-7400 phone - (501) 537-7412 fax
Federal Tax ID 71-0764753

Jackie Coombe-Moore, M.D.
Duong Nguyen, M.D., F.A.P.A.
Richard Owings, M.D., Ph.D., F.A.P.A.
Thanh Nguyen, M.D.
Cheralyn Powers, Ph.D.

Lisa Barber, LCSW
Lynne Clifton, LCSW
Diane Doherty, LCSW
Jean Doss, LCSW
Toby Lambert, LCSW
Jody Nichols, LCSW
John Bedwell, LCSW

To Whom It May Concern:

I am writing to recommend Valary Ward to you as an employee. She is intelligent, hard working and very knowledgeable in the field of medical insurance. She is quick to pick up new information and likes a challenge.

We restructured our billing department and unfortunately her position was cut. Should you have a challenging and responsible job to offer her, I'm sure she would perform up to or exceeding your expectations.

Sincerely,

Jean L. Doss, LCSW
Clinic Director

Case 4:20-cv-00385-LPR   Document 37   Filed 09/17/21   Page 20 of 206

# Pulaski Technical College

North Little Rock  Arkansas

To all to whom these presents may come, Greetings

Be it known that

## Valary K. Ward

having satisfactorily completed the program of study
prescribed by the College and upon recommendation of the Faculty
is hereby granted this degree

## Technical Certificate in Accounting

In testimony whereof, we have affixed our signatures

__May 15, 2008__
Date of Award

_____
Chairman, Board of Trustees

_____
President

Case 4:20-cv-00385-LPR    Document 37    Filed 09/17/21    Page 21 of 206

# Pulaski Technical College

North Little Rock



Arkansas

To all to whom these presents may come, Greetings

Be it known that

## Valary Ward

having satisfactorily completed the program of study
prescribed by the College and upon recommendation of the Faculty
is hereby granted this degree

## Associate of Applied Science in Business

In testimony whereof, we have affixed our signatures

May 12, 2011
Date of Award

Chairman, Board of Trustees

Dan F. Bakke
President



# SIX SIGMA WHITE BELT

Certification that

## Valary Nellum

Has satisfactorily completed and has demonstrated proficiency in the curriculum set forth by the Council for Six Sigma Certification and Aveta Business Institute to be awarded the title of Certified White Belt.

*Aveta Business Institute*

**Managing Director**

**Certification Number:**    AR8sFPeaE1

**Certification Date:**    July 12, 2020

Case 4:20-cv-00385-LPR    Document 37    Filed 09/17/21    Page 23 of 206



# Employee of the Quarter

**Medic Health Services**

selects

# Valary Ward

**As the** Employee of the First Quarter for 2006

**April 21, 2006**

_(signature)_      4/21/2006
Signature      Date

_(signature)_ Robert L. Wheeler      4/21/2006
Signature      Date

**medic**



# Arkansas State Board of Pharmacy

322 South Main Street, Suite 600, Little Rock, Arkansas 72201 • 501-682-0190 • 501-682-0195 (fax)
www.pharmacyboard.arkansas.gov

## 2019-2020 Pharmacy Technician Registration

Valary W Nellum
90 Greystone Boulevard
Cabot, AR 72023

**Technician Registration: PT07334, Original Issue Date: 11/16/2017**

This is to certify that the Pharmacy Technician named hereon is licensed
under the provisions of the Arkansas Pharmacy Practice Act and Arkansas
Pharmacy Regulations.

Registration Expires:        December 31, 2020

*This permit is not transferable and must be prominently displayed.*

forwarded message:

From: Jennifer Thompson <jennythomp233@hotmail.com>
Date: October 28, 2018 at 7:43:44 PM CDT
To: "valarynellum@yahoo.com" <valarynellum@yahoo.com>
Subject: Letter of support

October 27, 2018

I worked with Valary Nellum at Arkansas Children's Hospital from 2012 until May 2018 as I retired from Arkansas Children's Hospital at that time.

To tell you about Valary's work, she is not only a great friend, and a Christian woman, but a great asset to Arkansas Children's Hospital. I will always remember when she started in 2012 from the first day when Valary entered into Patient Accounts she always came in saying to everyone ( Good Morning ). Valary was and has always had a positive attitude and ready to start her day.

I was for over 4 years an Analyst III at Arkansas Children's Hospital. Valary was one four of the Analyst I that I would review adjustments, different accounts and also help with questions if needed. Valary, was also an Analyst II. I could always count on to get her accounts done and anything timely. I also could on het to help me with projects if I needed help in any way.

Valary, has always been a team player and able to perform multi-task functions, which is a must at Arkansas Children's Hospital. She is always willing to go that extra mile, work overtime, work weekends, do whatever it takes to get the job done and take care of the kids at Arkansas Children's Hospital. ( Care, Love and Hope ). Something that all of us take great pride in.

Valary has worked very hard and I feel she deserves to be promoted to the next level. She has a proven record and has been a valuable employee to Arkansas Children's Hospital for over 6 years now. She is dependable, and has shown everyday numerous times her accountability to Arkansas Children's Hospital as well as her fellow co-workers.

Thanks for you time,

Jennifer Thompson <White>

*NOW, Jenny reviewing me after being on her level 1 in 2013, Embarrassing*

*① Jenny thought I was promoted to Analyst II after her great reviews in the past.*

29

(112)



Oh wow seriously, I sure hope Tamica got a lot better than when I was there just saying. You so deserve it. I tell you Sam is trying to punish you for

standing up to her just like she did me. She is terrible and so needs to be put in her place. Just know I stand behind you my friend.@

Jenny (white) stood up to Samantha but was promote! From Level I II III When they terminated me @ I was a Level I

Jenny Thompson.

2018 after Tamica, both promoted!

1/27/2021

(No Subject)

From: Valary Nellum (wardsconsultingservicesllc@yahoo.com)

To:    valarynellum@yahoo.com

Date:   Wednesday, January 27, 2021, 01:26 PM CST

*158*

*1-26-21*



1:25    5G E



Jenny Thompson ›

You remember how Wanda and Sam had no compassion when your poor dad was sick?

When you applied for FMLA

Oh yes I do. They could care less

I know they are terrible

1/2

1/27/2021

It will come to light.

I meant what goes around comes around

Yes they are. No heart or feelings. Like I said they will have there day.

Subject

Text Message

  

      

2/2





### Analyst II/Analyst III Project Meeting Notes
Thursday, July 12, 2018
10:00

**Two ways an Analyst can be promoted**
1. Manager approaches the analyst asking if he/she has considered promotion
2. Analyst believes they are ready and goes to his/her manager

Whether the manager approaches the analyst or vice versa, all the steps below have to be completed for the employee file.

**Promotion to Analyst II/III, Analyst request-**
1. A self-evaluation should be completed by the requesting analyst and taken to their immediate manager
2. The manager will complete an evaluation on the requesting analyst within 1 week of the request.
3. The analyst has the option of giving a Reference Evaluation* to another analyst (in or out of their unit). This person has 1 week to complete and return.
4. The manager will give evals to 2 analysts to evaluate the promotion interest. They have 1 week to complete and return.
5. The manager will then meet with a panel of the other managers to get their input and to make the case for promotion. If the analyst is promoting to an analyst III the panel will consist of managers, 2 co-workers within his/her unit, and 2 II/III's from other units to interview for promotion.

   *Note: These documents will be kept in the employee file for future reference.*

*Reference Evaluation will be the same eval that is given to other analyst by the manager, but it will be titled "reference eval"

*"form optional"*

*Z*

*ask which employee have ever seen this and who has used this process*

# EVALUATION DOCUMENTATION

## AAII ( AAII) EVALUATION SUMMARY

(106)

| EVALUATION CRITERIA - DUTIES | RATING | COMMENTS |
|---|---|---|
| PERFORMANCE SUMMARY | Role Model | |
| Performs work of appropriate volume | Role Model | |
| performs quality of work appropriate to job | Role Model | |
| Anticipate | Role Model | |
| Appearance | Role Model | |
| Be Friendly | Role Model | |
| Communicate | Role Model | |
| Confidentiality | Role Model | |
| Environment | Role Model | |
| Make things better Quality | Role Model | |
| Respect | Role Model | |
| Teamwork | Role Model | |
| Strengths | - Role Model | |
| Areas of improvement | Strong Performer | |

## In the rating area, your options are:

- Role Model
- Strong Performer
- Does Job Well
- Some Development Needed
- Major Development Needed.

day after evaluates

Derrick Hines

10/16/18

**Teamwork** - Valary always take time to help the team with questions and issues. She shares information and solutions with the team to get claims paid.

**Performs quality of work appropriate to job** – Valary tends to reach out and go beyond outside the team to find answers to problem claims. She tends to make sure the claim is clean before going out.

**Making things better Quality** – In resolving problems, Valary often will submit a test claim to see if it will go through successfully and verify payment amount according to payable fee schedule.

**Anticipate** – When needed, Valary will lend a hand in working in other workque's that management need special attention to in getting claims out and paid.

**Areas of Improvement** – learning EPIC system.

2 of 2

Derrick

## AAII ( AAIII) EVALUATION SUMMARY

(108)

| EVALUATION CRITERIA - DUTIES | RATING | COMMENTS |
|---|---|---|
| PERFORMANCE SUMMARY | Role model | Valary is a great example of teamwork, compassion, and leadership. I enjoy working with her. |
| Performs work of appropriate volume | Role model | |
| performs quality of work appropriate to job | Role model | |
| Anticipate | Strong Performer | |
| Appearance | Role model | |
| Be Friendly | Strong Performer | |
| Communicate | Role model | |
| Confidentiality | Role model | |
| Environment | Strong Performer | |
| Make things better Quality | Role model | |
| Respect | Role model | |
| Teamwork | Role model | |
| Strengths | Effective communicator, takes the time to | |
| Areas of improvement | | |

In the rating area, your options are:

- Role Model
- Strong Performer
- Does Job Well
- Some Development Needed
- Major Development Needed

Day after evaluation

Naomi Gneffer
10/16/

Case 4:20-cv-00385-LPR    Document 37    Filed 09/17/21    Page 115 of 200

Please see
Oct 2018
eval !!

## AAII (AAII) EVALUATION SUMMARY

| EVALUATION CRITERIA - DUTIES | RATING | COMMENTS |
|---|---|---|
| PERFORMANCE SUMMARY | Strong Performer | |
| Performs work of appropriate volume | Does Job Well | |
| performs quality of work appropriate to job | Does Job Well | |
| Anticipate | Does Job Well | |
| Appearance | Role Model | |
| Be Friendly | Role Model | |
| Communicate | Strong Performer | |
| Confidentiality | Does Job Well | |
| Environment | Does Job Well | |
| Make things better Quality | Strong Performer | |
| Respect | Does Job well | |
| Teamwork | Strong Performer | |
| Strengths | Strong Performer | |
| Areas of improvement | ? | |

550 l/h

**In the rating area, your options are:**

- Role Model
- Strong Performer
- Does Job Well
- Some Development Needed
- Major Development Needed

Anika
adkins



10 2

Evaluation Documentation

- **Performance Summary:** I've has the pleasure with working with Valary for over six months. She has demonstrated to me what a true co-worker should be. Valary has a way maybe I should say the ability to advice and educate you on the most difficult claim issue out there. She's exceeded all of my expectations of a co-worker.

- **Performs work of appropriate volume:** Does job well.

- **Performs quality of work appropriate:** Does job well.

- **Appearance:** Role Model

- **Be Friendly:** Through it all she keeps a smile on her face.

- **Communicate:** Role Model  (She wonderful in keeping me updated with any changes within our department)

- **Respect:** Strong Performer

- **Teamwork:** Team player all the way ☺

- **Strengths:** (Role Model)  Valary has the ability to get issues answered in a timely manner.

Keon Adkins

10/16/18

To: Whom it may concern
From Cleo R. Nellum Sr.
Re: Valary Ward Nellum
Date: 5-19-2021

I am Valary's husband, and I just wanted to share a summary of what I experienced while she was employed at ACH. We have been married for Seven Years. We became husband and wife, September 1st 2013. Our marriage started off great, but during the later part of 2013 she would call me upset about things that were happening at her job. Things like not getting a promotion when her numbers were just as good if not better then others, but they would end up getting the promotion and she would not. She felt at times that she was being discriminated against. Also things like figuring out different accounts that were difficult for others to figure out and solving them, but not getting the credit for doing them. Her Supervisors would take the credit for solving them and not even mention the fact that she was the one to come up with the formula for solving the account. I would try to console her and make her feel better. I would call and check up on her and offend times go and take her out for lunch in trying to cheer her up. But after awhile things started to go down hill. The things that she was dealing with on her job started to affect our marriage. Mainly while dealing with the things that were going on at he place of employment. Things never got better.

Please feel free to contact me at 501-993-1004

Cleo R. Nellum Sr

(3)

 **Gmail**

A Purpose Within <valarynellum@gmail.com>

___

# (no subject)
1 message

___

**valaryward@yahoo.com** <valaryward@yahoo.com>                     Thu, Sep 16, 2021 at 3:18 PM
To: "valarynellum@gmail.com" <valarynellum@gmail.com>

----- Forwarded Message -----
**From:** Rhenda Berry <rhendaberry@yahoo.com>
**To:** valaryward@yahoo.com <valaryward@yahoo.com>
**Sent:** Thursday, September 16, 2021, 11:26:49 AM CDT
**Subject:**

----- Forwarded Message -----
**From:** Rhenda Berry <rhendaberry@yahoo.com>
**To:** Valary Nellum <valarynellum@yahoo.com>
**Sent:** Thursday, September 16, 2021, 11:26:02 AM CDT
**Subject:**

----- Forwarded Message -----
**From:** Rhenda Berry <rhendaberry@yahoo.com>
**To:** Valary Nellum <valarynellum@yahoo.com>
**Sent:** Wednesday, May 19, 2021, 09:14:41 AM CDT
**Subject:**

**To: Whom It May Concern**

**From: Rhenda Ward Berry**

**Re: Valary Ward Nellum Mental State Of Mind**

**Date: 05-18-2021**

I'm one of Valary's oldest sister, Valary and I have always had a very close relationship. We grew up competing in basketball, volleyball, softball and running track. She quickly realized hard work and determination allowed her to excel in sports. During this time she learned the importance of being part of a team and how to work with others.

In her early years, Valary was taught the importance of hard work, dedication, team work and tenacity, this foundation allowed her to excel in the workforce. Having a strong work ethic is what motivates her to educate herself to be knowledgeable any job. She is always willing to share that knowledge with others, to helping them also succeed. I admire that she loves to help others give their best.

I remember her excitement to work for ACH. She thought this company was a good fit for her because of the wonderful treatment a family member received. After a few years of working at ACH, she began complaining about being

overlooked for promotions. She didn't understand how people with less qualification and less education was being promoted.   She felt like the only reason she was not promoted was based on her race. Throughout the years after repeated attempts for resolution, I suggested that she seek outside assistance. According to our conversation her work environment had become hostile and retaliatory.  Sometime during the day and most evening she would call me to vent, her biggest frustration was being denied promotion and transferred to other areas.  In 2018 our mother was diagnose with Pancreatic Cancer, this was an extremely difficult time for our family instead of focusing on our mother's care, she was worrying about being fired. In 2019 our mother passed away, after returning from leave Valary called me very upset about a write up she received. I encouraged her to seek professional help due to her grief and stress. Being consumed with the stress of her job, I do not believed she had time to properly grieve the loss of our mother who meant the world to us. I noticed the job and the loss of our mother began to affect her mentally and physically, at this point I suggested she seek employment elsewhere.  She made the decision to stay hoping the issues would be resolved and that she would receive the promotion she had earned.

Feel free to contact me at (501) 425-2248

*5*

TO:  Whom it May Concern

FR:  Trayce Parker

RE:  Valary Ward Nellum - Emotional Experience

DT:  May 17, 2021


Valary is my older sister and I look up to her as a role model for me and many others.  During her formative years, Valary learned the importance of teamwork as a top performing Volleyball, Track, Softball and Basketball player.  Valary always emerged and assumed a leadership role.  She was always willing to put in the extra work to educate herself on the fundamentals, accept coaching and practice her skills.  As far back as I can remember, she always shared her knowledge and experiences to teach and support the people around her.

Valary has demonstrated high standards and has a character of honesty, fairness, excellence and mutual respect. Our parents are the foundation of her values.  They were married over 57 years until our mother passed away in 2019.  Our parents demonstrated a strong work ethic and an unwavering faith as they cared for our family and community.

Valary began honing her management and leadership skills at an early age and assumed her first promotion as the youngest Training Manager in 1990.  Because of her leadership acumen and her ability to connect with others, she was able to consistently develop and retain high performing talent.  Her training and development drove a positive employee experience and strong business financials. I recall many conversations in various roles where Valary shared with me new processes and innovative ideas that she was able to implement to add value and support business success.

Valary was excited in 2012 when she shared she was joining the Arkansas Children's Hospital (ACH) team in Patient Finance. Unfortunately, we experienced the death of our nephew at an early age due to cancer.  We were impressed with the amount of support and quality of care we received during that difficult time from the nursing staff of ACH.  She was excited because she saw this as an opportunity to be a part of something special and help make it even better.

Around 2015 / 2016, I began to see a change in her.  She was discouraged with the lack of opportunity for her at ACH while she saw other people with less experience and results take on more responsibility. She was given feedback on a couple areas to work on and she focused on immediately demonstrating her skills in those areas to better position herself to support the goals of the department on a broader scale.

Her frustration grew as her evaluations measured her favorable results and team contributions, however they were not leveraged when making promotion decisions. She was never offered any mentor ships, learning opportunities or investments in her personal growth and development.  She said she felt stuck, unsupported and experienced no forward movement in her career.

 After she escalated her concerns to upper management, she noticed her evaluations changed and her work environment became toxic and hostile.  She began to have a multitude of challenges on a repeat daily basis without a break.  Her work environment began to follow her home, invade our conversations, impede her sleep and cause stress anticipating what's coming next.  She began to complain about pain in her stomach and was treated by her physician and later diagnosed with stress.

6

During 2018 & 2019, our mother was diagnosed with cancer. It was a challenging time for all of us, however it was even more challenging for Valary. She exercised her rights under the FMLA act to take approved time off to support our mom during her dying process. Unfortunately, the hostile environment continued and her voice was not heard, upon her return to work she experienced repeated mistreatment and intimidating conduct, she had to seek professional counseling. She was later terminated.

I find it reprehensible for an employee to be qualified, willing and able to lead at a higher level yet never receive the coaching, development and supportive work environment to reach her full potential. No one should experience the suffering, distrust and humiliation Valary was subjected to.

Feel free to contact me at 501-960-6759 for further observations.

NO:
4:20-CV-385-LP

Angela Jones
1606 East Twin Lakes Drive
Little Rock, AR 72205

Exhibits

May 19, 2021

Re:  Mrs. Valary Nellum

To whom it concerns:

I've had the pleasure of knowing Mrs. Valary Nellum for over six years.
We attend the same church where she serves as First Lady and the
Leader of the Women's Ministry.

In a nutshell Mrs. Nellum is dedicated and loyal.  She's also dependable,
responsible, and fiercely honest.  Having worked with her in Women's
Ministry I've witnessed first-hand her commitment to excellence. She is
self-motivated and never afraid to stand alone and to stand for truth.
At the same time, she works well with others and has the unique ability
to build and motivate teams that execute efficiently.


Please do not hesitate to call me if you would like to discuss further.

Angela Jones
501-256-4399

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 2 Pages

# UNIFORM COVER PAGE

[To be used when required by Administrative Order No. 2 (g)★]

COURT:  _____ COURT OF _____ COUNTY

Docket/Case Number:  _____

CASE NAME:
PLAINTIFF/
PETITIONER:     *Valary Ward*

DEFENDANT/
RESPONDENT:     *Children's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)):     *Chain of Command before filing Complaint*

★Administrative Order No 2.

(g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*uniform - cover page*

*224*

(5)

(131)

From 2014-2018, I've applied for the following positions within my department Customer Service, AR Control, Commercial Biller, Analyst II & III, Director, and a Manager's position. I was declined, rejected or never interviewed for the positions based off education, my work experience, job performance as well as my evaluation. I met the job requirements for each of these positions and I was denied this opportunity.

Individuals with less qualifications and performance were giving these opportunities.

The concerns regarding my complaints have been brought to the attention of the following leaders.

Samantha Suggs-2013 — *Immediate Supervisor/Manager.*

Sheryl Phillips- Manager-2014-2015

Ronnie Spear-Director- 2016

Human Resource- (----------) 2016 — *"Knew the enviroment"*

Emailed-President/Ceo-Marcy D — *2015 after email from Eleanor.*

Director- Samantha Suggs 2017-2018 —

VP of Finance- Carol Hudges- 2018 —

President of Finance- Gina Wingfield -2018 *Ener*

Corporate Compliance President- Aaron Parks-2018 —

New VP in Finance Lekita Brown- 2018-2019 — *said she heard about*

Director of Employees Relation- Chanta Wells- 2018- 2019 — *the enviroment prior*

Emailed-Chief Finance Officer- Chanda Chacon- 2019 — *2020 to her becoming VP.*

After bringing these concerns of unfair practices to my leaders my work environment has become more toxic and retaliatory. (See Attach)

*① No changes made after knowing in 2018 to present*

I regret the need to file a formal complaint, but I know nothing else to do. I've brought these unfair practices to my leaders and to know avail the problem has not been resolved

My intent is to be upgraded to an Analyst III. And if a position within ACH become available that I am well qualified to perform, I'm would like an opportunity with no retaliation. And made whole.

*allowed VP to ded, tole*

Thank you and I look forward to a meeting with you

Valary Nellum

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 32 Pages

# UNIFORM COVER PAGE

[To be used when required by Administrative Order No. 2 (g)★]

COURT: _____ COURT OF _____ COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER: *Valary Ward*

DEFENDANT/
RESPONDENT: *Children's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi–part file,
the designation "part _ of _"
(example, part 1 of 2)):

*Executive team / contact*
*and notification of complaint*

★Administrative Order No 2.

(g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*uniform - cover page*

**Nellum, Valary W**

| | |
|---|---|
| From: | Nellum, Valary W |
| Sent: | Monday, January 22, 2018 9:26 AM |
| To: | Wingfield, Gena G; Hudgens, Carol M |
| Subject: | RECONSIDERATION |

*[Handwritten: CFO ✓   ↓ VP of Finance   (90)   ↓ Replaced with LeKita Brown]*

Good morning Ms Gina and Ms Carol

I'm grateful that we have the opportunity to request for a reconsidered for the Analyst II upgrade. My experience, Minority Business Ownership, performance and revenue contributions to ACH for the past 5 years all demonstrate my ability and qualification for the Analyst II grade. I'd like to share my experience, successes, ideas and mentoring that supports my reconsideration.

I joined the ACH team in 2012 as an Analyst I. I was seeking a career with a growing company, great values, room for advancement and retirement benefits. My education and experience consist of; Associates degree in Business Accounting, Certificate of Proficiency in Accounting and four years as a small business owner (Advance Medical Billing Services). My experience totals 21 years in Medical Billing, Collections and 10 years in managerial leadership roles.

Over the last five years I have been one of the top revenue contributors on the team. On my most recent evaluation I was recognized as a role model in the following areas: Quantity & Quality of work, Teamwork and Commitment. These successes demonstrate my leadership and communication abilities.

The requirements for an Analyst II grade include identifying the needs of your peers, supporting your manager and Process Improvement. In 2013 during my evaluation, I shared two ideas with my former supervisor Samantha to improve the over 90 Accounts Receivable. My first idea was to hired additional employees to help reduce the over 90 accounts, I was informed that hiring additional employees was not in our budget. The second idea was to implement a ...er and Collector split. In 2016, I responded to an email from Samantha asking for ideas to help reduce ARs in preparation for the new Epic Software Solution. I suggested the Biller and Collector split again. I was so excited v this idea was finally implemented. This demonstrates my Leadership and Communication skills.

I also take on additional task while maintaining and exceeding my current responsibilities. After three months employment, I've covered for my team members when they were off while maintaining and exceeding my curr responsibilities during my tenure. I've also identified and researched issues throughout the years that have caused delays in our collection and reduction. Through the years I've communicated my findings to my management team.

've worked diligently with my team throughout my career and I'm so grateful to be a part of ACH. I recognize to have a uccessful team you should utilize each team member's strengths to achieve and exceed our goals.

m now asking to be considered for an Analysts III as a result of my dedication, experience and hard work over the past ve years. I'm looking forward to continuing to be a supportive team member by contributing more ideas and solutions i increase revenue while managing Meditech, Epic and my current responsibilities.

anks and God Bless

*[Handwritten: VP and above made aware of my complaint of discriminate, Harasment, and Relation toxic Environ]*

*Exhibit*
(2)

### Statement

I Kimberly Brown duly swear that in April 2018, Valary Nellum and my self met with newly hired

VP Lekita Brown @ Cajun Wharf, after work. Valary said she was meeting with the new VP

Lekita Brown after work to discuss her concerns.  She asked, If I wanted to go.

 The dinner was to discuss the unfair treatment and discrimination that Valary was complaining

of in Patient Finance. Shortly into the dinner LB pulled out a copy of an email Valary sent  to

Gena Wingfield CFO and Carol Hudgens VP of Finance regarding her denial of promotions and

complaints against Wanda Bilello and Samantha Suggs.

The meeting/dinner lasted 3 hours, LB ordered club soda. We discussed Valary's concern of

being discriminated, the retaliation of her managers, her previous complaints to Human

Resources, Ronnie Spear, and Sheryl Phillip.

I too shared my concerns for lack of promotions and hiring of among myself an African

Americans in Patient Finance and the Accounting Department.

I was later terminated in December of 2019, which I believe was in retaliation for me voicing my

concerns, as well.

I duly swear the statement above is the truth to the best of my knowledge

Kimberly Brown

Date: 4/19/20

Subscribed and Sworn to before me this ___19___ day of __April__ 2020 2

Notary Public

My commission expires: 12-16-2022

*TRACEY EATMON NOTARY PUBLIC 12391520 Expires 12-16-22 PULASKI COUNTY, ARKANSAS*

*Lekita Requested this after meeting @ Gajun Wharf with Ken Brown present*

*333*

*92*

From: Nellum, Valary W
Sent: Thursday, April 05, 2018 2:12 PM
To: Brown, Le'kita T <BrownLT@archildrens.org>
Subject: NICE PCITURE*

Hello Lekita ☺

These are front end issues that either delay payments or we receive no payments.
If you need me to train. I can do that.

**PRIMARY CARE REFERRAL :**
When obtaining referrals some outside providers will give blank referral. Example (ACH all). In other cases we receive referral that will cover one day or six month for specific clinic.
When referrals is obtain for specific clinic and/or specialist, the specialist may send the patient for additional testing to lab, x-ray or etc. At that point another referral is needed.
If we could obtain referral that is diagnosis driven, this will eliminated the need for additional referral for same diagnosis, but different clinic.
This will reduce the number of referral being requested, and reduce the number of accounts we are not able to obtain referral before file deadline.

**EPSDT MAX: EARLY AND PERIODIC SCREEN DIAGNOTIC TREATMENT**
When scheduling EPSDT visits we should have something in place that will PROMPT scheduler to check for previous EPSDT VISITS within ACH before scheduling. This will reduce the number of EPSDT claim not being process and adjusted off.

**EDS DUP* ELECTRONIC DATA SYSTEM DUPLICATION**
When a patient is seen on same day but different provider and different diagnosis technical claim is denied EDS dup. Can we have scheduler to check upcoming visit to prevent overlap? In some cases, I understand parents will request same day appointments. I know it's only 12 dollars but those 12 dollars add up. DO WE GET COST SETTLE ON THESE CLINIC VISITS AT THE END OF FISCAL YEAR?

**MAYBE COVERED BY ANOTHER PAYOR**
This has been a major problem within Meditech and is now becoming a problem within EPIC. Verifying and asking if patient has other insurance on front end AND entering the information

**PATIENT NAME AND ID MISMATCH**
This has been a major problem within Meditech and is now becoming a problem within EPIC. When patient check in we should obtain copy insurance card for patients records. And when entering demographic information into system we should use the insurance ID card. This is the information the insurance have in their system. This will eliminate delays on process claims.

*Lekita Brown (B) replaced Carol Hodgen (W)*

*per Leketa request* *(handwritten)*

**Ilum, Valary W**

*per Leketa Brown request after meeting @ Cajuns* *(handwritten margin note)*
*103* *(91)* *(handwritten)*

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Friday, April 06, 2018 8:10 AM |
| **To:** | Brown, Le'kita T |
| **Subject:** | RE: NICE PCITURE* ** correction |

Good morning Lekita ☺
I'm shame myself after reading this.
I did this on yesterday before leaving, didn't realize I had so many grammatical error. ☹
Should have double check.
I got a call yesterday my mom was swollen and needed blood transfusion.
Typed this really fast and left.

Looking forward to your feedback.

These are front end issues that either delay payments or we receive no payments.
If you need me to train. I can do that.

**PRIMARY CARE REFERRAL :**
When obtaining referrals some outside providers will give blank referrals. Example (ACH all). In other cases we receive referrals that will cover one day of service or six months for specific clinic.
When referrals are obtain for specific clinics and/or specialist, the specialist may send the patient for additional testing to lab, x-ray or etc. At that point another referral is needed.
If we could obtain referrals that are diagnosis driven, this will eliminated the need for additional referrals for the same diagnosis, but different clinics.
This will reduce the number of referrals being requested, and reduce the number of accounts we are not able to obtain referrals, before file deadline.

**EPSDT MAX: EARLY AND PERIODIC SCREEN DIAGNOTIC TREATMENT**
When scheduling EPSDT visits we should have something in place that will PROMPT schedulers to check for previous EPSDT VISITS within ACH before scheduling. This will reduce the number of EPSDT claims not being process and adjusted off.

→ *pool accounts been adjusted* *(handwritten)*

**EDS DUP* ELECTRONIC DATA SYSTEM DUPLICATION**
When a patient is seen on same day but different provider and different diagnosis technical claims will deny EDS dup. Can we have schedulers to check upcoming visit to prevent overlap? In some cases, I understand parents will request same day appointments. I know it's only 12 dollars but those 12 dollars add up. DO WE GET COST SETTLE ON THESE CLINIC VISITS AT THE END OF FISCAL YEAR?

**MAYBE COVERED BY ANOTHER PAYOR**
This has been a major problem within Meditech and is now becoming a problem within EPIC. Verifying and asking if patient has other insurance on front end AND entering the information

**PATIENT NAME AND ID MISMATCH**
This has been a major problem within Meditech and is now becoming a problem within EPIC. When patients check in we should obtain copy of insurance card for the patient's records. And when entering demographic information into system we should use the insurance ID card. This is the information the insurance have in their system. This will eliminate delays on processing claims.

1

Nellum, Valary W

**From:** Nellum, Valary W
**Sent:** Monday, March 04, 2019 10:30 AM
**To:** Brown, Le'kita T
**Subject:** OUR MEETING

Should I complete my follow up meeting with Chantel Wells before we meet?

VP Director of Human Resources

A displinary notice given after scheduled meeting with HR VP Chantel Wells.

displinary notice - Wanda Biello / stated VP LeKita Brown → instructed her to ~~do that~~ do so!

119

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Monday, March 11, 2019 10:43 AM |
| **To:** | Brown, Le'kita T |
| **Subject:** | ARE YOU AVAILBALE |

VP
director
patient finance

when I met w/
Lekita She
pretending She
didn't know any
thing about Coaches

She said she
instructed to write
Wanda up
me up 3/15/19

Lekita
said a
only a
coaches
if not
from file

3-15-19
9:06
3-17-19 – I complete
3-17-19
4-1-19 Wanda
comple

Case 4:24-cv-00360-LPR   Document 1   Filed 04/23/24   Page 49 of 189
Case 4:20-cv-00385-LPR   Document 37   Filed 09/17/21   Page 146 of 206
Yahoo Mail - Fw: Follow

1/27/2021

## Fw: Follow

For some reason my email from my personal

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, May 22, 2020, 7:30 AM, Chit Chat with the Nellums <valarynellum@gmail.com> wrote:

> Good Morning Lekita

Following up with you from our conversation, on Wednesday.

You asked a question' what would it take for me to move forward? And you mention the prayer I made following our meeting with Samantha and Wanda. My prayer is and has been that the truth would come out. It has taken some time.

As I explained in the meeting how can we truly move forward unless the root of the problem is addressed. After careful prayer my answer is validated. Moving forward in allowing me the opportunity to be an Analyst III would definitely be a start. Again, I do not think Samantha nor Wanda would ever evaluate me properly to achieve this part of my goal. Which is one I made when I became a part of the ACH team in 2012.

When I chose to become a part of ACH team it was not only because It would be a great fit for my career, it was also because of what ACH stood for when it came to taking care of our children. I brievly talked about the video the nurses of ACH recorded for my sister back in 1988, days before my nephew died. We have this video today. This video has been a part of our family for decades. My nephew's sister Is now enrolled with ASU in their nursing program because of how the nurses at ACH took care of her brother. So being a part of ACH I was winning twice.

I would embrace any opportunity within ACH without continuing retaliation toward me, for trying to uncover the truth.

Did you get a chance to ask the individual I listed in my last email, about Wanda behavior and how Samantha has repeatedly covered it up? Both said In our last meeting together they knew of no other issues.

1/27/2021

I look forward to meeting with you again as we begin to move forward.

Good Morning Lekita

Following up with you from our conversation, on Wednesday.

You asked a question' what would it take for me to move forward? And you mention the prayer I made following our meeting with Samantha and Wanda. My prayer is and has been that the truth would come out. It has taken some time.

As I explained in the meeting how can we truly move forward unless the root of the problem is addressed. After careful prayer my answer is validated. Moving forward in allowing me the opportunity to be an Analyst III would definitely be a start. Again, I do not think Samantha nor Wanda would ever evaluate me properly to achieve this part of my goal. Which is one I made when I became a part of the ACH team in 2012.

When I chose to become a part of ACH team it was not only because it would be a great fit for my career. it was also because of what ACH stood for when it came to taking care of our children. I brievly talked about the video the nurses of ACH recorded for my sister back in 1988, days before my nephew died. We have this video today. This video has been a part of our family for decades. My nephew's sister is now enrolled with ASU in their nursing program because of how the nurses at ACH took care of her brother. So being a part of ACH I was winning twice.

I would embrace any opportunity within ACH without continuing retaliation toward me, for trying to uncover the truth.

Did you get a chance to ask the individual I listed in my last email, about Wanda behavior and how Samantha has repeatedly covered it up? Both said in our last meeting together they knew of no other issues.

I look forward to meeting with you again as we begin to move forward.



147

Good morning Lekita

You asked if I would text you after speaking with my husband regarding our conversation yesterday. A little much to text. I prayed and consulted with my husband as we have throughout the mistreatment I have undergone in PFS. Trying to get someone to listen since 2013, was an unsuccessful battle. I don't think no one really understands the physical and mental stain unless they have actually walked in my shoes.

The retaliation and harassment I experience on top of discrimination, I do not wish this on anyone. Imagine being seduced by this treatment for five year and then In 2018 your mom gets diagnosed with pancreatic cancer. Imagine watching your mom deteriorate right before your eyes, developing brain and breast cancer which cause her to go blind, dress size from 12/14 to child size 10..... And on top of this you continue to be mistreated and no one wanted to listen.

With that being said. You asked what it would take to make me whole. During this time the harrarrement continues which affects my mental and physical health, more.

I filed my complaint Discrminantion complaint with the District court in April. Ach had 60 days to respond. I hope and pray there is accountability and my character is not continuing to be attacked and defamed.

Accountability
Educate Executive leaders on diversity- some discriminations are done unknowingly
Evaluate each Department- Is the team diverse?
Training programs on diversity for all leaders
Training programs on handling complaints of discrimation for leaders and Human Resources
Training program for Human Resources on how to gain trust from employees.
Stand behind NO tolerance policy on discrimination, retalition, and toxic environment being created by leaders and/or employees.

7 years of my 2019 compensation of 61,653.36 =431,573.52- after taxes
2 years of education=
1 year healthcare
Letter of reccomendation
Able to draw unemployment-

Thanks for beginning to listen.

*Email To Lekita Before terminate*

*Listen to my phone conversation my husband Worried they would terminate me! He told me do my Job and Keep quite. He Experience the sa...*

*email
to Lekita*

148

June 22, 2020

Le'kita *pace*

I has not billed any Stephen's Accounts. I mentioned these accounts to Catherine in September of 2019, I have an email. It's June 2020 and I noticed a close to file deadline claim. Which is why?

The retaliation that is going on comes from me making another complaint against Wanda in March of 2020 regarding her bullying, unprofessional and retaliatory behavior. And the filing of my lawsuit with the EEOC in 2018. To even say retaliation is another attack on my character. I was sitting writing this letter, I logged on to complete my survey and saw your email. I got a bad headache and started shaking. Thank God everything after this sentence was already written.

Last week my anxiety was racing and throughout the weekend leading up to this morning, as I sat writing my response, my stomach was in knots. I'm a little paranoid not knowing what malicious act Wanda will pull next and you will believe. This is not helping my health condition or healing from my mom's death.

I understand in 2018 you learned of my complaint, but please understand that seven years is a long time to have experienced civil unrest within PFS/ACH. The sad part, I've been trying to get someone to listen.
Filing this lawsuit was my last resort as you can see from the number of people I have voiced my concerns regarding my unfair treatment. This last written warning from Wanda is the last straw for me. Enough is enough.

I have named several witnesses as recents as March that have experienced the unprofessional, bullying and retaliatory behavior of Wanda. And you refused to speak with them to validate. This is a slavery mentality when you think about it.

This email will serve as a follow up from my correspondent to you on June 16th.
During our meeting June 15th you proposed a question, "What will it take to make me whole?"
I submitted my request on June 16th by email and wanted to follow up and clarify a few things.

1. The severance package you suggested or offered, is it because of my pending lawsuit? And was this offered to others within PFS?
2. Will the severance package be in addition to my lawsuit?
3. Is there any way you can get a copy of ACH's response submitted to the court, regarding my lawsuit? I have not received anything from the court as of today. I know ACH time frame is approaching
4. Where are we on the written warning given by Wanda, and my recent complaint regarding her behavior, prior to the written warning?
5. I would like to add, I'm prepared to file continuing retaliation charges with the EEOC regarding my latest written warning.



**Arkansas Children's**
HOSPITALS · RESEARCH · FOUNDATION

1 Children's Way, Little Rock, AR 72202-3591
501-364-1100 | www.archildrens.org

June 26, 2020

Valary Nellum
90 Greystone Blvd
Cabot, AR 72023

Dear Valary,

This letter is a follow-up to our prior phone conversation confirming that your employment with Arkansas Children's has been terminated effective June 26, 2020, for violating our Code of Conduct and Harassment/Horizontal Violence policies. Please return any hospital owned items that you may have in your possession like your badge.

Enclosed with this letter is a document entitled 'Separation Checkout Guidelines.' This document lists information including the appropriate contacts, for the various benefits in which you may participate. In addition, I have included the Separation Policy.

Sincerely,
Arkansas Children's

Lekita Brown
VP Revenue Cycle

Cc: Sonya Rainey, HR Business Partner
    Personnel

*144*

*Email to*
*LaKeta*

*2019*

This written warning occurred after notifying Chanta Wells, Samantha Suggs, and you regarding the continuing harassment, bullying and unprofessional behavior of Wanda Biello and the cover up that has occurred and continues to occur within PFS and ACH.

Each day I work my stress level increases and I've become paranoid not knowing what attack will occur each day.

Thanks in advance for your prompt response.

Valary W Nellum
Black Lives Matter


2017 attacked my character regarding my relationship with my team-

Anxiety
Depression
Paranoid- on edge-
Karla McDonald
Tom Strickland

I gave the names of individuals that experience the same bullying and unprofessional behavior from Wanda as I have from 2017 to current. You choose not to speak with these individuals which lead me to believe you are not seeking the truth.

In our meeting in June    you first said you spoke with Janeth Lowe regarding Wanda behavior and she had no concern, you even reference her" Exit! Interview". I then asked the question again, " Did you speak with Janeth Lowe and Derrick Hines regarding Wanda unprofessional behavior? You then admitted you had not spoken with them.

As I mentioned in my first complaint after reporting my concerns to you  for the second time in October 2018, I had no confinement after you made the statement "you thought we wanted you to save us" In our last meeting you  tried to deny you made this comment. Which again confirms I had no confidence in your ability to resolve this issue.

2019 evaluation I spoke to Wanda regarding my promotion, she said this is not the time for this.

**Nellum, Valary W**

From:      Nellum, Valary W
Sent:      Tuesday, October 30, 2018 3:54 PM
To:      Parker, Erin E
Subject:      RE: YESTERDAY'S MEETING

Hello Erin
I spoke with Lekita as well.

This is the email I sent to Lekita on yesterday.

Made whole:

I would like to be promoted to the position of an Analyst III and back paid for that period that I was not compensated for but yet qualified.

Also, if I continue to produce strong results for the department in the future I would like to be considered for a management position that I'm well qualified for without retaliation.

Analyst II from July 2013 to 2014
Analyst III from October 2014 to current

Thanks

_(handwritten: Erin Parks VP Corporate Compliance)_

From: Parker, Erin E
Sent: Tuesday, October 09, 2018 7:15 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: Re: YESTERDAY'S MEETING

Okay. Thank you. I talked with Le'Kita yesterday evening and I'm hoping to talk to HR today. I appreciate you bringing this to my attention.

Sent from my iPhone

_(handwritten: 1st meeting w/ Erin Parkers Shared I believe Samantha was present which is why ...has ... my previous)_

On Oct 9, 2018, at 6:52 AM, Nellum, Valary W <NellumVW@archildrens.org> wrote:

Hello Erin
I also tried to transfer to AR control under Ginger Williams.
Thanks

1

**Nellum, Valary W**

From:           Nellum, Valary W
Sent:           Tuesday, October 30, 2018 3:54 PM
To:             Parker, Erin E
Subject:        RE: YESTERDAY'S MEETING

Hello Erin
I spoke with Lekita as well.

This is the email I sent to Lekita on yesterday.

Made whole:

I would like to be promoted to the position of an Analyst III and back paid for that period that I was not compensated for but yet qualified.

Also, if I continue to produce strong results for the department in the future I would like to be considered for a management position that I'm well qualified for without retaliation.

Analyst II from July 2013 to 2014
Analyst III from October 2014 to current

Thanks

From: Parker, Erin E
Sent: Tuesday, October 09, 2018 7:15 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: Re: YESTERDAY'S MEETING

Okay. Thank you. I talked with Le'Kita yesterday evening and I'm hoping to talk to HR today. I appreciate you bringing this to my attention.

Sent from my iPhone

On Oct 9, 2018, at 6:52 AM, Nellum, Valary W <NellumVW@archildrens.org> wrote:

> Hello Erin
> I also tried to transfer to AR control under Ginger Williams.
> Thanks

1

**Nellum, Valary W**

From:           Nellum, Valary W
Sent:           Monday, June 24, 2019 2:15 PM
To:             Rainey, Sonya O
Subject:        FW: Attached Image

(136)

Hello Sonya

I am also requesting the written coaching be removed.

From: Nellum, Valary W
Sent: Monday, June 24, 2019 7:12 AM
To: Rainey, Sonya O <RaineySO@archildrens.org>
Subject: RE: Attached Image

Good Morning Sonya

Yes, I would like for the documents attached in Workday. And yes I'm requesting April 2019 be removed?

Thank you

From: Rainey, Sonya O <RaineySO@archildrens.org>
Sent: Friday, June 21, 2019 5:13 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Attached Image

Hi Valary,

Thank you for reaching out. I wanted to clarify how can I better assist you. Are you wanting to attach your documents to Workday? Typically, in Workday there is a section for you to provide your response once the manager has gone over the written warning.
Are you requesting the Written Warning from April 2019 be removed?

Thanks,
**Sonya Rainey, SPHR, SHRM-SCP**
HR Business Partner
Arkansas Children's Hospital
1 Children's Way • Slot 600 • Little Rock, AR 72202
☎ (501)364-4149

Website • Facebook • Twitter • LinkedIn



**Arkansas Children's**

HOSPITALS · RESEARCH · FOUNDATION

*[Handwritten margin notes:]*

all managers and Leadership could View my workday account. The disp

prevented transfer to other area within Children's Hospital

after being wrote up it was on Workday. Workday is a system the entire organization coul view./ Including hiring manager

**From:** Nellum, Valary W
**Sent:** Wednesday, June 19, 2019 1:49 PM
**To:** Rainey, Sonya O <RaineySO@archildrens.org>
**Subject:** FW: Attached Image

Good afternoon Sonya

Would you please review the attached documents for removal of the written warning I received April 2019?

Thanks

**From:** Nellum, Valary W
**Sent:** Tuesday, May 28, 2019 4:41 PM
**To:** Wells, Chanta <WellsTC@archildrens.org>
**Subject:** FW: Attached Image

Hello Chanta

I could not attach this in workday. Can you review?

Thanks

**From:** no-reply@archildrens.org <no-reply@archildrens.org>
**Sent:** Tuesday, May 28, 2019 1:03 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** Attached Image

*I pleaded with Leadership and management to remove the retaliatory displinary notice!*

*[Never removed]*

**Nellum, Valary W**

From:          Nellum, Valary W
Sent:          Monday, June 24, 2019 11:00 AM
To:            Doderer, Marcy    → *president of Children's*
Subject:       RE: GOOD MORNING

(138)

I've been in touch with Human Resources since October 2018 regarding my latest concerns.
I recently learned Sonya Rainey now handles Patient Finance concerns.

Again, thanks for responding

From: Doderer, Marcy <DodererML@archildrens.org>
Sent: Monday, June 24, 2019 10:19 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: GOOD MORNING

That sounds like a good first step!
Marcy

Marcy Doderer, FACHE
President & CEO
Arkansas Children's
1 Children's Way • Slot 301 • Little Rock, AR 72202
(501) 364-8000 office • (501) 364-4777 fax
DodererML@archildrens.org
Website • Facebook • Twitter



Arkansas
Children's
HOSPITALS · RESEARCH · FOUNDATION

From: Nellum, Valary W
Sent: Monday, June 24, 2019 10:10 AM
To: Doderer, Marcy <DodererML@archildrens.org>
Subject: RE: GOOD MORNING

Thank you for responding

I am in contact with Sonya Rainey
Thanks

From: Doderer, Marcy <DodererML@archildrens.org>
Sent: Monday, June 24, 2019 9:53 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: GOOD MORNING

Valary

*No one was willing to resolve this repetitive behavior/practices*

1/26/2021

Gallery

Good morning. Can you tell me what you'd like to discuss? I rarely meet 1:1 with employees – I encourage them to go through their chain of command or to work with HR directly.

Thank you.
Marcy

**Marcy Doderer, FACHE**
**President & CEO**
**Arkansas Children's**
1 Children's Way • Slot 301 • Little Rock, AR 72202
(501) 364-8000 office • (501) 364-4777 fax
DodererML@archildrens.org
Website • Facebook • Twitter



**Arkansas Children's**
HOSPITALS · RESEARCH · FOUNDATION

From: Nellum, Valary W
Sent: Thursday, June 20, 2019 11:15 AM
To: Doderer, Marcy <DodererML@archildrens.org>
Subject: GOOD MORNING

Hello Marcy

I hate I didn't get a chance to speak with you. When you get a chance can we have a one on one?

Thank you

chrome://media-app

2/2

**Nellum, Valary W**

| | |
|---|---|
| From: | duncanjk@archildrens.org |
| Sent: | Monday, June 03, 2019 1:53 PM |
| To: | Nellum, Valary W |
| Subject: | 2018 Employee Engagement Pulse Survey |



# Arkansas Children's

## HOSPITALS · RESEARCH · FOUNDATION

### Message from Jimmy Duncan, SVP, Chief People Officer



### Invitation to Take Employee Engagement Pulse Survey

Arkansas Children's Team Members,

The system executive leadership team is dedicated to making Arkansas Children's a "Great Place to Work" and to do that we want to hear from you. Therefore, you have been randomly selected to participate in the Employee Engagement Pulse Survey that is open from Monday, June 3rd through Friday, June 14th.

These questions will allow us to evaluate our progress since the November 2018 Employee Engagement survey and determine what we can do to improve our One Team Culture of engagement and well-being. All submissions are anonymous and confidential. If you have any questions, please contact Michelle Odom, Director Human Resources Operations at 41296.

Thanks for completing the survey and being a "Champion for Children."

**To take the survey click: Employee Engagement Pulse Survey: June 2019**

If the link above does not work, try copying the link below into your web browser:
https://base.uams.edu/redcap/surveys/?s=P3zbD44Qqi

This link is unique to you and should not be forwarded to others.

1

1/28/2021

 **Gmail**

*207*    *(150)*

A Purpose Within <valarynellum@gmail.com>

## Valary W Nellum Appeal

1 message

---

**Valary Nellum** <valarynellum@yahoo.com>                    Fri, Jul 3, 2020 at 11:36 AM
To: "duncanjk@archildrens.org" <duncanjk@archildrens.org>, "raineyso@archildrens.org" <raineyso@archildrens.org>,
"Valary Kaye (via Google Docs)" <valarynellum@gmail.com>

July 1st, 2020


Arkansas Children's Hospital
Human Resources Department
Little Rock. Arkansas 72206
Attention: Sonya Rainey & Jimmy Duncan


This letter will serve as an appeal regarding my termination on June 26th, 2020

On June 23rd, I received a call from Lekita Brown stating effective today I will be place on Administrative Leave pending the investigation of my complaint against Wanda Biello and Samantha Suggs. The investigation is to determine if the complaint was made in good faith or with malicious intent.

On June 26th, I received a call from LB stating the investigation was compeleted and it was determined my complaint against SS and WB was not made with good intention. She believed it was in retaliation against SS and WB.

I believe my termination was in retaliation for filing a Discrimination Law Suit and complaining of WB and SS recent unprofessional behavior and cover up.  Therefore I'm asking for a thorough investigation which will dearly demostrate the unfair practices that continues to occur. I'm also, asking to be reinstated as an employee of ACH.

Thank you

Valary W Nellum

1/27/2021

Yahoo Mail - Letter of Appeal

378

(157)

## Letter of Appeal

From: Valary Nellum (valarynellum@yahoo.com)

To:    raineyso@archildrens.org; duncanjk@archildrens.org

Date:  Friday, July 3, 2020, 08:59 AM CDT

July 3rd, 2020

Arkansas Children's Hospital
Human Resources Department
Little Rock. Arkansas 72206
Attention: Sonya Rainey & Jimmy Duncan

*New HR Director after / Chanel Wells*

This letter will serve as an appeal regarding my termination on June 26th, 2020

On June 23rd, I received a call from Lekita Brown stating effective today I will be place on Administrative Leave pending the investigation of my complaint against Wanda Biello and Samantha Suggs. The investigation is to determine if the complaint was made in good faith or with malicious intent.

On June 26th, I received a call from LB stating the investigation was completed and it was determined my complaint against SS and WB was not made with good intention. She believed it was in retaliation against SS and WB.

I believe my termination was in retaliation for filing a Discrimination Law Suit and complaining of WB and SS recent unprofessional and bullying behavior and the cover up. Therefore I'm asking for a thorough investigation and to be reinstated as an employee of ACH.

Thank you

Valary W Nellum

1/1

1/27/2021                                             Yahoo Mail - Re: Letter of Appeal

40 7                                              ⟨152⟩

## Re: Letter of Appeal

From: Valary Nellum (valarynellum@yahoo.com)

To:    raineyso@archildrens.org; duncanjk@archildrens.org

Date:  Tuesday, July 21, 2020, 08:08 AM CDT

Good morning

I'm following up on my appeal.
I understand there is a 10 day process from date of appeal.
The initial request for an appeal was submitted on July 3rd.

Can you please advise me of the status?
Thank you

Sent from Yahoo Mail for iPhone

On Friday, July 3, 2020, 8:59 AM, Valary Nellum <valarynellum@yahoo.com> wrote:

July 3rd, 2020

Arkansas Children's Hospital
Human Resources Department
Little Rock. Arkansas 72206
Attention: Sonya Rainey & Jimmy Duncan

This letter will serve as an appeal regarding my termination on June 26th, 2020

On June 23rd, I received a call from Lekita Brown stating effective today I will be place on Administrative Leave pending the investigation of my complaint against Wanda Biello and Samantha Suggs. The investigation is to determine if the complaint was made in good faith or with malicious intent.

On June 26th, I received a call from LB stating the investigation was completed and it was determined my complaint against SS and WB was not made with good intention. She believed it was in retaliation against SS and WB.

I believe my termination was in retaliation for filing a Discrimination Law Suit and complaining of WB and SS recent unprofessional and bullying behavior and the cover up. Therefore I'm asking for a thorough investigation and to be reinstated as an employee of ACH.

Thank you

Valary W Nellum

1/2

1/27/2021

Case 4:24-cv-00360-LPR   Document 1    Filed 04/23/24    Page 66 of 189
Case 4:20-cv-00385-LPR   Document 17   Filed 09/13/21   Page 158 of 206

(153)

On June 26th, I received a call from LB stating the investigation was completed and it was determined my complaint against SS and WB was not made with good intention. She believed it was in retaliation against SS and WB.

I believe my termination was in retaliation for filing a Discrimination Law Suit and complaining of WB and SS recent unprofessional and bullying behavior and the cover up. Therefore I'm asking for a thorough investigation and to be reinstated as an employee of ACH.

Thank you

Valary W Nellum

1/27/2021

Yahoo Mail - Re: Letter of Appeal

154

## Re: Letter of Appeal

From:  Valary Nellum (valarynellum@yahoo.com)

To:    raineyso@archildrens.org; duncanjk@archildrens.org

Date:  Tuesday, July 21, 2020, 11:36 AM CDT

Hello Jimmy
I received your response on my appeal, today. I respectfully disagree with your decision.
The latest complaint I filed was in March 2020.

Thanks for your response..
I would like to retrieve my belongs.

Sent from Yahoo Mail for iPhone

On Tuesday, July 21, 2020, 8:08 AM, Valary Nellum <valarynellum@yahoo.com> wrote:

Good morning

I'm following up on my appeal.
I understand there is a 10 day process from date of appeal.
The initial request for an appeal was submitted on July 3rd.

Can you please advise me of the status?
Thank you

Sent from Yahoo Mail for iPhone

On Friday, July 3, 2020, 8:59 AM, Valary Nellum <valarynellum@yahoo.com> wrote:

July 3rd, 2020


Arkansas Children's Hospital
Human Resources Department
Little Rock. Arkansas 72206
Attention: Sonya Rainey & Jimmy Duncan


This letter will serve as an appeal regarding my termination on June 26th, 2020

On June 23rd, I received a call from Lekita Brown stating effective today I will be place on
Administrative Leave pending the investigation of my complaint against Wanda Biello and
Samantha Suggs. The investigation is to determine if the complaint was made in good faith or with
malicious intent.

1/2

Case 4:24-cv-00360-LPR    Document 1    Filed 04/23/24    Page 68 of 189
Case 4:20-cv-00385-LPR    Document 37    Filed 09/17/21    Page 160 of 209

1/27/2021
Yahoo Mail - Re: Letter of Appeal

## Re: Letter of Appeal

From: Valary Nellum (valarynellum@yahoo.com)

To:    raineyso@archildrens.org; duncanjk@archildrens.org

Date: Tuesday, July 21, 2020, 08:08 AM CDT

Good morning

I'm following up on my appeal.
I understand there is a 10 day process from date of appeal.
The initial request for an appeal was submitted on July 3rd.

Can you please advise me of the status?
Thank you

Sent from Yahoo Mail for iPhone

On Friday, July 3, 2020, 8:59 AM, Valary Nellum <valarynellum@yahoo.com> wrote:

July 3rd, 2020

Arkansas Children's Hospital
Human Resources Department
Little Rock, Arkansas 72206
Attention: Sonya Rainey & Jimmy Duncan

This letter will serve as an appeal regarding my termination on June 26th, 2020

On June 23rd, I received a call from Lekita Brown stating effective today I will be place on Administrative Leave pending the investigation of my complaint against Wanda Biello and Samantha Suggs. The investigation is to determine if the complaint was made in good faith or with malicious intent.

On June 26th, I received a call from LB stating the investigation was completed and it was determined my complaint against SS and WB was not made with good intention. She believed it was in retaliation against SS and WB.

I believe my termination was in retaliation for filing a Discrimination Law Suit and complaining of WB and SS recent unprofessional and bullying behavior and the cover up. Therefore I'm asking for a thorough investigation and to be reinstated as an employee of ACH.

Thank you

Valary W Nellum



## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** American(U.S.)

## Adverse Action(s)

On 06/12/2020 I was given a written warning alleged I was not following instruction. On June 26th I was terminated for misconduct.

This written warning come after complaining of continuing bullying and harassment against me by my manager Wanda Bilello that occurred March 26th 2020. The complaint was made to Sam Suggs, Chanta Wells, and Lekita Brown.

Witness to this behavior was given for verification.

I believe the continuing harassment, bullying and now termination is a direct attack for filling  EEOC discrimination charges in April 2019.

# Supplemental Information

## What Reason(s) were you given for the action taken against you?

On June 23rd I received a voice mail from VP Lekita Brown stating she would be placing me on administrative effective at 10:45 am pending investigation of my original complaint. if it was made in good faith or malicious intent.

On June 26 I spoke to Lekita Brown by phone, she stated it was determine my complaint was not in good faith. And today would be my last day of employment

**Street or Mailing Address:** 90 Greystone Blvd

**Address Line 2:**

**City, State, Zip:** CABOT, AR, 72023

**Country:** UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:** valarynellum@gmail.com

**Home Phone Number:** (501) 960-1473

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:** ARKANSAS CHILDREN'S HOSPITAL

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 1 Children's Way

**Address Line 2:**

**City, State, Zip Code:** LITTLE ROCK,AR, 72206

**County:** Pulaski

**Phone Number:**

## RESPONDENT CONTACT

**First and Last Name:** Jimmy Duncan

**Email Address:** duncanjk@archildrens.org

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**



# EEOC (INQUIRY) NUMBER: 493-2020-01634

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 06/12/2020

**Reason for Complaint:** Disability, Retaliation - I filed a charge of job discrimination about any of the above, Retaliation - I contacted a government agency to complain about job discrimination, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Arkansas

**Submission (Initial Inquiry) Date:** 07/21/2020

**Claim previously filed as charge with EEOC?** Yes

**Approximate Date of Filing:** 04/05/2019

**Charge Number:** 493-2019-01101

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Little Rock Area Office

**Accountable:** Little Rock Area Office

### APPOINTMENT

**Appointment Date and time:** 09/14/2020 03:00 PM US/Central

**Interview Type:** Phone

### APPROXIMATE DEADLINE FOR FILING A CHARGE: 12/09/2020

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Valary

**Last Name:** Nellum



with ACH. She informed me I would get something in writing from Human Resources.

**Was anyone in a similar situation treated the same, better, or worse than you?**

This is a retaliation complaint.

I filed claim with EEOC April 2019, right to sue letter issued January 2020.

I was on FMLA for my condition Janaury and Feburary 2020. Upon returning from FMLA Wanda Biello had removed me from the group.

She continued to create a hostile environment by defaming my character, harassing me and trying to provoke me.  I complained and gave the witness name below that could verify my unfair treatment and Wanda Biello unprofessional behavior.

Derek Hines, Janeth  Lowe, and Tammy Nash

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

Tammy Nash-still employed

Janeth Lowe- temp employee let go after validating my complaint

Derrick Hines- still employed

**Please tell us any other information about your experience?**

Since filing charges with EEOC in 2019 as Human Resources warned me in 2016 by filing a complaint I  would be subject to retaliation.



10/20/2020 2:15 PM

156

*AAS578C+688792234202025299*

## ARKANSAS DIVISION OF WORKFORCE SERVICES
## NOTICE OF AGENCY DETERMINATION

Mailing Date Of Notice:    10/21/2020
Local Office No:           00160
Initial Claim:             06/26/2020
SSN:***-**-7886            BYQ:20202

VALARY W NELLUM
90 GREYSTONE BLVD
CABOT  AR  72023

ARKANSAS CHILDRENS HOSPITAL
1 CHILDREN'S WAY, ATTN: KIM FRISBEE
LITTLE ROCK  AR  72202

**FINDING OF FACTS:**  The claimant was discharged on 06-10-2020 for failing to meet the employer's work standards. The employer has not provided sufficient evidence to support a finding that the claimant willfully disregarded their duties and obligations to the employer.

**DECISION:**  Not disqualified. ***Importante: Este documento(s) contiene información importante acerca de su derecho de compensación por desempleo, responsabilidades y/o beneficios. Es muy importante que usted entienda la información contenida en este documento. Si necesita ayuda en la traducción y comprensión de esta información, por favor repórtese a su oficina local de inmediato. Si usted no está de acuerdo con esta determinación o decisión, debe presentar una apelación antes del plazo límite especificado en la determinación o decisión.

**LAW:**  ACA § 11-10-514(a)(4) provides that an individual shall not be deemed guilty of misconduct for poor performance in his or her job duties unless the employer can prove that the poor performance was intentional. An individual's repeated act of commission or omission or negligence, despite progressive discipline shall constitute sufficient proof of intentional poor performance.

**APPEAL RIGHTS:**  ACA §11-10-524(A) provides that a party entitled to this notice may file an appeal within 20 calendar days after the mailing of the notice to his last known address. An appeal may be filed by either completing a written appeal form (which may be obtained from any Division of Workforce Services Office or at https://www.dws.arkansas.gov/unemployment/appealing-ui-determination/) or by writing to the Arkansas Appeal Tribunal, P.O.Box 8013, Little Rock, AR 72203. Please attach a copy of this form to the appeal letter and continue to file weekly claims to protect your benefit rights. All correspondence relating to an appeal should include the claimant's Social Security number. More information regarding the unemployment insurance program may be found in UI handbook, at www.dws.arkansas.gov or the local office listed below.

TIMELY :        Y
514A4X01
CLAIMANT COPY

FAX: 501-725-8782   PHONE: 501-982-3835
DIVISION OF WORKFORCE SERVICES
P.O.BOX 39
JACKSONVILLE, AR 72077-0039

*prevent unemployment even with benefits available filed appeal*

*Benefits - approved*

*** Servicios de Interpretación/Traducción disponibles por medio de su oficina local. — Ewōr Jerbal in ukok ikijien jeje im kennaan ilo opij ko ijo kwoj pād ie. — Các Dịch Vụ Thông Dịch/Phiên Dịch có sẵn qua văn phòng địa phương của quý vị. — ການບໍລິການແປພາສາ/ລ່າມແປພາສາມີໃຫ້ໂດຍຜ່ານຫ້ອງການທ້ອງຖິ່ນຂອງທ່ານ — Interpretation/Translation services available through your local office.***

AAS578C  3.0.10

Page 1 of 1

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 47 Pages

# UNIFORM COVER PAGE

[To be used when required by Administrative Order No. 2 (g)★]

COURT: _____ COURT OF _____ COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER:   *Valary Ward*

DEFENDANT/
RESPONDENT:   *Childrei's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)):   *Samantha Suggs / my Manager*

★Administrative Order No 2.

(g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*uniform - cover page*

Gallery

12:40

D

Deyla Russell

iMessage
Today 12:13 PM

Good morning.
Hey lady pray you are
stating safe.
Quick question would
you be willing to write a
statement
Regarding Samantha
mention of my
outstanding collection
during fiscal year
meeting in 2013.
When I thought I was
going to be promoted,
after which..
I would really appreciate
it..
The case is winding up.

Subject

iMessage

145

20

20.13

1-26-21

Deyla Russell — Black nature

Quit after Not being Considered for promotion

Samantha Suggs
Immediate supervisor
from 2012- 2017/sept

ome://media-app

Harrassment

1/26/2021



235

(21)



Started working on my own after 2½ months of training after 3 months I was top collector on the Out Patient Billing Team - Jenny was for Outpatient Specialist group

1/20/2021

395

(22)



12:42

D

Deyla Russell

supposed to be
promoted to a two I think
I have been gone around
that time. And I
remember you calling me
saying that you were to
be promoted to a two
and you didn't get your
two. I also remember you
being upset about not
making the two. But if I
recall you told me that
information by phone
and not while I worked
there because I really did
work at children's but a
year or a little over a year
Before I moved to the
other company
downtown Little Rock.

Subject:

iMessage

1/26/2021

Gallery



Yes. do you remember saying Sam suggested in the meeting to get with me on what I was doing? I wasn't present I was in California my aunt got her wings!
And you asked.
Do you remember me asking you not to leave? And telling you the following month after you left you had the highest collection?



I remember you saying that my numbers were great when I left

chrome://media-app

1/2

1/26/2021

515



→ # Samantha
  Instructing the
  team member to
  get with me after
  8 months of employment

②

The main issue that is preventing you from promotion is documented in your <u>previous evaluations as well as your written</u> write-up given on April 2016. These issues preventing your promotion to an Analyst II are well documented; however, I would like to mention again how proud I am of your improvement and look forward to continuing to see that progress. I am glad you are looking at the job description as that will definitely help you move forward as you continue to look to a leadership position.

Thanks
Sam

**From:** Nellum, Valary W
**Sent:** Saturday, November 12, 2016 2:48 PM
**To:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** FW: EVALUATION

Hello Sam

Per our conversation on yesterday, you said I am not yet ready, to become an Analyst II. The job description for an Analyst II that you gave me on yesterday, I had a chance to look over. And I believe I have met the qualification and requirement to be promoted to an Anyalust II. I will continue to meet and/ or exceed the expectation, required.
Can you please take a look at my evaluation, receivable, cash collection and the great fed back the Analyst II and III gave during my evaluation and reconsider? Or can you explain in writing what prevented the promotion?

Thanks

**From:** Nellum, Valary W
**Sent:** Thursday, October 20, 2016 11:03 AM
**To:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** RE: EVALUATION

Ok

**From:** Suggs, Samantha M
**Sent:** Thursday, October 20, 2016 10:57 AM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** RE: EVALUATION

Let me try to get my bearing about me from all the meetings and month end and we will talk.
Thanks,
Sam

*SAmatha Suggs*
*=*
*From Immediate Supervise*
*to Director of finance*

2

## Nellum, Valary W

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Monday, November 14, 2016 3:11 PM |
| **To:** | Suggs, Samantha M |
| **Cc:** | Nellum, Valary W |
| **Subject:** | RE: EVALUATION |

Oh ok. I didn't think if there was improvement in 2016, that 2015 would be a contributing factor.
Also, I didn't think after the information I provided in April the coaching write up still remain in my file.

**From:** Suggs, Samantha M
**Sent:** Monday, November 14, 2016 2:51 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** RE: EVALUATION

I am referring to your past evaluations as well as the April 2016 evaluation.
Thanks,
Sam

**From:** Nellum, Valary W
**Sent:** Monday, November 14, 2016 12:57 PM
**To:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** RE: EVALUATION

Are you speaking of my evaluation I just receive or the one from 2015?

**From:** Suggs, Samantha M
**Sent:** Monday, November 14, 2016 9:39 AM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** FW: EVALUATION

Valary,

1

**From:** Nellum, Valary W
**Sent:** Thursday, October 20, 2016 8:34 AM
**To:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** EVALUATION

Good morning

Can you tell me what I was lacking in my performance, which prevented me from becoming an Analyst II?

Thanks

*Valary W Nellum*
*Account Analyst*
*Patient Financial Services*
*Arkansas Children's Hospital*
*1 Children's Way | Slot 664 | Little Rock, AR 72202*
*501.364.2461 direct | 501.364.2433 fax*
nellumvw@archildrens.org



We champion children by
making them better today
and healthier tomorrow.

**archildrens.org**

3



**Nellum, Valary W**

---

From:           Nellum, Valary W
Sent:           Thursday, October 27, 2016 12:34 PM
To:             Suggs, Samantha M
Subject:        RE: EVALUATION

Did you forget about me?  ☺

From: Suggs, Samantha M
Sent: Thursday, October 20, 2016 10:57 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: EVALUATION

Let me try to get my bearing about me from all the meetings and month end and we will talk.
Thanks,
Sam

From: Nellum, Valary W
Sent: Thursday, October 20, 2016 8:34 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: EVALUATION

Good morning

Can you tell me what I was lacking in my performance, which prevented me from becoming an Analyst II?

Thanks

*Valary W Nellum*
*Account Analyst*
*Patient Financial Services*
*Arkansas Children's Hospital*
*1·Children's Way | Slot 664 | Little Rock, AR 72202*
*501.364.8461 direct | 501.364.8487 fax*

1

Arkansas Children's Hospital

We champion children by
making them better today
and healthier tomorrow.

archildrens.org

nellumw@archildrens.org

Nellum, Valary W

**From:** Nellum, Valary W
**Sent:** Monday, October 16, 2017 5:06 PM
**To:** Suggs, Samantha M; Bitello, Wanda X
**Subject:** HELLO LADIES

Good afternoon
I left my evaluation on Friday unclear as to why I was not promoted to an Anaylst II
Can you please explain for me?
So, I can have it in writing.
Thanks

*[Handwritten notes:]*

said I did not
notify Wanda only

Ker

10-13 - Evaluation
10-16 - Notified (Wanda meeting)
10-23 - Set up
11-13 - Coreula meeting
12-18 - Cancelle
1-13 - Cancelled - resch
met 1-8 - cancelled

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Bilello, Wanda X |
| **Sent:** | Tuesday, October 17, 2017 8:51 AM |
| **To:** | Nellum, Valary W; Suggs, Samantha M |
| **Subject:** | RE: HELLO LADIES |

Good Morning Valary,

These are my thoughts. Sam, please correct me on anything you feel differently or have to add.

**An Analyst II displays leadership, strong communication skills and quality in their performance as an Analyst I.**

**Leadership/Communication:**

Not only seeking but identifying a need for your peers and/or manager.

Taking on additional tasks while maintaining and exceeding current responsibilities. The key to leadership is to not only say I can help but to identify a need and bring it to your manager with a plan on how you believe you can help to obtain that approval to move forward with it.

Process improvements and researching what can be done within appropriate guidelines is a skill an Analyst must demonstrate but just as important understand the policies and procedures this organization has to protect any fraudulent incidents to occur meaning all processes are approved before implementing. This is a vital piece for a manager to have that trust and security in all Analysts but definitely a quality required to advance into an Analyst II role.

Finding different ways to approach things, communicate things especially when differences amongst peers occur. Watching body language and facial expressions. These are all common things that come with any leadership role.

Positivity when things are hectic, seem unorganized, or even when you disagree with the process/approach. As a leader, you have to support and trust that your manager has to do things a certain way perhaps due to a bigger picture than you are aware of. These things come with leadership and a common understanding of that support brings a balance to the rest of the team.

**Quality Performance in current role:**

This is the first year that evaluations reflect the process change that was done by Sam with the splitting of the Billers and Collectors. I think Sam's vision was something that was out of the box and she took chance on what the change could produce. Her thought process has brought success in the outpatient team from the collection numbers, overall numbers and stress amongst the team. All the collectors are pulling around the same numbers, so just by the numbers, you could say everyone is performing successfully. The difference may hold in the fact that others may have additional projects that they have taken on as well as maintaining their numbers.

**A couple of misconceptions I think will be of help to you.**

Evaluations are not a time for promotions to occur. An evaluation is evaluating your past year. Promotions can occur at any time of the year.

| | |
|---|---|
| From: | Nellum, Valary W |
| Sent: | Tuesday, October 17, 2017 9:46 AM |
| To: | Bilello, Wanda X; Suggs, Samantha M |
| Subject: | RE: HELLO LADIES |

Thank you ☺ for sharing

The suggestion to split billers and collectors is a suggestion I made to Sam within the first year of employment. Which is something I knew would be a great process and improvement, in our AR.
Sam asked that I mention to Sheryl, but she was interested. *was it*

The suggestion came up again, shortly before the implementation of the biller and collector, last year. This suggestion was made when Ronnie did rounds last year. I was happy Sam decided because I knew this would be a great move in reducing our AR.

Other assignments while successfully maintaining my assign split come from 7,6, and 5 biller split, which is done when team member are out. During the last 5 years I have successfully reduced my AR.
Last year was a challenging year for all. Being positive is what a practice daily.
Over the years I have received extra assignments, besides covering for my team member when off.... I received extra task of handling dental Van claims and reports while successfully maintain my split.

Coming to work daily with positive attitude and working with my team in finding different way to approach reoccurring issues is something I feel we do well as a team.
We all depend on each other for issue and questions that may arrive daily. We are a great team.

I do understand promotions can occur before or after evaluation. it doesn't necessarily have to happen during evaluation. ☺
I worked harder this last year to maintaining a positive attitude, suggesting quality improved, being prayerful for our department and successfully reducing my AR With the hard work and dedication I put in this last year, I felt I earned to promotion to an analyst II.

Thank you AGAIN FOR SHARING ☺

From: Bilello, Wanda X
Sent: Tuesday, October 17, 2017 8:51 AM
To: Nellum, Valary W <NellumVW@archildrens.org>; Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: HELLO LADIES

Good Morning Valary,
These are my thoughts. Sam, please correct me on anything you feel differently or have to add.

**An Analyst II displays leadership, strong communication skills and quality in their performance as an Analyst I.**

**Leadership/Communication:**

1

Good Morning

Yes, I heard Gena say she watch number of all the analyst and I'm sure Carol does as well.

And if they have watched over the last 5 years, they too would agree I have earned the position as an Analyst II.

----Original Message----
From: Suggs, Samantha M
Sent: Monday, November 20, 2017 4:31 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

In what, the Analyst II Meeting?
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way • Slot 663 • Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn

*Shared with Wanda - Samantha my next step was upper manager Gena Wingfield - CFO Carol Hudgens - VP. Fin*

----Original Message----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:45 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Good evening Sam
Just wondering do we need to include Carol or Gena?

----Original Message----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:26 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: FW: Declined: Analyst II

WANDA ON VACATION THIS WEEK

----Original Appointment----
From: Suggs, Samantha M
Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II
When: Friday, November 17, 2017 10:30 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
Where: Sam's office

I am sorry but we have some Epic priorities as this time. I will set us something up once things settle back down.
Thanks, Sam

2

**Nellum, Valary W**

Sent:           Monday, December 18, 2017 4:46 PM
Subject:        FW: Declined: Analyst II

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, December 18, 2017 2:20 PM
To: Samantha M Suggs (SuggsSM@archildrens.org) <SuggsSM@archildrens.org>
Cc: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

I have January 15th down at 10:00am
3rd cancellation due to epic, per Sam.

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 9:46 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Okie dokie

-----Original Message-----
From: Suggs, Samantha M
Sent: Tuesday, November 21, 2017 8:20 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

I think we need to meet first.
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way • Slot 663  • Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 7:19 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

1

6 0 23

69

## Nellum, Valary W

**From:** Nellum, Valary W
**Sent:** Monday, October 23, 2017 2:56 PM
**To:** Suggs, Samantha M
**Subject:** RE: MEETING

My evaluation and Analyst II

**From:** Suggs, Samantha M
**Sent:** Monday, October 23, 2017 2:55 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** RE: MEETING

What would you like to discuss?
Thanks,
Sam

**Samantha Suggs**
**Director, Patient Financial Services**
**Arkansas Children's Hospital**
1 Children's Way • Slot 663 • Little Rock, AR 72202
suggssm@archildrens.org
(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn



**Arkansas Children's**

HOSPITALS · RESEARCH · FOUNDATION

**From:** Nellum, Valary W
**Sent:** Monday, October 23, 2017 2:39 PM
**To:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** MEETING

Can we set up a meeting for some time this week? ✓

1

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Suggs, Samantha M |
| **Sent:** | Monday, October 23, 2017 3:46 PM |
| **To:** | Nellum, Valary W |
| **Subject:** | RE: MEETING |

Sure. Is this something I can schedule after GO LIVE?

Have you discussed with Wanda?
Thanks,
Sam

**Samantha Suggs**
**Director, Patient Financial Services**
**Arkansas Children's Hospital**
1 Children's Way • Slot 663 • Little Rock, AR 72202
suggssm@archildrens.org
(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn



**Arkansas Children's**

HOSPITALS · RESEARCH · FOUNDATION

From: Nellum, Valary W
Sent: Monday, October 23, 2017 2:56 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: MEETING

My evaluation and Analyst II

From: Suggs, Samantha M
Sent: Monday, October 23, 2017 2:55 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: MEETING

What would you like to discuss?
Thanks,
Sam

**Samantha Suggs**
**Director, Patient Financial Services**
**Arkansas Children's Hospital**
1 Children's Way • Slot 663 • Little Rock, AR 72202
suggssm@archildrens.org

1

8723

69

(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn



**Arkansas
Children's**

HOSPITALS · RESEARCH · FOUNDATION

**From:** Nellum, Valary W
**Sent:** Monday, October 23, 2017 2:39 PM
**To:** Suggs, Samantha M <SuggsSM@archildrens.org>
**Subject:** MEETING

Can we set up a meeting for some time this week?

2

## Nellum, Valary W

**Sent:**  Monday, December 18, 2017 4:46 PM
**Subject:**  FW: Declined: Analyst II

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, December 18, 2017 2:20 PM
To: Samantha M Suggs (SuggsSM@archildrens.org) <SuggsSM@archildrens.org>
Cc: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

I have January 15th down at 10:00am
3rd cancellation due to epic, per Sam.

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 9:46 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Okie dokie

-----Original Message-----
From: Suggs, Samantha M
Sent: Tuesday, November 21, 2017 8:20 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

I think we need to meet first.
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663  ● Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 7:19 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

1

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Suggs, Samantha M |
| **Sent:** | Tuesday, November 14, 2017 8:28 PM |
| **To:** | Nellum, Valary W |
| **Subject:** | Re: reminder* Anaylst II meeting |

Please find a free moment on our calendars. Thanks, Sam

---

**From:** Nellum, Valary W [NellumVW@archildrens.org]
**Sent:** November 13, 2017 at 2:09:53 PM
**To:** Suggs, Samantha M
**Subject:** reminder* Anaylst II meeting

Good evening Sam ☺
My reminder on the calendar did not notify me until after our schedule meeting time. I worked right through... ☹
You asked, if I want to reschedule and the answer is yes.
Thanks

1

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Suggs, Samantha M |
| **Sent:** | Wednesday, November 15, 2017 7:21 AM |
| **To:** | Nellum, Valary W |
| **Subject:** | Re: reminder* Anaylst II meeting |

Please use outlook and find a time free on our calendars. Thanks, Sam

---

**From:** Nellum, Valary W [NellumVW@archildrens.org]
**Sent:** November 15, 2017 at 7:18:32 AM
**To:** Suggs, Samantha M
**Subject:** RE: reminder* Anaylst II meeting

Good morning
☺
Thanks

**From:** Suggs, Samantha M
**Sent:** Tuesday, November 14, 2017 8:28 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** Re: reminder* Anaylst II meeting

Please find a free moment on our calendars. Thanks, Sam

---

**From:** Nellum, Valary W [NellumVW@archildrens.org]
**Sent:** November 13, 2017 at 2:09:53 PM
**To:** Suggs, Samantha M
**Subject:** reminder* Anaylst II meeting

Good evening Sam ☺
My reminder on the calendar did not notify me until after our schedule meeting time. I worked right through... ☹
You asked, if I want to reschedule and the answer is yes.
Thanks

1

*12 / 23*

*73*

**Nellum, Valary W**

**From:**      Suggs, Samantha M
**Sent:**       Friday, November 17, 2017 9:13 AM
**To:**         Nellum, Valary W
**Subject:**    Declined: Analyst II

I am sorry but we have some Epic priorities as this time.  I will set us something up once things settle back down.
Thanks, Sam

1

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Friday, November 17, 2017 1:03 PM |
| **To:** | Suggs, Samantha M |
| **Cc:** | Nellum, Valary W |
| **Subject:** | RE: Declined: Analyst II |

OK. I'm looking forward to meeting with you. I will await rescheduling God bless

-----Original Appointment-----
From: Suggs, Samantha M
Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II
When: Friday, November 17, 2017 10:30 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
Where: Sam's office

I am sorry but we have some Epic priorities as this time.  I will set us something up once things settle back down.
Thanks, Sam

1

*14 8 2 3*

*75*

## Nellum, Valary W

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Monday, November 20, 2017 2:45 PM |
| **To:** | Samantha M Suggs (SuggsSM@archildrens.org) |
| **Subject:** | RE: Declined: Analyst II |

Good evening Sam
Just wondering do we need to include Carol or Gena?

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:26 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: FW: Declined: Analyst II

WANDA ON VACATION THIS WEEK

-----Original Appointment-----
From: Suggs, Samantha M
Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II
When: Friday, November 17, 2017 10:30 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
Where: Sam's office

I am sorry but we have some Epic priorities as this time.  I will set us something up once things settle back down.
Thanks, Sam

1



16 9/23

77

November 17, 2017

FRIDAY

17

Mail  Calendar  People  Tasks  ···

**Nellum, Valary W**

---

**Sent:**          Monday, December 18, 2017 4:46 PM
**Subject:**      FW: Declined: Analyst II

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, December 18, 2017 2:20 PM
To: Samantha M Suggs (SuggsSM@archildrens.org) <SuggsSM@archildrens.org>
Cc: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

I have January 15th down at 10:00am
3rd cancellation due to epic, per Sam.

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 9:46 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Okie dokie

-----Original Message-----
From: Suggs, Samantha M
Sent: Tuesday, November 21, 2017 8:20 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

I think we need to meet first.
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663   ● Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 7:19 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

1

Good Morning
Yes, I heard Gena say she watch number of all the analyst and I'm sure Carol does as well.
And if they have watched over the last 5 years, they too would agree I have earned the position as an Analyst II.

-----Original Message-----
From: Suggs, Samantha M
Sent: Monday, November 20, 2017 4:31 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

In what, the Analyst II Meeting?
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663  ● Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:45 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Good evening Sam
Just wondering do we need to include Carol or Gena?

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:26 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: FW: Declined: Analyst II

WANDA ON VACATION THIS WEEK

-----Original Appointment-----
From: Suggs, Samantha M
Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II
When: Friday, November 17, 2017 10:30 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
Where: Sam's office

I am sorry but we have some Epic priorities as this time.  I will set us something up once things settle back down.
Thanks, Sam

2

19 of 23

(80)

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Tuesday, November 21, 2017 7:19 AM |
| **To:** | Suggs, Samantha M |
| **Subject:** | RE: Declined: Analyst II |

Good Morning
Yes, I heard Gena say she watch number of all the analyst and I'm sure Carol does as well.
And if they have watched over the last 5 years, they too would agree I have earned the position as an Analyst II.


-----Original Message-----
From: Suggs, Samantha M
Sent: Monday, November 20, 2017 4:31 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

In what, the Analyst II Meeting?
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663  ● Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn


-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:45 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Good evening Sam
Just wondering do we need to include Carol or Gena?

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:26 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: FW: Declined: Analyst II

WANDA ON VACATION THIS WEEK

-----Original Appointment-----
From: Suggs, Samantha M

1

Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II
When: Friday, November 17, 2017 10:30 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
Where: Sam's office

I am sorry but we have some Epic priorities as this time.  I will set us something up once things settle back down.
Thanks, Sam

Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II

## Nellum, Valary W

| | |
|---|---|
| **From:** | Suggs, Samantha M |
| **Sent:** | Tuesday, November 21, 2017 8:20 AM |
| **To:** | Nellum, Valary W |
| **Subject:** | RE: Declined: Analyst II |

I think we need to meet first.
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663  ● Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn

-----Original Message-----
From: Nellum, Valary W
Sent: Tuesday, November 21, 2017 7:19 AM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Good Morning
Yes, I heard Gena say she watch number of all the analyst and  I'm sure Carol does as well.
And if they have watched  over the last 5 years, they too would agree I have earned the position as an Analyst II.

-----Original Message-----
From: Suggs, Samantha M
Sent: Monday, November 20, 2017 4:31 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Declined: Analyst II

In what, the Analyst II Meeting?
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663  ● Little Rock, AR 72202 suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn

1

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:45 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Declined: Analyst II

Good evening Sam
Just wondering do we need to include Carol or Gena?

-----Original Message-----
From: Nellum, Valary W
Sent: Monday, November 20, 2017 2:26 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: FW: Declined: Analyst II

WANDA ON VACATION THIS WEEK

-----Original Appointment-----
From: Suggs, Samantha M
Sent: Friday, November 17, 2017 9:13 AM
To: Nellum, Valary W
Subject: Declined: Analyst II
When: Friday, November 17, 2017 10:30 AM-11:00 AM (UTC-06:00) Central Time (US & Canada).
Where: Sam's office

I am sorry but we have some Epic priorities as this time. I will set us something up once things settle back down.
Thanks, Sam

2

## Nellum, Valary W

| | |
|---|---|
| **Subject:** | Discuss Evaluation and Analyst II |
| **Location:** | Sam's Office |
| | |
| **Start:** | Thu 1/11/2018 10:00 AM |
| **End:** | Thu 1/11/2018 10:30 AM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Suggs, Samantha M |
| **Required Attendees:** | Nellum, Valary W; Bilello, Wanda X |

We have an issue with inpatient that has to be resolved today. I need to reschedule. Please forgive.

From: Nellum, Valary W
Sent: Monday, October 23, 2017 3:53 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: MEETING

Yes, we can schedule after go live. It only 11 days

I'm still unclear as to why I was not promoted to analyst II, even after speaking to Wanda, so my next step was to speak with you.

From: Suggs, Samantha M
Sent: Monday, October 23, 2017 3:46 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: MEETING

Sure. Is this something I can schedule after GO LIVE?

Have you discussed with Wanda?
Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way ● Slot 663 ● Little Rock, AR 72202
suggssm@archildrens.org
(501) 364-2577 direct
Website ● Facebook ● Twitter ● LinkedIn

1

**Nellum, Valary W**

| | |
|---|---|
| From: | Nellum, Valary W |
| Sent: | Thursday, January 11, 2018 3:43 PM |
| To: | Suggs, Samantha M |
| Cc: | Bilello, Wanda X; Nellum, Valary W |
| Subject: | RE: CONSIDERATION |

I have always trusted and respected you as a supervisor and now as a manager.
Example:  Even when I knew there was a better way to reduce our AR I still trusted YOU and continued working as instructed, and giving a 110% each day.

I'm not demanding to be an Analyst II. That word came up twice in our meeting. (demand) I believe, I have earned the position.
You asked, that I be patient!
I have for three years.

I agree, in the past we definitely had communication problems. Your tone and deliverance was that which I had never experience. Which caused me to shut down.

I am praying for direction on my next move, if I should meet with Carol and Gina or go to human resource.

Side note: Manager or supervisor do not reprimand employee in front of other employees.

Again, I love my job with ACH and look forward to the upcoming years.

Thanks

From: Suggs, Samantha M
Sent: Thursday, January 11, 2018 1:24 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Bilello, Wanda X <BilelloWX@archildrens.org>
Subject: RE: CONSIDERATION

Valary,

Thank you so much for the discussion today regarding you interest in the Analyst II position.  If you decide that you would like to take the discussion further, please do contact Wanda. We will get they set up with Carol.

Again, I want to encourage you by saying both Wanda and I feel like you are have some great improvements and look forward to continuing to see your progression to an Analyst II!  Continue to work on your communication as well as your trust and support that you have with management team.

Thanks,
Sam

Samantha Suggs

1



**Director, Patient Financial Services**
**Arkansas Children's Hospital**
1 Children's Way • Slot 663  • Little Rock, AR 72202
suggssm@archildrens.org
(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn



**HOSPITALS · RESEARCH · FOUNDATION**

From: Nellum, Valary W
Sent: Wednesday, January 10, 2018 4:03 PM
To: Suggs, Samantha M <SuggsSM@archildrens.org>
Cc: Bilello, Wanda X <BilelloWX@archildrens.org>
Subject: FW: CONSIDERATION

From: Nellum, Valary W
Sent: Wednesday, January 10, 2018 3:56 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: CONSIDERATION

I've been employed with ACH for 5 years as an Analyst I.
My initial request was to be consider as an Analyst II. After looking over the accomplishments and success I've shown,
throughout my employment; I'm asking to be considered for an Analyst III.

Requirements:
1. Leadership/ Communication:
   A. Identifying a need for your peers and/or manager. One of the needs for my peer is that all collectors be promoted
to an Analyst II. This will boost their moral and confident. We have all given our evening and Saturdays to accomplish
our goals. We have worked together as a team, identifying and sharing issues and concerns that would have caused
longer delays in our collection.
   B. Taking on additional task while maintaining and exceeding our current responsibilities.
After three month of being employed with ACH, I started covering for my team members when they were out,
sometimes two at a time while maintaining and exceeding my current responsibilities.
   C. Processing improvements and researching what can be done within guidelines.
My suggestion for process improvement was suggested to Samantha in 2013. After using my Analytical research and
seventeen years of billing and collection experience, I knew the biller and collector split would be the bests strategy to
reducing  our over 90 receivables.
In June of 2016 Samantha asked again for ideas and suggestions in reducing over 90. I suggested biller and collector
again.  I was excited this processes was finally implemented.
I have identified and researched issue throughout the years that has caused delays  In our collection and reduction. I
have communicated these issues with Samantha and Ronnie.
   D. Finding different ways to approach things especially when different among my peers.
I have work diligently with my team throughout my career with ACH. I have been recognize on my evaluations as a
strong performer, when it comes to team work.

2

Being able to smile through challenges and issues is one of my strongest attribute. When life's challenges comes knocking at my door, I never focus on the negative only the positive.

understand to have a successful team, you should use each team members best quality. This contribute to achieving and/or meeting unit goals. We all have different strength.

E. Positive attitude

Always!

I praying daily for a positive attitude no matter the challenges. It doesn't cost anything to smile. My positive attitude is not only within the unit its with ACH.

2. Quality performance in current role:

For 5 years I've been a top contributor in most case. THE top contributor in reducing my over 90 and cash collection. I've been assigned to three alpha split in five years; starting with HAQ- KER from January 2013 through August 2016, HIM-MIK from September 1st 2016 through ————2017 and was successful in my quality and quantity of work. My current responsibility is LEQ -MON in epic beginning 12/14/2017

I am grateful to be a part of ACH. I'm asking to be recognized for the dedication and hard work, I've given ACH for five years and be consider for Analyst III.

I'm looking forward to the upcoming years strategizing to reduce my accounts receivable even more; while managing Meditech, Epic and my current responsibilities.

Thank you for your time and God Bless

3

Case 4:20-cv-00385-LPR   Document 37   Filed 09/17/21   Page 44 of 206

## Nellum, Valary W

| | |
|---|---|
| From: | Nellum, Valary W |
| Sent: | Wednesday, March 23, 2016 4:46 PM |
| To: | Moseley, Shalenia L |
| Subject: | Hello Shalena |



Would you consider me for the opening position you have, this time? I have 7 ½ years inpatient billing. I worked at Baptist Medical Center for 7 ½ years?

*Valary W Nellum*
*Account Analyst*
*Patient Financial Services*
*Arkansas Children's Hospital*
*1 Children's Way | Slot 664 | Little Rock, AR 72202*
*501.364.2461 direct | 501.364.2438 fax*
nellumvw@archildrens.org



We champion children by making them better today and healthier tomorrow.

archildrens.org

*After Sam tried to create division between me and co-workers. I tried to transfer to open position under another Supervisor.*

Case 4:20-cv-00385-LPR    Document 37    Filed 09/17/21    Page 45 of 206

## Nellum, Valary W



From:          Nellum, Valary W
Sent:          Friday, April 15, 2016 2:17 PM
To:            Moseley, Shalenia L
Subject:       Just a friendly reminder



I am still interest in the position you have available.

*Valary W Nellum*
*Account Analyst*
*Patient Financial Services*
*Arkansas Children's Hospital*
*1 Children's Way | Slot 664 | Little Rock. AR 72202*
*501.364.2461 direct | 501.364.2438 fax*
nellumvw@archildrens.org



We champion children by
making them better today
and healthier tomorrow.

archildrens.org

ellum, Valary W



**om:**      Spears, Ronnie D
**t:**       Tuesday, April 19, 2016 6:33 PM
           Nellum, Valary W; Suggs, Samantha M
**bject:**   FW: Performance Evaluation

ry,

mantha had you rated as "Some Development Needed" on 7 of the 13 categories you were evaluated on in your last evaluation. 
is seems to be clearly communicating to you that she believes you have many areas of needed improvement.

hen you visited with me today, you indicated that Sam would agree that your overall performance is good. While you 
ght *disagree* with Sam, I'm not sure how you are perceiving that Sam considers your performance is good when she's rated you as 
eeding improvement on more than half the items you were evaluated on. She states again today that she feels many of the issues she discussed with you still 
e areas of needed improvement. 
am indicates to me that most if not all of the items she has reported as items of concern have standard expectations and where you can see your own actual 
rformance against the standards. I would 
ncourage you to focus on the feedback Sam is providing you and look at the actual data that supports her findings.

day, I spoke with you about not pointing to another employee's failure to perform properly as an excuse for your own failure to follow an instruction. A few 
inutes later you showed me a report 
at confirmed you had not followed Sam's instructions, but that another employee might have done the same thing. Which leads me to believe you didn't 
sten to the point I was making. You responded that you 
ard that I wanted you to bring examples like the one you brought. The example you had relayed to me was that you felt you were being singled out by a co-
orker as having backlogs. And that others were 
ported as having no backlogs and that you could demonstrate that report was inaccurate by printing a report from Meditech that would show on the same 
ate that the other employees had backlogs. My intent in 
ggesting you print those reports and use them to resolve conflicts was to make sure that reporting be presented accurately...not to provide any excuse for 
iling to meet established standards for anyone.

ou implied that another employee was equally wrong as evidenced by the number of tasks they worked. I would expect that if that employee has a similar 
attern of failing to follow instructions, that they would be 
ounseled in a similar way as you have. As managers, we have been trained that occasional deviation from expectations by an employee is something that 
ometimes occurs and counseling or punitive action isn't always 
ppropriate for isolated cases. As I said today, whether or not another employee has been counseled isn't generally something we discuss with the employee's 
o-workers. I will ask Sam about the case you mentioned, 
ut your focus should remain on your own performance against the instructions and guidelines your manager has provided you.

1

From: Suggs, Samantha M
Sent: Tuesday, April 19, 2016 4:51 PM
To: Spears, Ronnie D <SpearsRD@archildrens.org>; Nellum, Valary W <NellumVW@archildrens.org>
Cc: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Performance Evaluation

I agree with this past evaluation I have given Valary. These are all measures that were ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ standards that have remained consistent for several years.

Hope this helps!

Sam

From: Spears, Ronnie D
Sent: Tuesday, April 19, 2016 3:43 PM
To: Nellum, Valary W <NellumVW@archildrens.org>; Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: Performance Evaluation

Sam,

Valary has expressed that she believes her performance is on a par with her co-workers, and believed you would agree with that assessment. I mentioned to Valary that I'd be checking with you to see if your assessment of her performance was that it was equal to the other staff members doing similar work, and that if the outcomes were comparable that you agree that the results are due to her work and not that of others.

Please let me know if you agree with Valary. I've pasted the Quality/Quantity sections of Valary's last eval, which I'd think would have given each of you a mutual understanding of the performance at that time.

2

- Performs work of appropriate volume for the job assigned while maintaining accuracy standards    40%
Show sub-duties

Score: Does Job Well

Supervisor Comment: Valary has been successful in her collections this year with an increase of $6,012 since her last evaluation. Valary has received 8,094 new reminders and has resolved 9,026 which exceeds the unit standard but does not quite qualify as a Role Model. Currently, Valary has 116 unworked remit denials older than 7 days which does not meet the unit standard. Her average lag time for denials is 19.85 days which is an improvement since her last evaluation but again does not meet the unit standard. Valary has an average lag time of 26 days on her Extension of Benefits which meets the standard of 35 days.

Employee Comment:

Documented by: Last updated by SUGGS,SAMANTHA on 10/10/2015

Performs quality of work appropriate to the job assigned while maintaining volume standards    40%
Show sub-duties

Score: Some Development Needed

Supervisor Comment: Valary has an over 90 of 26.8% and a reduction of $168,456 which is an improvement since last fiscal year; however, she still has not met standard and is not consistent with her other team members at this time. Valary's rejections are meeting standard with a lag time of just over 1 day, however, there have been concerns about the quality of her work in this area. Valary's Recoupment lag time has slipped out of the unit standard of 9 days with a score of 10.5 days.

Employee Comment: My rejection process was graded on one isolated month August 2015. I would have like to reviewed the other 11 months. I explained there may have been problems with our rejections the week my rejection stood out. I would have like to have reviewed my other 11 months for comparison.

Documented by: Last updated by SUGGS,SAMANTHA on 10/13/2015

3

*4/34*

**lellum, Valary W**

rom:          Spears, Ronnie D
ent:          Wednesday, April 20, 2016 10:14 AM
o:            Suggs, Samantha M; Nellum, Valary W
c:            Hudgens, Carol M
ubject:       Work Performance

esterday when I spoke with Valary she mentioned that felt Sam was evaluating her overall performance as being good and to keep doing what she was doing. mentioned to Valary that that wasn't the impression I had from either discussions with Sam or the evaluations that Sam has done of Valary's performance.

am and Valary and I met this morning to make sure we communicated clearly that Valary's performance is in need of improvement as her evaluation has dicated. Valary indicated that when Sam split duties among her staff between collection and billing functions that she thought Sam had placed her in the ollections role because of Valary's performing at a high level and we clarified that wasn't the case. Sam noted that Valary had seemed to struggle more with he billing side of her work, and that alary had shown more focus on the collections side of her work in times past...so Sam had moved Valary to the area where she tended to have fewer problems which was also the area that Valary seemed to most enjoy.  *2 hr Meetings*

alary, I hope our brief meeting helped to clarify that your performance is in need of improvement. I also understood that workers in the Medicaid Unit had ome in n their weekends to catchup some of the work Valary had a large backlog in and that Valary had not come in. I mentioned that my overall expectation in the epartment is that employees with   *NO* acklogs participate in helping catchup those backlogs.

1

...policy, Valary is issued this Written Warning due to lack of productivity (failure to produce and outcome) and failure to following instructions (failure to follow a procedural rule)

<Valary Nellum> has been given copies for the ACH Behavioral Standards, ACH Code of Conduct, EAP contact information, and <Account Analyst I Job Description>.

<Valary Nellum> understands that non-compliance with these or any other ACH or departmental policy, guideline, rule or procedure could lead to further disciplinary action including but not limited to a Performance Improvement Plan and/or discharge.

**This Written Warning and the associated penalties will be in effect for twelve (12) months from the date of issuance. Non-compliance with governing policies, rules and guidelines will be grounds for disciplinary action, up to and including discharge of employment from ACH.**

**Performance Management History:**

| Date | Previous Coaching, Written Warning or PIP - Reason |
|---|---|
| 3/11/16 | Following instruction and staying on task |
| 10/22/15 | Following instructions on team goal and low productivity |
| 7/16/15 | Following instructions on several different duties |

**Employee Assistance Program Services were offered to the employee:**
x Yes
☐ No

I understand that this is a punitive action and that I may elect to appeal through the ACH Employee Grievance Policy, where applicable. I understand that any further occurrences may subject me to further punitive action which could include another formal reprimand, disciplinary suspension without pay, involuntary demotion, or discharge.

I hereby certify that I have received a copy of this Written Warning and understand that my signature implies that I agree to take the necessary actions outlined in the document to bring my performance to an acceptable level in the timeframe noted.

Employee Signature:_____ Date:____/____/____
Signature indicates Employee has read and understands this information. Failure to sign off on this Written Warning may subject Employee to further discipline.

Manager Signature:_____ Date:____/____/____

Prepared by: HR Employee Relations
Last rev. 12/2014

2

2004

45

Witness Signature: _____    Date: ___/___/___

A copy of this signed document is to be provided to the employee, along with the ACH Code of Conduct, ACH Behavioral Standards, EAP contact information and applicable policies.

Signed document must be submitted to Human Resources for placement in the employee's ACH personnel file. Please attach additional supporting documentation and submit all documents together to Human Resources. Submit all Performance Management documents electronically to HREmployeeRelations@archildrens.org. Once Employee Relations receives the document(s), a confirmation email will be sent to the issuing manager.

4/9/16

| HUMAN RESOURCES USE ONLY. | |
|---|---|
| Signature: | Date: ___/___/___ |
| Employee Relations | |
| Internal Reference # | Entered: ☐    Audited: ☐ |

*documentation in Employee file*

This response is regarding a write up I received on 4-19-2016.

I want to first thank you for taking the time to read my response, which is in reference to Samantha Suggs write up on 4-19-2016.

I enjoy my job and I take pride in helping insure the success of the company, through my performance and dedication. I want to address 3 points, which was outline in Samantha write up.

1. Not follow instruction on 4-9-16 by not working the ZZZMCDID report

On 4-8-16 I received an email @ 8:06, with subject line "High Priority, asking anyone with backlog, which included every member on our team, to be present for work, Saturday 4-9-16, to work ZZZMCDID report. At 12:54, on the same day 4-8-16 another email with subject line "High Priority"was received, this email was regarding physicians enrollments. As you can see from the attached emails both report were titled priority. Based on the last email I received I followed those instructions.

2. Productivity: ✗ *I worked both priority emails first, then started on ZZZMCDID !*

Samantha had concerns regarding my productivity from 4-7-16 thru 4-17-16. Samantha reported 300 accounts being worked during this time period. The attachment reports show I worked over 600 physician enrollment accounts, over 296 rejections, over 125 over 90 accounts, and I also worked recoupments and extension of benefits, for two alpha splits. I respectfully disagree with her assessment of my performance during the period, in question.

I've also attached the department 2016 financial year to date collection report , which ranks me # 2 among my peers, which demonstrates my performance contribution.

3. Failure to follow instruction on hold and error claims.

I take full responsibility, for not completing my errors and holds at the end of the day. I am committed to addressing this concern. As you can see from the attached report several of my peers has the same challenges of completing errors and hold on a daily bases.

I am committed to contributing to the team success and you can count on me to continue to contribute at a higher standard.

After considering the attach finding I'm asking for this write up to be removed from my file.

Thanks for your consideration.

Respectfully,

Valary Nellum

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 16 Pages

# UNIFORM COVER PAGE
[To be used when required by Administrative Order No. 2 (g)★]

COURT: _____ COURT OF _____ COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER: *Valary Ward*

DEFENDANT/
RESPONDENT: *Children's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)): *Wanda Bilello/manager.*

★Administrative Order No 2.

(g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*uniform-cover page*

1/26/2021

Wanda
Bilello

Wanda Bilello    1-26-21
Immediate supervisor
Oct 2017 until Terminate

Wanda, promote
to Samantha
position. Did not
work as out-
patient ~~manager~~
billing specialist
different area
less experience
and productivity

Jenny quit because
she requested funds to ice
care for her terminal faitha
but Wanda-Samantha would
not approve. Thinking she
would report them. They called
her back and gave her early
retirement

chrome://media-app

**Nellum, Valary W**

From: Nellum, Valary W
Sent: Wednesday, January 03, 2018 7:51 AM
To: Bilello, Wanda X
Subject: Accepted: Brainstorm - Epic

New System
Needed Any
help with implentation

2013-2017
brainstorm
w/samantha.

2018

2019-present
brainstorm w/
Wanda.

given
innovated ideas

Never given credit
or acknowledge?
or
promoted.

# MCD ALPHA SPLIT

## OUTPT BILLER

| ALPHA | ANALYST | EXT |
|---|---|---|
| **PB ALPHA SPLIT** | | |
| A - CU | Catherine | 46722 |
| CW-HL | Tammy | 42494 |
| HO-MH | Martha | |
| MI-SE | Jayne | 46723 |
| SH-Z | Beth | 42525 |

| ALPHA | ANALYST | EXT |
|---|---|---|
| **HB ALPHA SPLIT** | | |
| A-EL | Naomi | 43354 |
| EM-KY | Derrick | 42562 |
| LA-RI | Valary | 42461 |
| RO-Z | Keon | 43680 |

WANDA BILELLO – O/P
MANAGER 42460



## CMS/DCFS/DME/SUP/APHER/DAY/HEART/HEMCL/HEMDA/ZLOHEMCL/ZLOHEMDA

| ALPHA | ANALYST | EXT |
|---|---|---|
| A-Z | Tamica Merriweather | 42762 (Training Staff) |
| A-GL | Marica Miller | 43079 |
| GM-O | Pam Allen | 42762 |
| P-Z | Faith Maggard | 4-2761 |

145

Good Morning Wanda

You asked a question in your email yesterday.

I just want you to tell the truth, you know the knowledge and skills I have as an Account Analyst. In 2017 when you became my supervisor you immediately tried to discredit what I had done, thus for, for the Outpatient Team. (Remember, I took over your alpha split when you moved to the Outpatient Specialty Team, in 2013.

A month after you became my supervisor you evaluated me, Samantha and I had been discussing my promotion for sometime, prior. I did not recieved the promotion. Samantha knew I had earned this promotion. When I asked you and Samantha why I wasn't promoted, through email, you responsed. Your description entailed the innovative move the Outpatient Team made a few months prior, that decreased our stress, over 90 accounts, and increased AR. Prior to your response your belief these ideals were Samantha. After I responded these were a few of my ideals you never responded, back. I emailed you and Samantha on numerous occasions asking for a reconsideration and there were at least 5 cancelled.

For the last 2 ½ year plus you have tried to discredit and defame my character and inspite I continue to smile and give ideals and resolve issues.

You asked the question, "What can you do?"
Be truthful, make it right, and make God proud.

Sincerely

**Nellum, Valary W**

From:          Bilello, Wanda X
Sent:          Monday, April 01, 2019 7:49 AM
To:            Nellum, Valary W
Cc:            Suggs, Samantha M
Subject:       RE: Concerns and Clarifying Processes

Good Morning Valary,

On 3/20 you brought me the issue, I agreed with the concern, thanked you and I let you know I would take it from there as I needed to research further. You did not communicate that you were going to continue the research and continue to actively work on it. Several other team members identify issues and the communication works well. If they are looping me in, we discuss but I do not ask for the examples because I do not want it mixed in with other issues. They continue the follow up and send me email updates or schedule time for follow up. I am constantly in meetings, web conferences and taking several phone calls for a variety of issues, that scheduling meetings in conjunction with sending emails is the most efficient way of communication during this time.

When you came into my office, you rushed into the office in panic. I was attempting to gather what the crucial issue was. I was trying to gather all the information you immediately started saying. Somewhere in there I heard Peter is going to call. I had to slow you down so I could gather the information that was so important to ensure I had a valid understanding of the issue before speaking with anyone. You never mentioned anything about Skype. Generally if Peter has something urgent, he gets in touch with us but I did not have a missed call or a message on my Skype.
I am still unclear on what the urgency was on the matter. Having the ability to decipher and weigh the urgency of issues is vital and needed during this stage of our Epic development.

Valary you were over excited when you came in. I needed clarity on what you were trying to communicate and I had to slow you down. I did ask you if you were talking about the issue you brought me that I had communicated that I was working on. You tried to say it was something else but it wasn't. So I had to be specific and ask you if it was on the RAD. You said yes. So at that time, I let you know that there is a process and if you were going to work on something then why would I work on it as well. You stated you had already began the email process. I tried to explain this but you weren't hearing it. The issue was that when you brought it to me on 3/20, my only understanding was that I had taken it and you were not working on it. I made sure to be clear to let you know I had it. This is important to ensure duplication of work is not taking place and so you can continue working accounts and possibly identifying other issues. I did mention about prioritizing and not just for us but for the other departments. I said, trust there is a method to the madness and it keeps everything organized. I then asked you to forward any emails you had so I could see where everything was at so I could determine the next steps.

Thank you,
Wanda

From: Nellum, Valary W
Sent: Friday, March 29, 2019 4:30 PM
To: Bilello, Wanda X <BilelloWX@archildrens.org>
Cc: Suggs, Samantha M <SuggsSM@archildrens.org>
Subject: RE: Concerns and Clarifying Processes

1

Good morning

Re: Process and Concerns

In January 2019 I came across a radiology account that was not coded. I contacted Stacy Butler (HIM Coding Manager) by phone regarding this issue she informed me that she does not code radiology accounts and they would be coding these accounts.

I transferred the account to Radiology HIM.

On January 9th 2019 I went on FMLA to care for my mom who was dying from pancreatic cancer. My mom passed February the 10th.

Upon return to work on February 28th, the Radiology account was still deferred with no resolution. I reached out to Chelsey Bouches, (Pediatric Surgery Speciality Nurse) on March 6th. (Please see attached) After which I attempted to contact Laura Wagner (Access Supervisor) Daniel Harton( Radiology Access Supervisor) and Viola Moorehead by phone. Laura called back and said I would need to contact Daniel. I explained that Daniel said she would be the one to help. Laura said she wasn't sure and would check.

On March 11th 2019, Chelsey emailed the charge ticket showing all the charges performed for the date of service in question, but she had no idea who would enter the procedure.

On March the 11th I notice the patient had the same procedure done in 2017. I reviewed this account in Meditech, and SSI and noticed we billed the procedure and was paid.

My next point of contact was Joy Abel (Cost Director) Joy said these accounts are handled by the Rad folks.

On March 20th I informed Wanda of this issue. She said she would take a look at the account and we may need a ticket. She asked for a copy of the account. Wanda asked if I would continue to defer the account, which is what I did.  We could not bill without the procedure.

On March 21st I came across several other accounts with different procedures that did not populate.  I noticed these were PHR accounts. I contacted Laura to see if there had been any resolution from the first account. Laura stated, her COM was reaching out to Heather Brady (Epiccare Ambulatory Analyst) and Toni Lynch( ) I asked could she keep me in the loop,  she cc me on her email with Heather and Toni. (See Attached)

I explained in 2017 we did the same procedure and was paid on the tech side. At this time, I contacted Joy who CC Christopher Meyers (ACH Business Manager) Joy said HIM would code these accounts. I contacted Stacy Butler by phone, she said originally RAD was responsible for coding these accounts but she has now been delegated to code. She asked if I would send accounts. I emailed the accounts and she responded after coding them.

The following day I noticed the accounts were coded but no charges on accounts. I checked under Code Integrate and nothing was entered. I contacted Jackie Harris ( PF System Analyst), she recommended calling Peter Boggard (Epic   )

I contacted Peter and explained that we had accounts being coded by HIM but the claims were not generating. I also noticed there was nothing under Code Integrated. Peter logged into my computer under Code Integrated. He agreed there was Information missing. He entered the correct information and the charge dropped.

He then reversed the entry and wanted to know if I had access. I explained this was out of my league and asked could he share this information with Samantha and Wanda.

I emailed Samantha and ended the call with Peter after telling him I would skype him with Wanda.

I immediately got up and went into Wanda's office. I began to explain that Peter wanted us to call him about the procedures not populating. She immediately cut me off and said, " I TOLD YOU I would look at the account and see if we needed a ticket". I immediately stopped talking.

I then walked out of Wanda's office embarrassed because she was rude and loud. She didn't give me a chance to explain these were different accounts and procedure not populating.

I asked a couple of people did they hear Wanda thankfully they did not. I didn't share the conversation.

Shortly after leaving Wanda's office I received a long email, requesting copies of any emails to and from Stacy. I complied and sent all emails dated back from March 6th.

My email dated March 18th to Laura Wagner was for different accounts and procedures. (See attached)

Since I originally talked to Stacy Butler in HIM after she coded the accounts, I felt obligated to let her know the accounts she coded did not generate a claim. I shared Peter's finding and explained that Wanda would handle these accounts moving forward. Stacy emailed Joy and cc me explaining there was not a charge under Code Integrated after she coded. Joy emailed back and said there was nothing else for us to do. They would handle accounts moving forward.

*[handwritten annotations across top]*

127

On April 4th I was scheduled for follow-up meeting with Chanta Well (Employee Relations Director) in Human Resources and Lekita Brown (Vice President of Revenue Cycle). The day before on April 3rd *date incorrect* this write up was uploaded.

I strongly disagree with this write up based on the information that I have regarding the accounts and procedures in question. I believe both coaching and written warning is in retaliation for meeting with Human Resource.

My intention was not to cause confusion it was only to get a resolution.

**Nellum, Valary W**

12812

129

From:          Moseley, Shalenia L
Sent:          Thursday, May 23, 2019 2:18 PM
To:            Patient Accounts
Subject:       FW: Hospital Radiology Charging Questions

Hello all,

It has been noted that our teams have had difficulty in finding the correct person to direct our radiology charging questions to. Daniel Harton, Access Supervisor for Radiology, has graciously put together and provided a contact list of contacts by radiology service for us.

Please use the below listing for Hospital Radiology **CHARGING** questions you may have while working your accounts.

Donna Hoover, Imaging Manager [x44351]
HooverD@archildrens.org

- CT
- MRI

Ryan Hill, Imaging Manager [x46243]
HillRN@archildrens.org

- Diagnostic X-Ray
- Fluoroscopy
- Ultrasound
- Nuclear Medicine

Jason Ketcher, PCM [x45123]
KetcherJM@archildrens.org

- PHR [Nursing]
- Interventional Radiology

Thanks,
Shalenia Moseley
Patient Accounts Manager
Arkansas Children's Hospital
1 Children's Way • Slot 664 • Little Rock, AR 72202
(501) 364-5395 direct • (501) 364-3558 fax
Website • Facebook • Twitter • LinkedIn

① Not only was the Medicaid confused the entire department was!

② I was wrote up in March of the visiting Human Resources for getting the answer that No One new the answer!

③ Wanda did not pass this vital information from March - May. Lost revenue wrote up for info from-

1 pa.

(1)

(102)

## Nellum, Valary W

From:          Nellum, Valary W
Sent:          Monday, August 13, 2018 2:22 PM
To:            Samantha M Suggs (SuggsSM@archildrens.org)
Subject:       FW: 7/13/18 Lunch

This email could easily be taking as if she was insinuation I was trying to stealing time

From: Bilello, Wanda X
Sent: Monday, July 16, 2018 7:29 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: 7/13/18 Lunch

Ok, Thanks.

Wanda Bilello
Outpatient Medicaid Manager, Patient Accounts
Arkansas Children's Hospital
1 Children's Way • Slot 664 • Little Rock, AR 72202
(501) 364-2460 direct • (501) 364-2438 fax
bilellowx@archildrens.org
Website • Facebook • Twitter



Arkansas
Children's
HOSPITALS • RESEARCH • FOUNDATION

*Wanda Bilello promote to samatha's position. Was not truth regarding her Experience and productivity within the department.*

From: Nellum, Valary W
Sent: Monday, July 16, 2018 7:28 AM
To: Bilello, Wanda X <BilelloWX@archildrens.org>
Subject: RE: 7/13/18 Lunch

No ma'am I did not take a lunch. I checked to see if my order was correct when Derek bought it back. I tasted my wrap an then took it with me when I left.

From: Bilello, Wanda X
Sent: Friday, July 13, 2018 1:32 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Bilello, Wanda X <BilelloWX@archildrens.org>
Subject: 7/13/18 Lunch

Valary,
When I walked by your desk today as I you had an opened lunch plate on your desk so I am assuming you took your lunch at your desk for some reason today. I understand you left early for FMLA but I need to know what time I need to clock your lunch as I do not see where you clocked out for lunch today.
Thanks,
Wanda

Nellum, Valary W

**From:** Nellum, Valary W
**Sent:** Monday, August 13, 2018 2:22 PM
**To:** Samantha M Suggs (SuggsSM@archildrens.org)
**Subject:** FW: 7/13/18 Lunch

(103)

This email could easily be taking as if she was insinuation I was trying to stealing time.

**From:** Bilello, Wanda X
**Sent:** Monday, July 16, 2018 7:29 AM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** RE: 7/13/18 Lunch

 Ok thanks

**Wanda Bilello**
Outpatient Medicaid Manager, Patient Accounts
Arkansas Children's Hospital
1 Children's Way • Slot 664 • Little Rock, AR 72202
(501) 364-2460 direct • (501) 364-2438 fax
bilellowx@archildrens.org
Website • Facebook • Twitter



**Arkansas Children's**
HOSPITALS · RESEARCH · FOUNDATION

*Everyone eat @ their desk!*

*harassment*

**From:** Nellum, Valary W
**Sent:** Monday, July 16, 2018 7:28 AM
**To:** Bilello, Wanda X <BilelloWX@archildrens.org>
**Subject:** RE: 7/13/18 Lunch

No ma am I did not take a lunch I checked to see if my order was correct when Derek bought it back. I tasted my wrap an then took it with me when I left.

**From:** Bilello, Wanda X
**Sent:** Friday, July 13, 2018 1:32 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Bilello, Wanda X <BilelloWX@archildrens.org>
**Subject:** 7/13/18 Lunch

Valary,
When I walked by your desk today at 1 you had an opened lunch plate on your desk so I am assuming you took your lunch at your desk for some reason today. I understand you left early for FMLA but I need to know what time I need to clock your lunch as I do not see where you clocked out for lunch today.
Thanks,
Wanda

i

**Wanda Bilello**
**Outpatient Medicaid Manager, Patient Accounts**
**Arkansas Children's Hospital**
1 Children's Way • Slot 664 • Little Rock, AR 72202
(501) 364-2460 direct • (501) 364-2438 fax
bilellowx@archildrens.org
Website • Facebook • Twitter



**Arkansas Children's**

HOSPITALS · RESEARCH · FOUNDATION

**Nellum, Valary W**

**From:** Nellum, Valary W
**Sent:** Friday, March 15, 2019 8:41 AM
**To:** Bilello, Wanda X
**Subject:** MEETING

Good morning Wanda

I will not be at the huddle. I have a meeting at 9.
Thanks

w/ Human
resources

Check date of w/o

1

Performance Management History: Done on 04/03/2019

3/29/19 Not following manager instruction leading to confusion among multiple departments — *after meeting*

3/18/19 Instructing team member to add modifiers without proper protocol. Caused confusion to team. Manager was not included in the email. — *See attach.*

9/12/18 Not following instruction to report issues

9/6/18 Not following instruction on workqueue communications between departments "

07/10/18 Not following instruction - Skipping Lunch

6/4/18 Not following instruction on HMS Audit Review

4/25/18 Not following instruction - Skipping lunch

4/18/18 Instructing team member to add modifiers without proper protocol

4/11/18 Not following instruction of Legacy and Epic duties

3/22/18 Project for research-not following instructions

1/8/18 Not following instruction - Skipping Lunch

9/20/17 Changing PCP referral processes with team without proper protocol ✷

4/15/16 Not following instruction regarding overtime goals

10/22/15 Not following instruction regarding overtime goals

8/24/15 Skipping Lunches - multiple requests to cease

5/11/15 Skipping Lunches

*[handwritten margin notes: 11/2/12, 128, 2018, 2011, strongly disagree, see previous documentation]*

*Compare with 2016 Bogish w/o (retaliation)*

*— Reference Shalane email —*

*✷ Issue was major loss. As Nyeu Wanda did not past this vital information to other management.*

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 8 Pages

# UNIFORM COVER PAGE
[To be used when required by Administrative Order No. 2 (g)★]

COURT: _____ COURT OF _____ COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER:    *Valary Ward*

DEFENDANT/
RESPONDENT:    *Children's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)):    *Additional /position*
*applied and denied*

★Administrative Order No 2.

    (g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

    (2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*uniform - cover page*

## Nellum, Valary W

| | |
|---|---|
| **From:** | archildrens@myworkday.com |
| **Sent:** | Tuesday, May 15, 2018 11:49 AM |
| **To:** | Nellum, Valary W |
| **Subject:** | Application Received for Financial Systems Analyst, Full Time |

### This message was sent from an External Source. Please use caution.

Dear Valary , Thank you for continuing to choose Arkansas Children's for your career choices! We have received your application for the position of R0001508 - Financial Systems Analyst, Full Time . If you are selected for an interview, you will be contacted to determine a day and time for the interview. If you have any questions about the status of your application or other open positions on our careers website, please do not hesitate to contact us via one of the methods below:

For positions at Arkansas Children's Hospital (Little Rock campus):
E-mail: jobs@archildrens.org | Tel: 501-364-1398

For positions at Arkansas Children's Northwest (Springdale campus):
E-mail: ACNWJobs@archildrens.org | Tel: 479-725-6870

Sincerely,
HR Business Partners
Arkansas Children's Recruitment & Retention

Business Process: Job Application: Valary Nellum (Internal) - R0001508 Financial Systems Analyst, Full Time (C0010072) on 05/15/2018
Subject: Valary Nellum (Internal) - R0001508 Financial Systems Analyst, Full Time (C0010072)
Click Here to view the notification details.

This email was intended for NellumVW @ archildrens.org   Manage Preferences
Arkansas Children's · One Children's Way . Little Rock AR. 72202

*2019 reviewed displinary every Leadership and hiring manager if could review both LR Campus and Springdale campus NW,*

*2 of 6*

*96*

## Nellum, Valary W

**From:** archildrens@myworkday.com
**Sent:** Tuesday, May 15, 2018 11:51 AM
**To:** Nellum, Valary W
**Subject:** Application Received for Accountant I - Specialized, Cost Accounting, Full Time, Days, Knowledge of CPT & ICD-9 codes

## This message was sent from an External Source. Please use caution.

Dear Valary , Thank you for continuing to choose Arkansas Children's for your career choices! We have received your application for the position of R0001853 - Accountant I - Specialized, Cost Accounting, Full Time, Days, Knowledge of CPT & ICD-9 codes . If you are selected for an interview, you will be contacted to determine a day and time for the interview. If you have any questions about the status of your application or other open positions on our careers website, please do not hesitate to contact us via one of the methods below:

For positions at Arkansas Children's Hospital (Little Rock campus):
E-mail: jobs@archildrens.org | Tel: 501-364-1398

For positions at Arkansas Children's Northwest (Springdale campus):
E-mail: ACNWJobs@archildrens.org | Tel: 479-725-6870

Sincerely,
HR Business Partners
Arkansas Children's Recruitment & Retention

Business Process: Job Application: Valary Nellum (Internal) - R0001853 Accountant I - Specialized, Cost Accounting, Full Time, Days, Knowledge of CPT & ICD-9 codes (C0010072) on 05/15/2018
Subject: Valary Nellum (Internal) - R0001853 Accountant I - Specialized, Cost Accounting, Full Time, Days, Knowledge of CPT & ICD-9 codes (C0010072)
Click Here to view the notification details.

This email was intended for NellumVW@archildrens.org · Manage Preferences
Arkansas Children's · One Children's Way · Little Rock AR, 72202



386

## Nellum, Valary W

| | |
|---|---|
| **From:** | archildrens@myworkday.com |
| **Sent:** | Friday, May 18, 2018 10:23 AM |
| **To:** | Nellum, Valary W |
| **Subject:** | We are unable to proceed with your application. |

# This message was sent from an External Source. Please use caution.



This e-mail box is not monitored. Please do not reply to this message.

Dear Valary , Thank you for applying to become part of our world class team of caregivers. We champion children by making them better today and healthier tomorrow - it's why Arkansas Children's is the choice for children. We have reviewed your application for the position of R0001508 - Financial Systems Analyst, Full Time . Based upon a comparison of the education listed on your application with the education requirement(s) for this position, we are unable to proceed with your application. If you have any questions about the status of your application or other open positions on our careers website, please do not hesitate to contact us via one of the methods below:

For positions at Arkansas Children's Hospital (Little Rock campus):
Email: jobs@archildrens.org | Tel: 501-364-1398

For positions at Arkansas Children's Northwest (Springdale campus):
Email: ACNWJobs@archildrens.org | Tel: 479-725-6870

Sincerely,
HR Business Partners
Arkansas Children's Recruitment & Retention

This email was intended for NellumVW @ archildrens.org · **Manage Preferences**
Arkansas Children's · One Children's Way , Little Rock AR. 72202

1

**Nellum, Valary W**

| | |
|---|---|
| From: | archildrens@myworkday.com |
| Sent: | Tuesday, May 22, 2018 1:19 PM |
| To: | Nellum, Valary W |
| Subject: | Application Received for Patient Accounts Manager, Patient Financial Services, Full Time, Days |

# This message was sent from an External Source. Please use caution.

Dear Valary , Thank you for continuing to choose Arkansas Children's for your career choices! We have received your application for the position of R0002504 - Patient Accounts Manager, Patient Financial Services, Full Time, Days . If you are selected for an interview, you will be contacted to determine a day and time for the interview. If you have any questions about the status of your application or other open positions on our careers website, please do not hesitate to contact us via one of the methods below:

For positions at Arkansas Children's Hospital (Little Rock campus):
E-mail: jobs@archildrens.org | Tel: 501-364-1398

For positions at Arkansas Children's Northwest (Springdale campus):
E-mail: ACNWJobs@archildrens.org | Tel: 479-725-6870

Sincerely,
HR Business Partners
Arkansas Children's Recruitment & Retention

Business Process: Job Application: Valary Nellum (Internal) - R0002504 Patient Accounts Manager, Patient Financial Services, Full Time, Days (C0010072) on 05/22/2018
Subject: Valary Nellum (Internal) - R0002504 Patient Accounts Manager, Patient Financial Services, Full Time, Days (C0010072)
Click Here to view the notification details.

This email was intended for Nellum, W @archildrens.org   Manage Preferences
Arkansas Children's : One Children's Way , Little Rock AR. 72202

1

**Nellum, Valary W**

| | |
|---|---|
| **From:** | archildrens@myworkday.com |
| **Sent:** | Tuesday, June 05, 2018 1:03 PM |
| **To:** | Nellum, Valary W |
| **Subject:** | We are unable to proceed with your application. |

# This message was sent from an External Source. Please use caution.



This e-mail box is not monitored. Please do not reply to this message.

Dear Valary , Thank you for applying to become part of our world class team of caregivers. We champion children by making them better today and healthier tomorrow - it's why Arkansas Children's is the choice for children. We have reviewed your application for the position of R0001853 - Cost Accounting, Full Time, Days . Based upon a comparison of the education listed on your application with the education requirement(s) for this position, we are unable to proceed with your application. If you have any questions about the status of your application or other open positions on our careers website, please do not hesitate to contact us via one of the methods below:

For positions at Arkansas Children's Hospital (Little Rock campus):
Email: jobs@archildrens.org | Tel: 501-364-1398

For positions at Arkansas Children's Northwest (Springdale campus):
Email: ACNWJobs@archildrens.org | Tel: 479-725-6870

Sincerely,
HR Business Partners
Arkansas Children's Recruitment & Retention

This email was intended for Nellum\_W @ archildrens.org · **Manage Preferences**
Arkansas Children's · One Children's Way · Little Rock, AR, 72202

1

## Nellum, Valary W

| | |
|---|---|
| **From:** | Suggs, Samantha M |
| **Sent:** | Wednesday, June 06, 2018 1:44 PM |
| **To:** | Nellum, Valary W |
| **Subject:** | Re: MANAGER POSITION |

Probably after year end. That's our big priority at this point.
Thanks, Sam

**From:** Nellum, Valary W [NellumVW@archildrens.org]
**Sent:** June 6, 2018 at 12:59:44 PM
**To:** Suggs, Samantha M
**Subject:** MANAGER POSITION

Hello Sam
Do you have any idea when you will be filing the BCBS manager position?

1

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Suggs, Samantha M |
| **Sent:** | Monday, May 21, 2018 7:40 AM |
| **To:** | Patient Accounts |
| **Subject:** | Arkansas Medicaid Outpatient Manager |

Please join me in congratulating Wanda Bilello as the new Arkansas Medicaid Outpatient Manager. She has been sitting as interim since September 2017 and has done an awesome job! She has many years (16) of experience in scheduling, registration, referrals, CMS, DCFS, DME outpatient and specialty billing. She has also taken on many extra projects including the Epic ARCR HB Insurance Follow-up Lead and has been heavily involved in process improvement for the Revenue Cycle in general.

Thanks,
Sam

Samantha Suggs
Director, Patient Financial Services
Arkansas Children's Hospital
1 Children's Way • Slot 663 • Little Rock, AR 72202
suggssm@archildrens.org
(501) 364-2577 direct
Website • Facebook • Twitter • LinkedIn



**Arkansas Children's**

HOSPITALS · RESEARCH · FOUNDATION

*Check Wanda's resume!*

*Sam lied about Wanda's experience*

*already given position 9/2017*

*9-1-17 account Manage.*



ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Mar-25 13:36:14
60CV-24-2448
C06D06 : 45 Pages

# UNIFORM COVER PAGE
[To be used when required by Administrative Order No. 2 (g)★]

COURT: _____ COURT OF _____ COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER:      *Valary Ward*

DEFENDANT/
RESPONDENT:      *Children's Hospital*

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)):      *FMLA paper work and violations*

*Administrative Order No 2.

   (g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

   (2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

*uniform - ( cover page*

08/05/2016  08:41   5013642438                 fax: 364-2438          PAGE  02/03

## Certification of Health Care Provider
### (Family and Medical Leave Act)

**FAXED 8-5-16**

Instructions to Employee: If incomplete or illegible, this certificate will be returned to you for correction. Failure to provide this certificate may: (a) delay the commencement of your leave; or (b) withdraw any designation of FMLA leave or Personal leave, in which case your leave of absence would be unauthorized, subjecting you to discipline up to and including termination.

Health Care Provider complete sections 1-9: Please provide information as it relates only to the current condition. Please complete in order to avoid potential adverse consequences for the employee. When complete this form can be faxed to a confidential fax line at (501) 364-7219.

| Employee's Name: Valay Nellum | Employee's Job Title: acct analyst |
|---|---|
| Regular Work Schedule: 7:30a- 4:00 | Employee's Job Functions: |
| Patient's Name: Valay nellum | Provide relationship: |

1. The attached sheet describes "serious health condition" under the Family and Medical Leave Act. Does the patient's condition qualify under any of the categories? Please check the category.

   (1) ☐   (2) ☐   (3) ☐   (4) ☑   (5) ☐   (6) ☐   or None of the above ☐

2. Describe the medical facts regarding the condition, (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   Headache
   Vertigo
   Abd. pain

**Employee Serious Health Condition Or Family Member's Serious Health Condition**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| 3.  Date the condition began: | Probable duration of condition: | Probable duration of the patient's incapacity (hospital, hospice, etc): |
|---|---|---|
| 12-21-2015 | lifetime | week |

*Disability Started 2015 from the abuse and retaliatory practice.*

Aug 5 2016 4:01PM   Bar[d] Family Clini[c]   No.2351   P. 1

08/05/2016   08:41   5013542438                                                PAGE   03/03

## EMPLOYEE/PATIENT'S NAME:

4. Will it be necessary for the employee to be off work intermittently or to work a less than full schedule as a result of the condition? Yes ☑  No ☐

    If yes, give the probable duration:   6 months

5. Are additional treatments necessary, including any that require the employee to work intermittently, or on a reduced schedule? Yes ☑  No ☐

    If yes, give the following:   PRN office visits

| Estimated # of treatments & period of recovery. | Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? Yes ☐  No ☑ |
| Interval between treatments: | If so, state the nature of the such treatments and expected duration of treatment: |

6. If the condition is a chronic condition or pregnancy, is the patient presently incapacitated: Yes ☐  No ☑

    What is the likely duration and frequency of episodes of incapacity?  ~~no~~ monthly

    If a regimen of continuing treatment is required under your initiation and supervision, provide a general description (prescription drugs, physical therapy requiring special equipment).
    Prescription drugs

7. Was medication, other than over-the-counter medication, prescribed? Yes ☑  No ☐

8. If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind? Yes ☑  No ☐

    If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job? (The employee should supply you with information about the essential job function). Yes ☐  No ☐

    If yes, please list the essential functions the employee is unable to perform:

Certification relating to care for the employee's seriously ill family member:

9. If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or transportation? Yes ☐  No ☐

    If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery? Yes ☐  No ☐

    If yes, probable duration the patient will need care at all times, intermittently or part-time basis:

Based on my personal evaluation of the patient's condition, the above information is accurate and complete.

Health Care Provider's Signature          (Printed) Name of Health Care Provider  Timothy Hodges MD   Date  8-5-16

Medical Specialty  FM                     Address  1145 Executive Center Drive
                                                    Little Rock, AR 72118        Phone #  501-224-5220

### AUTHORIZATION FOR RELEASE OF INFORMATION

Patient Name: _____          Parent Name: _____

Employee/Parent Signature _____          Date _____

484

08/05/2016   08:01   5013642438                                          PAGE   03/03

53

**EMPLOYEE/PATIENT'S NAME:**

4. Will it be necessary for the employee to be off work intermittently or to work a less than full schedule as a result of the condition? Yes ☑ No ☐

   If yes, give the probable duration:    6 months

5. Are additional treatments necessary, including any that require the employee to work intermittently, or on a reduced schedule? Yes ☑ No ☐

   If yes, give the following:    PRN office visits

| Estimated # of treatments & period of recovery:<br><br>Interval between treatments: | Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? Yes ☐ No ☑<br>If so, state the nature of the such treatments and expected duration of treatment: |
|---|---|

6. If the condition is a chronic condition or pregnancy, is the patient presently incapacitated: Yes ☐ No ☑

   What is the likely duration and frequency of episodes of incapacity?    monthly

   If a regimen of continuing treatment is required under your initiation and supervision, provide a general description (prescription drugs, physical therapy requiring special equipment).
   prescription drugs

7. Was medication, other than over-the-counter medication, prescribed? Yes ☑ No ☐

8. If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind? Yes ☑ No ☐

   If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job? (The employee should supply you with information about the essential job function). Yes ☐ No ☐

   If yes, please list the essential functions the employee is unable to perform:

**Certification relating to care for the employee's seriously ill family member:**

9. If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or transportation? Yes ☐ No ☐

   If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery? Yes ☐ No ☐

   If yes, probable duration the patient will need care at all times, intermittently or part-time basis:

Based on any personal evaluation of the patient's condition, the above information is accurate and complete.

| Kelley<br>Health Care Provider's Signature | of Timothy Hodges MD<br>(Printed) Name of Health Care Provider | Date  8-5-16 |
| FM<br>Medical Specialty | 1415 Executive Center Drive<br>Address  Little Rock, AR 72118 | Phone #  501-224-5220 |

**AUTHORIZATION FOR RELEASE OF INFORMATION**

Patient Name:_____          Parent Name:_____

Employee/Parent Signature_____          Date_____

PAGE  02/03

36

08/05/2016   08:41   5013642439



# Certification of Health Care Provider
## (Family and Medical Leave Act)

Instructions to Employee: If incomplete or illegible, this certificate will be returned to you for correction. Failure to provide this certificate may: (a) delay the commencement of your leave; or (b) withdraw any designation of FMLA leave or Personal leave, in which case your leave of absence would be unauthorized, subjecting you to discipline up to and including termination.

Health Care Provider complete sections 1-9: Please provide information as it relates only to the current condition. Please complete in order to avoid potential adverse consequences for the employee. When complete this form can be faxed to a confidential fax line at (501) 364-7219.

| Employee's Name: *Valary Nelson* | Employee's Job Title: *acct analyst.* |
|---|---|
| Regular Work Schedule: *7:30a- 4:00* | Employee's Job Functions: |
| Patient's Name: *Valary Nelson* | Provide relationship: |

1. The attached sheet describes "serious health condition" under the Family and Medical Leave Act. Does the patient's condition qualify under any of the categories? Please check the category.

   (1) ☐   (2) ☐   (3) ☐   (4) ☑   (5) ☐   (6) ☐   or None of the above ☐

2. Describe the medical facts regarding the condition, (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   Headache
   Vertigo
   Abd. pain

**Employee Serious Health Condition Or Family Member's Serious Health Condition**

*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.*

| 3. Date the condition began: | Probable duration of condition: | Probable duration of the patient's incapacity (hospital, hospice, etc): |
|---|---|---|
| *12-21-2015* | *lifetime* | *week* |

Mom - Yahoo Mail

Mom got her wrap

2-10-19

(89)



Sent from Yahoo Mail for iPhone

Terminal illness
Mom Diagnosed January 2018
with pancreatic Cancer
Continue harassment during this

Recieved her wings
2-10-19

117

**Mom**

Valary Nellum <valarynellum@yahoo.com>
To: Valary Nellum <valarynellum@yahoo.com>, Chit Chat With the Nellums <valarynellum@gmail.com>

valarynellum@y2.../Inbox
Feb 12 at 3:27 PM



The abuse still occuring. With
~~through~~ addetenal trauma

*Threaten my Job. MY*



**Arkansas Children's Hospital**

Attestation of Valary Nellum

I, _____, state as follows:

1. I have forwarded protected health information to my personal email account only during the month of April 2019 (I have stated that this was to respond to disciplinary action received in 2019).

2. I attested that I have read, understand and agree to abide by the Data Stewardship Assessment.

3. I understand the *Enterprise Information Security Policy and Procedure* section II.C.ii.f describes prohibited use including: "Automatically forwarding email to an external destination not specifically approved by ACI policy, Security Official, administration, or department management."

4. Choose all that apply by initialing:

____ a. Regarding the information, I sent to myself, at no time did I: *disclosed PHI*

  i. Record the information in hard copy, electronic or any other form;
  ii. Use the information in hard copy, electronic or any other form;
  iii. Distribute the information in hard copy, electronic or any other form;
  iv. Retain a copy of the information in hard copy, electronic or any other form;
  v. Communicate the information verbally or in hard copy or any other form to any person;
  vi. Transfer the information in hard copy, electronic or any other form.

____ b. Regarding the information, I sent to myself, I fully removed or fully redacted all Protected Health Information (PHI) in accordance with the De-identifying and Re-identifying Protected Health Information Policy, but may have:

  i. Recorded the information in hard copy, electronic or other form;
  ii. Used the information in hard copy, electronic or other form;
  iii. Distributed the information in hard copy, electronic or other form;
  iv. Retained a copy of the information in hard copy, electronic or other form;
  v. Communicated the information verbally or in hard copy or other form to any person;
  vi. Transferred the information in hard copy, electronic or other form

  vii. If yes to i.-vi. above, please list here the party(ies) with whom the information was shared: _____

____ c. Regarding the information, I sent to myself, I recorded, used, distributed, retained, communicated, transferred, and/or otherwise disclosed this information without fully removing or redacting PHI in accordance with the De-identifying and Re-identifying Protected Health Information Policy.

_11/5/19_____          _____
Date                                Signature

*Printed documents for defence After Notices from FMLA*

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Tuesday, January 07, 2020 8:56 AM |
| **To:** | Bilello, Wanda X |
| **Cc:** | Forbush, Dee L |
| **Subject:** | Donate ETA FMLA |

Good morning Wanda

I spoke with Dee Forbush regarding ETA donations. She stated the policy would be to notify my manager.

I would like to request a donation of ETA to cover days from 12/30/ thru 1/07/2020.

This will cover the one week elimination period to prevent any financial hardship added to my condition.

Thank you in advance.

*# never paid #*
*from — 12-30-19*
*1/2 day until*
*Return to Work*
*3/2020*

*add hardship and stress !*

**Nellum, Valary W**

_2-43_

_161_

| | |
|---|---|
| **From:** | Bilello, Wanda X |
| **Sent:** | Thursday, January 09, 2020 12:02 PM |
| **To:** | Nellum, Valary W |
| **Cc:** | Forbush, Dee L |
| **Subject:** | RE: Donate ETA FMLA |

**Importance:**     High

Hi Valary, Good Afternoon,

I am waiting on a response from Dee on what information should/can be sent to the department when the request is sent. I want to ensure that I follow HR's recommendation on information shared in an email to the entire department to safeguard the privacy of the requesting employee.

Dee, please advise and reference emails from Tuesday and Wednesday. I really need to have the email sent asap to ensure donations come in timely before payroll is due.

Thank you,
Wanda

Wanda Bilello
Patient Accounts Manager
atient Financial Services
Arkansas Children's
1 Children's Way • Slot 664 • Little Rock, AR 72202
(501) 364-2460 direct • (501) 364-2438 fax
bilellowx@archildrens.org
Website • Facebook • Twitter



Arkansas
Children's

HOSPITALS • RESEARCH • FOUNDATION

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Thursday, January 09, 2020 11:52 AM
**To:** Bilello, Wanda X <BilelloWX@archildrens.org>
**Cc:** Forbush, Dee L <ForbushDL@archildrens.org>
**Subject:** Re: Donate ETA FMLA

Good morning Wanda
Checking to see if you have approved ETA donation for the time missed.
Thanks

**From:** Nellum, Valary W
ent: Tuesday, January 7, 2020 8:56:13 AM
To: Bilello, Wanda X <BilelloWX@archildrens.org>

1

c: Forbush, Dee L <ForbushDL@archildrens.org>
Subject: Donate ETA FMLA

Jood morning Wanda

I spoke with Dee Forbush regarding ETA donations. She stated the policy would be to notify my manager.
I would like to request a donation of ETA to cover days from 12/30/ thru 1/07/2020.
This will cover the one week elimination period to prevent any financial hardship added to my condition.
Thank you in advance.

2

Forbush, Dee L <ForbushDL@archildrens.org>





Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 430-1732

January 30, 2020

Ms. Valary W. Nellum
90 GREYSTONE BLVD
CABOT, AR 72023

RE:    Short Term Disability (STD) Benefits
       Arkansas Children'S, Inc.
       Claim #: ~~9725888~~

Dear Ms. Valary Nellum:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Arkansas Children'S, Inc.'s Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On January 28, 2020, we requested medical records from Dr. Hodges This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through present from your treating provider

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Arkansas Children'S, Inc.'s STD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

We ask that you provide us with this information no later than March 13, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Leonardo Garcia
Disability Claims Case Manager
Phone No.: (800) 320-7585 Ext. 41639
Secure Fax No.: (603) 430-1732

Attachments:   Authorization

2 of 2



## Arkansas Children's

HOSPITALS · RESEARCH · FOUNDATION



February 7, 2020

Valary Nellum
90 Greystone Blvd
Cabot, AR 72023

Dear Ms. Nellum,

Our records indicate you went out on Family Medical Leave on January 1, 2020. Family Medical Leave continues for a maximum of 12 weeks. The leave available to you under FML will be exhausted on February 17, 2020. If you are able to return once your FML is exhausted, we encourage you to do so.

If you are not able to return on or before February 17, 2020, or your next scheduled shift, this will be a qualifying event that will end your benefit coverage including (medical, dental and/or vision) you have with ACH; at the end of the month. You will receive a notice from Discovery Benefits with detailed information regarding the continuation of your benefit coverage under COBRA, at an increased rate. Also, to continue any private policies you may have including: Critical Illness and Accident, Interest-Sensitive Whole Life, Cancer Select and/or Group Term Life Insurance you will need to continue making payments so those policies will not lapse.

An employee who is unable to resume the duties of his or her job at the end of FML may be granted a leave extension, subject to receipt by Unum / Arkansas Children's of acceptable medical certification from your medical provider and with director / HR approval. Requests for extended leave will be reviewed on a case by case basis. An employee on extended leave is not guaranteed to return to their same position. Please review the Arkansas Children's Family and Medical Leave Policy. A copy of the Family and Medical Leave Policy can be found in the Policy Box or you may request a copy of the policy from the Human Resources office. Section VI, paragraphs C and D state:

C. An employee must schedule an appointment with Occupational Health Services (501-364-1219) at least one (1) week prior to the expected date of his/her return to work. The completed ACH Return to Work Certification Form is to be returned to the Occupational Health Nurse at this appointment.
D. It is the employee's responsibility to notify their supervisor as well as Occupational Health if they are not able to return to work on that date.

Please contact Human Resources as soon as possible if you wish to apply for the extension under the Personal Leave Policy. Otherwise, in adherence to policy, your employment with Arkansas Children's may be terminated as of the date your FML ended.

If you have any questions, do not hesitate to contact me at (501)364-4114.

Sincerely,

Margie Hollingshead
Benefits Specialist

Cc: personnel file

PO Box 2079
Omaha, NE  68103-2079

**Discovery Benefits·**

*5 pgs*

(166)    *185*

2/12/2020

1/29/10 2:14 PM & 0001230 20200312 P9206 101 DENND1 2 e: DOM P9206 H0007 128772 00

‖ľ‖ľ₁‖₁₁₁₁‖₁₁₁₁₁‖ľ‖₁₁₁₁‖ľ‖₁₁₁₁‖₁₁₁₁₁‖₁₁₁₁₁₁‖₁₁‖ľ‖₁₁‖

VALARY NELLUM & FAMILY
90 GREYSTONE BLVD
CABOT AR 72023-8175

*Terminated
Benefits*

Dear Valary Nellum & Family:

**IMPORTANT INFORMATION:  COBRA Continuation Coverage and other Health Coverage Alternatives**

This letter contains important information about your COBRA continuation coverage rights as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage. For more information on the Health Insurance Marketplace go to www.HealthCare.gov or call 1-800-318-2596. Please read the information in this notice very carefully before you make your decision.  If you choose to elect COBRA continuation coverage, you should use the COBRA Continuation Election Form accompanying this letter or one of the other methods described in the Election Form.

Su cobertura de seguro de salud que Usted tenía por medio de su compañía ha sido cancelada. Este aviso contiene un resumen en Inglés de sus derechos para elegir a continuar su cobertura de seguro de salud. Si Usted tiene dificultad para entender cualquier parte de este aviso, debería llamar al (866) 451-3399 durante el horario de 6:00 AM a 9:00 PM lunes a viernes, a excepción de días festivos.

You are receiving this letter because on 2/17/2020 you experienced an event of a/an Reduction in Hours - End of Leave which constitutes a qualifying event under the Arkansas Childrens Inc group health plan(s) ("the plan"). As a result, your coverage, and that of your covered dependent(s), if any, will end on the date(s) set forth on the COBRA Continuation Election Form accompanying this letter.

Federal law requires that most group health plans (including this plan) give employees and their families the opportunity to continue their health care coverage through COBRA when there is a "qualifying event" that would result in a loss of coverage under an employer's plan.

**COBRA Continuation Coverage**
COBRA continuation coverage is the same coverage that the plan gives to other participants or beneficiaries under the plan who are not receiving continuation coverage. Each qualified beneficiary who elects COBRA continuation coverage will have the same rights under the plan as other participants or beneficiaries covered under the plan. Depending on the type of qualifying event, "qualified beneficiaries" can include the employee (or former employee or retired employee) covered under the group health plan, the covered employee's spouse, and the dependent children of the covered employee.

**Review Your COBRA Options Online**
You can review your COBRA options by logging into https://cobra.discoverybenefits.com or by downloading the Discovery Benefits COBRA mobile app.  You will need your registration code found in your New Member Login Notice located in this packet in order to log in.

**How to Elect COBRA Coverage**
Instructions for electing COBRA continuation coverage are provided in the enclosed COBRA Election Form.

**Other Coverage Options Besides COBRA Continuation Coverage**

00101 013 0014127659

Generally, in the case of a loss of coverage due to the end of employment or reduction in hours of employment, if elected, COBRA continuation coverage may be continued up to a total of 18 months. If, however, you become (or became) entitled to Medicare benefits less than 18 months before your termination or reduction in hours of employment, your spouse and dependents may be entitled to continue COBRA coverage up to the greater of either: (a) 36 months from the date of your Medicare entitlement; or (b) 18 months from the date of your qualifying event, or loss of coverage, whichever is later. For example, if you become entitled to Medicare eight months before the date on which your employment terminates, COBRA coverage for your spouse and eligible dependents can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months). **If you think this extension may apply, you should notify Discovery Benefits, LLC .**

### How Can You Extend the Length of COBRA Continuation Coverage?
If you elect COBRA continuation coverage and your initial qualifying event is the covered employee's termination or reduction in hours of employment, an extension of the maximum period of coverage may be available if a qualified beneficiary is disabled or a second qualifying event occurs. You must notify Discovery Benefits, LLC in writing of a disability or a second qualifying event in order to extend the period of COBRA continuation coverage. Failure to provide notice of a disability or second qualifying event will eliminate the right to extend the period of COBRA continuation coverage.

If your spouse or dependent children are qualified beneficiaries and they experience another qualifying event while receiving 18 months (or 29 months in the case of a disability extension, discussed below) of COBRA continuation coverage, they may be allowed up to 36-months of COBRA continuation coverage. A second qualifying event may include your death, divorce or legal separation or becoming entitled to Medicare benefits (under Part A, Part B, or both) or your dependent child's ceasing to be eligible for coverage as a dependent under the plan. These events extend the original maximum continuation period of COBRA continuation coverage only if they would have caused your spouse or dependent child(ren), if any, to lose coverage under the plan if the original qualifying event had not occurred. To receive this extension, you and/or your spouse and dependent child(ren), must notify Discovery Benefits, LLC In writing within 60 days of the occurrence of these events. If you fail to provide timely notice of a second qualifying event, your notification will be rejected and any additional COBRA continuation coverage beyond the original 18-month (or 29-month) period will not be offered.

### Social Security Disability Determination
If it is determined that you or any other qualified beneficiary in your family (e.g., your spouse or dependent child(ren), if any) was determined to be disabled (by the Social Security Administration) at any time during the first 60 days of COBRA coverage or before COBRA continuation coverage began and the individual is still disabled at the end of the original maximum continuation period of coverage (generally 18 months), the original maximum COBRA continuation period may be extended up to an additional 11 months for all qualified beneficiaries who elected COBRA continuation coverage on account of the initial qualifying event. This extension only applies if Discovery Benefits, LLC is notified in writing before the end of the initial maximum COBRA period (generally 18 months) and within 60 days of the later of: (1) the date the qualified beneficiary is notified of the disability determination by the Social Security Administration; (2) the date you terminated or reduced your hours of employment; and (3) the date on which coverage would be lost under the plan as a result of your termination or reduction in hours of employment. If timely written notice of the disability determination is not provided, the notification will be rejected and any additional COBRA continuation coverage beyond the original 18-month period will not be offered. If the qualified beneficiary is no longer considered disabled, any COBRA continuation coverage extended beyond the 18-month limit that would otherwise apply will be terminated for the disabled qualified beneficiary and all related qualified beneficiaries, Federal law requires that you notify Discovery Benefits, LLC of a determination by the Social Security Administration that you, your spouse, or dependent child(ren) are no longer disabled within 30 days of such a determination. For more information about extending the length of COBRA continuation coverage visit https://www.dol.gov/agencies/ebsa/workers-and-families/changing-jobs-and-job-loss.

### Early Termination of COBRA Coverage



Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended. If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

## Can I enroll in another group health plan?

You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage. If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

## What factors should I consider when choosing coverage options?

Premiums: your previous plan can charge up to 102% of total plan premiums for COBRA coverage. Other options, like coverage on a spouse's plan or through the Marketplace may be less expensive; Provider Networks: if you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network as you consider options for health coverage; Drug Formularies: If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage; Severance payments: If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options; Service Areas: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations; and, Other Cost-Sharing: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

## For More Information

This notice does not fully describe COBRA continuation coverage or other rights under the plan. More information about COBRA continuation coverage and your rights under the plan is available in the summary plan description (SPD) for your group health plan (SPD) or from the Plan Administrator. You can obtain a copy of the SPD by contacting the Arkansas Childrens Inc Human Resource Department during business hours. The SPD contains a complete description of your benefits.

If you have questions about the information in this letter or your right to COBRA continuation coverage, call 866-451-3399.

For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at (866) 444-3272. For more information about health insurance options available through a Health Insurance Marketplace and to locate an assister in your area who you can talk to about the different options, visit www.healthcare.gov.

## Keep Your Plan Informed of Address Changes

Keep Discovery Benefits, LLC informed of any changes in your or your family member's address. You should also keep a copy, for your records, of any notices you send to Discovery Benefits, LLC .

Sincerely,

Discovery Benefits, LLC

## COBRA CONTINUATION COVERAGE ELECTION FORM
### Arkansas Childrens Inc

**IMPORTANT: PLEASE RETAIN A COPY OF THIS COBRA ELECTION FORM FOR FUTURE REFERENCE.
THIS FORM CONTAINS INFORMATION ABOUT YOUR RIGHTS UNDER COBRA.**

You can elect COBRA continuation coverage in one of three ways – (1) you can log in to the member portal at https://cobra.discoverybenefits.com, (2) you can download the Discovery Benefits COBRA mobile app, or (3) you can complete and submit the enclosed COBRA Election Form to Discovery Benefits using the address provided below. Additional information regarding using the website or app to elect continuation coverage is provided in the New Member Welcome Letter (enclosed). Regardless of the method that you use, your election must be made no later than the Election Period End date ("Last Day to Elect") shown below. If the Election Form is mailed, it must be postmarked by the Last Day to Elect. If you do not elect COBRA continuation coverage on or before the Last Day to Elect, you will lose your right to elect coverage.

Important information about paying for continuation coverage is provided elsewhere in this letter. After electing COBRA coverage, payments can be made at https://cobra.discoverybenefits.com, through the Discovery Benefits COBRA mobile app, or by check/money order mailed to Discovery Benefits, PO BOX 2079, Omaha, NE 68103. Additional information is provided below.

Once you have elected and paid the full amount owed for COBRA continuation coverage, Discovery Benefits will send a notice to the carrier to reinstate your coverage (you must pay all premiums which have become due during your initial grace period). Please contact your carrier for any questions regarding your plan's coverage, member ID card or claims status.

**Please note: it can take up to 15 business days for the carrier to activate your coverage.

If you waive coverage under COBRA before the end of the enrollment period, you can change your mind and continue coverage by submitting your completed election form before the end of the enrollment period described below for each plan. However, if you change your mind after first waiving COBRA continuation coverage, your COBRA continuation coverage will begin on the date you submit the completed form.

You should read the important information about your rights included with this election form. If you have questions about COBRA or need assistance to complete your election form, please contact our Customer Service Department at (866) 451-3399 during business hours.

**Qualified Beneficiary(QB):**

Valary Nellum
90 Greystone Blvd
Cabot, AR 72023

Event Date:    2/17/2020
Event Type:    Reduction In Hours - End of Leave
Second Event: No

COBRA gives each Qualified Beneficiary the right to elect coverage independently. You, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage. In addition, you or your spouse may elect COBRA continuation coverage on behalf of any covered dependent child(ren). For example, COBRA continuation coverage may be elected for only one, several, or for all your dependent children who are qualified beneficiaries.

**Premium Information:**

| Plan Name | Coverage Level | Monthly Premium |
|---|---|---|
| BCBS AR Medical PPO | QB + Spouse | $1,018.95 |
| Delta Dental AR Plan | QB + Spouse | $52.10 |
| EyeMed Vision Care Plan | QB + 1 | $16.22 |
| | **Total Premium:** | $1,087.27 |



**Nellum, Valary W**

From:          Hollingshead, Margie E
Sent:          Wednesday, March 04, 2020 1:27 PM
To:            Nellum, Valary W
Cc:            Sturdevant, Deborah D
Subject:       RE: Insurance Coverage

Valary,
Deborah is back to work now and I am copying her on this email.

Margie

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 8:31 AM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

Good morning Margie

Who would I need to speak with regarding my denied Short Term Disability claim?

Thanks in advance
Valary

From: Hollingshead, Margie E
Sent: Monday, January 13, 2020 12:23 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Forbush, Dee L <ForbushDL@archildrens.org>
Subject: RE: Insurance Coverage

Valary,
Workday is set up to take double deductions when the employee returned from leave. If you want to pay before you return to work, you can pay by personal check or money order and send to the Benefits Office. You would need to tell us what plans you are paying for and the amount you are paying on each plan.

Thank you,
Margie

Margie Hollingshead
Benefits Specialist
Arkansas Children's Hospital
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-4114 direct • (501) 364-1168 office • (501) 364-7219 fax
hollingsheadme@archildrens.org
Website • Facebook • Twitter

1



Arkansas
Children's

HOSPITALS · RESEARCH  FOUNDATION



234

175

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Friday, January 10, 2020 12:57 PM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>
Cc: Bilello, Wanda X <BilelloWX@archildrens.org>; Forbush, Dee L <ForbushDL@archildrens.org>
Subject: Insurance Coverage

Good morning Ms Margie

I'm out on FMLA leave until 2/7/20, is there any way you can deduct my next two insurance payments from my upcoming pay period?
Thanks



*(176)*        *334*

**From:** Hollingshead, Margie E <HollingsheadME@archildrens.org>
**Sent:** Wednesday, March 04, 2020 1:27 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Subject:** RE: Insurance Coverage

Valary,
Deborah is back to work now and I am copying her on this email.

Margie

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Wednesday, March 04, 2020 8:31 AM
**To:** Hollingshead, Margie E <HollingsheadME@archildrens.org>
**Subject:** RE: Insurance Coverage

Good morning Margie

Who would I need to speak with regarding my denied Short Term Disability claim?

Thanks in advance
Valary

**From:** Hollingshead, Margie E
**Sent:** Monday, January 13, 2020 12:23 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Forbush, Dee L <ForbushDL@archildrens.org>
**Subject:** RE: Insurance Coverage

Valary,
Workday is set up to take double deductions when the employee returned from leave. If you want to pay before you return to work, you can pay by personal check or money order and send to the Benefits Office. You would need to tell us what plans you are paying for and the amount you are paying on each plan.

Thank you,
Margie

**Margie Hollingshead**
**Benefits Specialist**
**Arkansas Children's Hospital**
1 Children's Way • Slot 600 • Little Rock, AR 72202
 501) 364-4114 direct • (501) 364-1168 office • (501) 364-7219 fax
hollingsheadme@archildrens.org

3

Website • Facebook • Twitter



**Arkansas Children's**

HOSPITALS • RESEARCH • FOUNDATION

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Friday, January 10, 2020 12:57 PM
**To:** Hollingshead, Margie E <HollingsheadME@archildrens.org>
**Cc:** Bilello, Wanda X <BilelloWX@archildrens.org>; Forbush, Dee L <ForbushDL@archildrens.org>
**Subject:** Insurance Coverage

Good morning Ms Margie

I'm out on FMLA leave until 2/7/20, is there any way you can deduct my next two insurance payments from my upcoming pay period?
Thanks

4

## Nellum, Valary W

From:        Nellum, Valary W
Sent:        Thursday, March 05, 2020 8:56 AM
To:          Sturdevant, Deborah D
Subject:     RE: Insurance Coverage

Good Morning Deborah

I appealed the decision.
It has been hard to deal with my mom's death. I would not allow myself to think of her because the image in my mind would be the frail 80lbs mother that looked like a skeleton. She even lost her sight
These last two years has been devastated. She was diagnosis with pancreatic cancer in January 2018 and died February 2019. In July 2019, I was seen by occupational health regarding my headache, which resulted in a trip to the ER. My medicine dosage was increased. From July to December, my headache and anxiety increased as my mom birthday approach and the Holidays. This was the first holiday without my mom.

Two weeks prior to my continuance, disability for 12/31/2019 my headache increased, mood swing and depression. I could not have continued to perform my job successfully. For my safety, I had to take a leave.
While on my leave, I have consistently taken my Lexapro and Xanax and it has made a difference. I have come to realize I need medication at this time, which has been difficult.

What I understood from Lincoln Financial is that ACH could have accommodated my disability and this is work elated. Which is not true. My FMLA was due to the death of my mom. I have worked in patient finance for seven years and this environment has been toxic. The last two years my FMLA disability related to my mom's death.
If Lincoln financial is going to deny as work related do I need to file workers comp? Alternatively, can we get my short-term denial overturned and processed immediately?

Thanks in advance for your prompt attention.

Valary

From: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Wednesday, March 04, 2020 3:55 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

9728688 was filed on 1/24/2020
Denied on 2/10/2020
Information regarding denial determination was mailed to you by Lincoln.


**Deborah D. Sturdevant**
**HR Operations Coordinator**
**Arkansas Children's Hospital**
Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn

1



Arkansas
Children's
HOSPITALS · RESEARCH · FOUNDATION

(179)

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Wednesday, March 04, 2020 3:48 PM
**To:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Subject:** RE: Insurance Coverage

I'm not sure I don't have it with me, I'm thinking 9668688

**From:** Sturdevant, Deborah D
**Sent:** Wednesday, March 04, 2020 3:47 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>; Hollingshead, Margie E <HollingsheadME@archildrens.org>
**Subject:** RE: Insurance Coverage

Do you have a claim number? I can see two filed.

Deborah S

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Wednesday, March 04, 2020 3:45 PM
**To:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>; Hollingshead, Margie E
<HollingsheadME@archildrens.org>
**Subject:** RE: Insurance Coverage

My short term disability was denied by Lincoln financial. I'm not understanding. Can you please assist?

**From:** Sturdevant, Deborah D
**Sent:** Wednesday, March 04, 2020 3:44 PM
**To:** Hollingshead, Margie E <HollingsheadME@archildrens.org>; Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** RE: Insurance Coverage

Hi Valary,

I can try to assist you.

**Deborah D. Sturdevant**
**HR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
 Website • Facebook • Twitter • LinkedIn

2

**Nellum, Valary W**

| | |
|---|---|
| **From:** | Nellum, Valary W |
| **Sent:** | Monday, March 09, 2020 7:56 AM |
| **To:** | Brantley, Toni R |
| **Subject:** | Short Term Disability |

Good morning Toni

Can you please help with my claim? My original claim 9728688 denied. I was unclear as to why considering my condition. Deborah stated my claim is in current "review status". Not sure how the review will turn out, just wondering if there is anything you can do to speed this process.

Thanks in advance for your prompt attention

---

**From:** Nellum, Valary W
**Sent:** Monday, March 09, 2020 7:47 AM
**To:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Subject:** RE: Insurance Coverage

Thank you
I will contact Toni Brantley

---

**From:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Sent:** Thursday, March 05, 2020 9:26 AM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** RE: Insurance Coverage

I have checked with Lincoln and your appeal is currently in the review process.

All work related injuries should be addressed by Occupational Health. If you feel this is work related, you should contact Toni Brantley.

Deborah S

---

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Thursday, March 05, 2020 8:56 AM
**To:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Subject:** RE: Insurance Coverage

Good Morning Deborah

I appealed the decision.
It has been hard to deal with my mom's death. I would not allow myself to think of her because the image in my mind would be the frail 80lbs mother that looked like a skeleton. She even lost her sight.
These last two years has been devastated. She was diagnosis with pancreatic cancer in January 2018 and died February 2019. In July 2019, I was seen by occupational health regarding my headache, which resulted in a trip to the ER. My

1

medicine dosage was increased. From July to December, my headache and anxiety increased as my mom birthday approach and the Holidays. This was the first holiday without my mom.

*181*

wo weeks prior to my continuance, disability for 12/31/2019 my headache increased, mood swing and depression. I could not have continued to perform my job successfully. For my safety, I had to take a leave.
While on my leave, I have consistently taken my Lexapro and Xanax and it has made a difference. I have come to realize I need medication at this time, which has been difficult.

What I understood from Lincoln Financial is that ACH could have accommodated my disability and this is work related. Which is not true. My FMLA was due to the death of my mom. I have worked in patient finance for seven years and this environment has been toxic. The last two years my FMLA disability related to my mom's death.
If Lincoln financial is going to deny as work related do I need to file workers comp? Alternatively, can we get my short-term denial overturned and processed immediately?

Thanks in advance for your prompt attention.

Valary

From: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Wednesday, March 04, 2020 3:55 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

9728688 was filed on 1/24/2020
Denied on 2/10/2020
Information regarding denial determination was mailed to you by Lincoln.

## Deborah D. Sturdevant

**HR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn



HOSPITALS • RESEARCH • FOUNDATION

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 3:48 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Subject: RE: Insurance Coverage

I'm not sure I don't have it with me, I'm thinking 9668688

2

*5 37*

From: Sturdevant, Deborah D
Sent: Wednesday, March 04, 2020 3:47 PM
o: Nellum, Valary W <NellumVW@archildrens.org>; Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

*(182)*

Do you have a claim number? I can see two filed.

Deborah S

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 3:45 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>; Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

My short term disability was denied by Lincoln financial. I'm not understanding. Can you please assist?

From: Sturdevant, Deborah D
Sent: Wednesday, March 04, 2020 3:44 PM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>; Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

Hi Valary,

' can try to assist you.

## Deborah D. Sturdevant
**HR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn


Arkansas Children's
HOSPITALS · RESEARCH · FOUNDATION

From: Hollingshead, Margie E <HollingsheadME@archildrens.org>
Sent: Wednesday, March 04, 2020 1:27 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Subject: RE: Insurance Coverage

/alary,
Deborah is back to work now and I am copying her on this email.

3

Margie

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 8:31 AM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

Good morning Margie

Who would I need to speak with regarding my denied Short Term Disability claim?

Thanks in advance
Valary

From: Hollingshead, Margie E
Sent: Monday, January 13, 2020 12:23 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Forbush, Dee L <ForbushDL@archildrens.org>
Subject: RE: Insurance Coverage

Valary,
Workday is set up to take double deductions when the employee returned from leave.  If you want to pay before you return to work, you can pay by personal check or money order and send to the Benefits Office.  You would need to tell us what plans you are paying for and the amount you are paying on each plan.

Thank you,
Margie

Margie Hollingshead
Benefits Specialist
Arkansas Children's Hospital
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-4114 direct • (501) 364-1168 office • (501) 364-7219 fax
hollingsheadme@archildrens.org
Website • Facebook • Twitter



From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Friday, January 10, 2020 12:57 PM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>
Cc: Bilello, Wanda X <BilelloWX@archildrens.org>; Forbush, Dee L <ForbushDL@archildrens.org>
Subject: Insurance Coverage

4

(184)

787

Good morning Ms Margie

'm out on FMLA leave until 2/7/20, is there any way you can deduct my next two insurance payments from my upcoming pay period?
Thanks

5

**Nellum, Valary W**

| | |
|---|---|
| From: | Nellum, Valary W |
| Sent: | Wednesday, March 11, 2020 1:33 PM |
| To: | Sturdevant, Deborah D |
| Cc: | Ask Benefits |
| Subject: | RE: Insurance Coverage |

Yes,I understand
That makes since.
Can someone from Human Resources speed the process, or is there any assistance available until benefits are paid?

From: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Wednesday, March 11, 2020 12:58 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

My apologies, I should have explained better. The claim is still closed but the appeal is still being reviewed and has not updated the claim out of closed status.
I will reach out to see how long an appeal review is expected to last. Does that make sense?

Deborah S

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 11, 2020 12:53 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

My appeal was submitted February 10th
Wednesday per our conversation the claim was in "review status".

From: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Wednesday, March 11, 2020 12:39 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

I will sure try. The claim is currently in closed status. When did you submit the appeal?

Thanks,

Give me your feedback on our service

**Deborah D. Sturdevant**
R Operations Coordinator

1

*186*    *209*

**Arkansas Children's Hospital**
Children's Way • Slot 600 • Little Rock, AR 72202
01) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn


Arkansas
Children's
HOSPITALS · RESEARCH · FOUNDATION

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 11, 2020 12:30 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

Good morning Debra

Can you follow up with Lincoln Financial? I have been without pay since January. This is causing hardship.

Thanks in advance for your assistance

rom: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Thursday, March 05, 2020 9:26 AM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

I have checked with Lincoln and your appeal is currently in the review process.

All work related injuries should be addressed by Occupational Health. If you feel this is work related, you should contact Toni Brantley.

Deborah S

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Thursday, March 05, 2020 8:56 AM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Subject: RE: Insurance Coverage

Good Morning Deborah

I appealed the decision.
It has been hard to deal with my mom's death. I would not allow myself to think of her because the image in my mind would be the frail 80lbs mother that looked like a skeleton. She even lost her sight
These last two years has been devastated. She was diagnosis with pancreatic cancer in January 2018 and died February 2019. In July 2019, I was seen by occupational health regarding my headache, which resulted in a trip to the ER. My

2

medicine dosage was increased. From July to December, my headache and anxiety increased as my mom birthday approach and the Holidays. This was the first holiday without my mom.

wo weeks prior to my continuance, disability for 12/31/2019 my headache increased, mood swing and depression. I could not have continued to perform my job successfully. For my safety, I had to take a leave.
While on my leave, I have consistently taken my Lexapro and Xanax and it has made a difference. I have come to realize I need medication at this time, which has been difficult.

What I understood from Lincoln Financial is that ACH could have accommodated my disability and this is work related. Which is not true. My FMLA was due to the death of my mom. I have worked in patient finance for seven years and this environment has been toxic. The last two years my FMLA disability related to my mom's death.
If Lincoln financial is going to deny as work related do I need to file workers comp? Alternatively, can we get my short-term denial overturned and processed immediately?

Thanks in advance for your prompt attention.

Valary

From: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Wednesday, March 04, 2020 3:55 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

9728688 was filed on 1/24/2020
Denied on 2/10/2020
Information regarding denial determination was mailed to you by Lincoln.

**Deborah D. Sturdevant**
**HR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn



From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 3:48 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Subject: RE: Insurance Coverage

I'm not sure I don't have it with me, I'm thinking 9668688

3

From: Sturdevant, Deborah D
Sent: Wednesday, March 04, 2020 3:47 PM
To: Nellum, Valary W <NellumVW@archildrens.org>; Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

Do you have a claim number? I can see two filed.

Deborah S

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 3:45 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>; Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

My short term disability was denied by Lincoln financial. I'm not understanding. Can you please assist?

From: Sturdevant, Deborah D
Sent: Wednesday, March 04, 2020 3:44 PM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>; Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

Hi Valary,

I can try to assist you.


## Deborah D. Sturdevant
**HR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn






From: Hollingshead, Margie E <HollingsheadME@archildrens.org>
Sent: Wednesday, March 04, 2020 1:27 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Subject: RE: Insurance Coverage

Valary,
Deborah is back to work now and I am copying her on this email.

4

*57 9..*

*189*

---

**ellum, Valary W**

---

| | |
|---|---|
| **From:** | Sturdevant, Deborah D |
| **Sent:** | Wednesday, March 11, 2020 1:59 PM |
| **To:** | Nellum, Valary W |
| **Cc:** | Williams, Janis H |
| **Subject:** | RE: Insurance Coverage |

I am not aware of any additional assistance that is available.

Give me your feedback on our service

## Deborah D. Sturdevant
**HR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way ● Slot 600 ● Little Rock, AR 72202
(501) 364-2113 direct ● (501) 364-1219 office ● (501) 364-6810 fax
Website ● Facebook ● Twitter ● LinkedIn



---

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Wednesday, March 11, 2020 1:33 PM
**To:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Cc:** Ask Benefits <AskBenefits@archildrens.org>
**Subject:** RE: Insurance Coverage

Yes,I understand
That makes since.
Can someone from Human Resources speed the process, or is there any assistance available until benefits are paid?

---

**From:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Sent:** Wednesday, March 11, 2020 12:58 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Ask Benefits <AskBenefits@archildrens.org>
**Subject:** RE: Insurance Coverage

My apologies, I should have explained better. The claim is still closed but the appeal is still being reviewed and has not updated the claim out of closed status.
I will reach out to see how long an appeal review is expected to last. Does that make sense?

1

Deborah S

om: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 11, 2020 12:53 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

My appeal was submitted February 10th
Wednesday per our conversation the claim was in "review status".

From: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Sent: Wednesday, March 11, 2020 12:39 PM
To: Nellum, Valary W <NellumVW@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

I will sure try. The claim is currently in closed status. When did you submit the appeal?

Thanks,

Give me your feedback on our service

## Deborah D. Sturdevant
IR Operations Coordinator
Arkansas Children's Hospital
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn



Arkansas
Children's

HOSPITALS • RESEARCH • FOUNDATION

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 11, 2020 12:30 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Cc: Ask Benefits <AskBenefits@archildrens.org>
Subject: RE: Insurance Coverage

Good morning Debra

Can you follow up with Lincoln Financial? I have been without pay since January. This is causing hardship.

Thanks in advance for your assistance

2

*(191)*

**From:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Sent:** Thursday, March 05, 2020 9:26 AM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** RE: Insurance Coverage

I have checked with Lincoln and your appeal is currently in the review process.

All work related injuries should be addressed by Occupational Health. If you feel this is work related, you should contact Toni Brantley.

Deborah S

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Thursday, March 05, 2020 8:56 AM
**To:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Subject:** RE: Insurance Coverage

Good Morning Deborah.

I appealed the decision.
It has been hard to deal with my mom's death. I would not allow myself to think of her because the image in my mind would be the frail 80lbs mother that looked like a skeleton. She even lost her sight
These last two years has been devastated. She was diagnosis with pancreatic cancer in January 2018 and died February 2019. In July 2019, I was seen by occupational health regarding my headache, which resulted in a trip to the ER. My medicine dosage was increased. From July to December, my headache and anxiety increased as my mom birthday approach and the Holidays. This was the first holiday without my mom.

Two weeks prior to my continuance, disability for 12/31/2019 my headache increased, mood swing and depression. I could not have continued to perform my job successfully. For my safety, I had to take a leave.
While on my leave, I have consistently taken my Lexapro and Xanax and it has made a difference. I have come to realize I need medication at this time, which has been difficult.

What I understood from Lincoln Financial is that ACH could have accommodated my disability and this is work related.  Which is not true. My FMLA was due to the death of my mom. I have worked in patient finance for seven years and this environment has been toxic. The last two years my FMLA disability related to my mom's death.
If Lincoln financial is going to deny as work related do I need to file workers comp?  Alternatively, can we get my short-term denial overturned and processed immediately?

Thanks in advance for your prompt attention.

Valary

**From:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Sent:** Wednesday, March 04, 2020 3:55 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Subject:** RE: Insurance Coverage

9728688 was filed on 1/24/2020
Denied on 2/10/2020
Information regarding denial determination was mailed to you by Lincoln.

3

$\mathcal{S}/\mathcal{G}\mathcal{G}$ -

(192)

Deborah D. Sturdevant
HR Operations Coordinator
Arkansas Children's Hospital
1 Children's Way • Slot 600 • Little Rock, AR 72202
(501) 364-2113 direct • (501) 364-1219 office • (501) 364-6810 fax
Website • Facebook • Twitter • LinkedIn



HOSPITALS · RESEARCH · FOUNDATION

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 3:48 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>
Subject: RE: Insurance Coverage

I'm not sure I don't have it with me, I'm thinking 9668688

From: Sturdevant, Deborah D
Sent: Wednesday, March 04, 2020 3:47 PM
To: Nellum, Valary W <NellumVW@archildrens.org>; Hollingshead, Margie E <HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

Do you have a claim number? I can see two filed.

Deborah S

From: Nellum, Valary W <NellumVW@archildrens.org>
Sent: Wednesday, March 04, 2020 3:45 PM
To: Sturdevant, Deborah D <SturdevantDD@archildrens.org>; Hollingshead, Margie E
<HollingsheadME@archildrens.org>
Subject: RE: Insurance Coverage

My short term disability was denied by Lincoln financial. I'm not understanding. Can you please assist?

From: Sturdevant, Deborah D
Sent: Wednesday, March 04, 2020 3:44 PM
To: Hollingshead, Margie E <HollingsheadME@archildrens.org>; Nellum, Valary W <NellumVW@archildrens.org>
Subject: RE: Insurance Coverage

Hi Valary,

I can try to assist you.

4

**Deborah D. Sturdevant**
**.IR Operations Coordinator**
**Arkansas Children's Hospital**
1 Children's Way ● Slot 600 ● Little Rock, AR 72202
(501) 364-2113 direct ● (501) 364-1219 office ● (501) 364-6810 fax
Website ● Facebook ● Twitter ● LinkedIn



**From:** Hollingshead, Margie E <HollingsheadME@archildrens.org>
**Sent:** Wednesday, March 04, 2020 1:27 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Sturdevant, Deborah D <SturdevantDD@archildrens.org>
**Subject:** RE: Insurance Coverage

Valary,
Deborah is back to work now and I am copying her on this email.

Margie

**From:** Nellum, Valary W <NellumVW@archildrens.org>
**Sent:** Wednesday, March 04, 2020 8:31 AM
**To:** Hollingshead, Margie E <HollingsheadME@archildrens.org>
**Subject:** RE: Insurance Coverage

Good morning Margie

Who would I need to speak with regarding my denied Short Term Disability claim?

Thanks in advance
Valary

**From:** Hollingshead, Margie E
**Sent:** Monday, January 13, 2020 12:23 PM
**To:** Nellum, Valary W <NellumVW@archildrens.org>
**Cc:** Forbush, Dee L <ForbushDL@archildrens.org>
**Subject:** RE: Insurance Coverage

Valary,
Workday is set up to take double deductions when the employee returned from leave. If you want to pay before you return to work, you can pay by personal check or money order and send to the Benefits Office. You would need to tell is what plans you are paying for and the amount you are paying on each plan.

Thank you,




Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-4190

March 27, 2020

Ms. Valary W. Nellum
90 GREYSTONE BLVD
CABOT, AR 72023

RE:     Short Term Disability (STD) Benefits
        Arkansas Children'S, Inc.
        Claim #: ⬛⬛⬛88

Dear Ms. Valary Nellum:

Lincoln Financial Group is responsible for managing claims for benefits under Arkansas Children's, Inc.'s. Group's Short Term Disability Plan.

We are in process of reviewing your appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new evidence before a decision is rendered on your appeal.

Please find enclosed a copy of the physician review dated March 24, 2020 which is new evidence in connection with your appeal. You may review the clinical review and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter, we will proceed with making a determination on your appeal.

The 21-day period will expire on April 16, 2020. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 603-334-4190. If you prefer email you can use the email address of, disabilitydocuments@lfg.com If you will not be responding to the review, please advise us in writing immediately.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by April 16, 2020, we will render a determination based on the information contained in your file.

If you have any questions regarding this matter, please contact me.

# Sarah Sicher, MD

CLAIMANT NAME: Nellum, Valary
EXAMINER: Sarah Sicher, MD
ECN #: 145140-1
CLAIM #: 9728688
DATE OF LOSS: 01/01/2020
DATE OF SERVICE: 3/64/2020

## Peer Review

This is a peer review regarding Nellum, Valary. On behalf of ECN I reviewed 19 pages including records from 12/31/2019 through 01/30/2020 including: Psych NT (Extending from 12/31/2019 to 01/16/2020), Psych Treatment Plan (01/27/2020) by Christina Allen, LPC (Licensed Professional Counselor); OV (01/06/2020), Certification of Health Care Provider (01/30/2020) by James Timothy Hodges, MD (Family Medicine).

The claimant is a 55-year-old female with a history of adjustment disorder with mixed anxiety and depressed mood.

2/12/20, letter from the claimant states that her mother was diagnosed with advanced pancreatic cancer in January 2018. The claimant reports that her conditions warranted another trip to the doctor in July of 2019 and her anxiety and headaches increased. In Dec. 2019, she reports that she explained to her therapist that she is running away from acceptance of her mother's death. She reports that concentration at work became difficult. She is currently taking Xanax and escitalopram.

Psychotherapy PR-2, 12/31/19, Christina Allen, LPC (Licensed Professional Counselor): The claimant reports severe headaches that feel overwhelming, which affects her functioning and mood.

OVN, 1/6/20, James Timothy Hodges, MD (Family Medicine): The claimant reports increased stress at work and a toxic work environment. She has no suicidal plan. She states that she is not able to work and grieve the loss of her mother. Plan: renew Xanax.

Psychotherapy PR-2, 1/16/20, Christina Allen, LPC (Licensed Professional Counselor): The claimant reports that her headaches have suddenly been alleviated, but she does not feel herself. She states that working at her job makes her feel sick and she cannot work in that environment.

Certificate of Health, 1/30/20, James Timothy Hodges, MD (Family Medicine): The claimant has depression and anxiety causing headaches, decreased concentration, and trouble completing tasks. She is not able to perform any job functions.

OVN, 1/30/20, James Timothy Hodges, MD (Family Medicine): The claimant would like to stay off work. She is taking Lexapro, Xanax, and going to counseling.

196

**DIAGNOSES:** Adjustment Disorder with Mixed Anxiety and Depressed Mood; Major Depressive Disorder; Headache.

**RESPONSE TO QUESTIONS:**

1.    **Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).**

N/A

2.    **If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

F43.23 Adjustment disorder with mixed anxiety and depressed mood; F33.1 major depressive disorder

R51 Headache.

3.    **Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 1/1/2020 to - 3/1/2020, and comment on the expected duration.**

The medical records reflect that the claimant in this case is a 55-year-old female with a history of adjustment disorder with mixed anxiety and depressed mood. 2/12/20, letter from the claimant states that her mother was diagnosed with advanced pancreatic cancer in January 2018. The claimant reports that her conditions warranted another trip to the doctor in July of 2019 and her anxiety and headaches increased. In Dec. 2019, she reports that she explained to her therapist that she is running away from acceptance of her mother's death. She reports that concentration at work became difficult. She is currently taking Xanax and escitalopram. Psychotherapy PR-2, 12/31/19, Christina Allen, LPC (Licensed Professional Counselor) notes that the claimant reports severe headaches that feel overwhelming, which affects her functioning and mood. OVN, 1/6/20, James Timothy Hodges, MD (Family Medicine) notes that the claimant reports increased stress at work and a toxic work environment. She has no suicidal plan. She states that she is not able to work and grieve the loss of her mother. Plan: renew Xanax. Psychotherapy PR-2, 1/16/20, Christina Allen, LPC (Licensed Professional Counselor) notes that the claimant reports that her headaches have suddenly been alleviated, but she does not feel herself. She states that working at her job makes her feel sick and she cannot work in that environment. Certificate of Health, 1/30/20, James Timothy Hodges, MD (Family Medicine) states that the claimant has depression and anxiety causing headaches, decreased concentration, and trouble completing tasks. She is not able to perform any job functions. OVN, 1/30/20, James Timothy Hodges, MD (Family Medicine) notes that the claimant would like to stay off work. She is taking Lexapro, Xanax, and going to counseling. While the claimant does have episodes of reported depression and anxiety

after the death of her mother, mental status examinations do not show any abnormal thought patterns, abnormal speech, psychomotor slowing, impairments in insight or judgment, or suicidal ideation/homicidal ideation. In addition, despite complaints of any inability to concentrate at work, there is no documentation of any neuropsychological testing to support any cognitive deficits. Furthermore, there is a lack of objective findings upon mental status examinations that would preclude that claimant from work activities or daily functioning. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine, and any medication or other treatment side effects, there is no supported level of impairment that would translate into restrictions and limitations from - 1/1/2020 to - 3/1/2020

    **a.**    **If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

    See rationale above.

**4.**    **Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, the treatment provided is consistent with the standard of care for the apparent level of severity of the condition. No, there is not any evidence that the claimant is not compliant with treatment that meets the standard of care.

**5.**    **Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

Yes, it is noted that the claimant is grieving her mother's death.

**6.**    **Please contact Dr. Timothy Hodges and discuss diagnoses, restrictions and limitations, treatment opportunities and reason(s) behind work absence.**

Phone call to Dr. Hodges' office - Tuesday, 3/24/20, 12:35PM, left a message at Barg Family Clinic with front desk receptionist, Karen S.

Phone call to Dr. Hodges' office - Wednesday, 3/25/20, 2:13PM, left a message at Barg Family Clinic with appointment scheduler, Amanda S.

Sincerely,

Sarah Sicher, MD
Board certified Psychiatrist
Medical License CA A138989

*Response to life in fire* (1)

Remedia training after returning from FMLA limited to WORK Q that generates less than $5,000 a day when we have millions of dollars in other work queues, getting reading to be past file deadline.

Disciplinary action given by Wanda Biello= continuing harassment and retaliation.

**05/29/2019 to 06/02/2020  11** alleged violation not following instruction after filing charges with EEOC 04/2019

7 violations regarding time and attendance- I've never had a problem with attendance. The majority of these days are FMLA e-mails from Wanda on attendance.
2- Working remotely- Janeth Lowe Smith- witness Wanda calling other team members in her office regarding remote working, except me. I shared this with Lekita Brown and Samantha Suggs and asked her to speak with JS and Derek Hines.
2- Billing issue-directive- late bills and next step billing

1. One- Attendance report violation on 05/29/2019- I forgot to send a screenshot of attendance to Wanda in a 12 month period. Verify if other team members sent report for 12 months.
2. Four-Obtaining approved dates of absence for updating the system????? 06/03/2019, 08/06/2019, 04/3/2019 & 06/02/2020 -not sure. Side- Clock in 20 days a month out of the 20 days you miss punch 1. The only way this will be a problem if you are looking and picking. I ask that you check if other team members have made any corrections, from 06/03/2019 to present ( Wanda adjusting my time and others prior) I suggested talking with other team members regarding their time. Verify other team member miss punch
3. One- not following instruction- Directive on next step billing questions on 05/30/2019????
4. One-Team directive workflow on late bills- 12/31/2019 Team was instructed incorrectly- email on corrections sent out.
5. Two- Not following instruction 03/25/2020 and 03/26/2020- working remotely- called each individual in her office with instruction and guidelines, asked Lekita to speak to Janeth Lowe and Derek Hines to verify. Also voice my concerns with Chanta Wells and Samantha regarding Wanda bullying behavior toward me. JL and DH witness and shared with Samantha
6. Two- Not following instructions on call in procedure 05/13/2020- called Wanda left message on office phone 05/12/2020 that i will not be in I was going to be tested, and 05/15/2020- left early- bad headache-  No occurrence on these days- Close family member test positive for COVID-



February 12,2020

Good morning

This appeal is in response to my recent claim denial 9728688.

In the beginning there indeed was a mix up regarding "who" meaning Unum whose contract ended with Arkansas Children's Hospital on 12/31/2019 ot Lincioln Financial whose contract began 01/01/2020. Unum handled the job protection side of the FMLA and Symetra handled the short-term disability both contracts termed 12/31/19. Effective January 1,2020 Lincoln Financial would now handle both, job protection and short term.

It was unclear after working less then two hours on 12/31/2019, if this would be considered a full day of work counted as last or 1st day of disability my initial contact with Lincoln Financial was January 7th. I open two claims job protection # 9693599 and short term 9663000.  My short term disability claim # 9693599 handled by Valerie Jurkiewicz for Continuance Absence was approved 1/14/2020 from 01/01/2020 through 01/14/2020 and on January 30,2020 approved through 2/07/2020, updated certification thru 03/02/2020 has been submitted.

After three weeks of consistent contact with Lincoln Financial the short-term disability department stated my original claim # 9663000 was closed at my request, And a new claim # 9728688 was open and  a new medical certification and medical records from Dr Hodges (primary care) and Christina Hopkin Allen (therapist) beginning with 12/31/2020 date of service and after has been requested

I'm not sure if you received any information regarding my prior Intermittent FMLA approval from Unum.

In January 2018 at the age of 73 my mom was diagnosed with advanced pancreatic cancer. From January 2018 through February 2019, I watched my mom go from a women's size 12 to a child's 10. It was never determine if she develop two additional cancers after finding additional cells in her breast and brain alone with the pancreatic cancer. Before she transition the cancer became to grown on the outside of her skin in addition she lost her sight. Imagine!

In July of 2019 my conditions warranted another trip to the doctor with increase med dosages. After which, leading up to my mom's birthday September 30th, Thanksgiving and Christmas my anxiety, and headaches increase. I had several episodes during this time. Everything bothered me from trying to grief and work related issues. At time my work related issues made it harder as I'm trying to process this devastating ordeal of loosing my mom.

When I visited my therapist December 31st 2019. I explained how I'm running away from acceptance of my mother's death because it's painful to relive, my consistent headaches with minimum relieve and other issues both personal and professional that are becoming hard to deal with as I was able to in the past. She suggested I look for another job and she shared her experience of working in a toxic work place how it affected her unknowingly. My concentration at work had become difficult during this time.

The first three weeks of my leave I took my medicine every other day which helped slightly but I had a great deal of anxiety with my mom's one year anniversary approaching February 10,2020 and going back to work, my doctor extended my leave through March 2, 2020 and I'm now taking both Xantac and Escitalopram daily. Sometime the tough get weak and broken, It bothers me considering I'm normally the strong one.

As I'm writing this appeal I my head is pounding. This is too much considering my condition.

Please reconsider. If you have any other question from me please contact me via email.

Please see attached photos.