# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VALARY WARD**                                                                 **PLAINTIFF**

v.                          No. 4:24-cv-360-DPM

**ARKANSAS CHILDREN'S
HOSPITAL; GENA WINGFIELD;
LEKITA BROWN; SAMANTHA
SUGGS; and WANDA BILELLO**                              **DEFENDANTS**

## ORDER

This case is closely related to other consolidated cases recently decided in the Eastern District of Arkansas, *Ward v. Arkansas Children's Hospital*, Case No. 4:20-cv-385-LPR (E.D. Ark. 18 August 2022) and *Ward v. Arkansas Children's Hospital*, Case No. 4:20-cv-1436-LPR (E.D. Ark. 18 August 2024).  In the interest of judicial economy and consistent rulings, the Clerk of the Court is directed to immediately transfer this case to the United States District Judge Lee P. Rudofsky by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2024