# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VALARY WARD**                                                                            **PLAINTIFF**

**v.**                           **Case No. 4:24-cv-00360-LPR**

**ARKANSAS CHILDREN'S HOSPITAL; GENA WINGFIELD; LEKITA BROWN; SAMANTHA SUGGS; and WANDA BILELLO**                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today (Doc. 13), it is CONSIDERED, ORDERED, and ADJUDGED that all claims brought by Plaintiff are dismissed with prejudice.

IT IS SO ADJUDGED this 17th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE