IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALARY WARD**                                                                             **PLAINTIFF**

v.                                    **Case No. 4:24-cv-00360-LPR**

**ARKANSAS CHILDREN'S HOSPITAL, et al.**                                **DEFENDANTS**

**ORDER**

On January 17, 2025, this Court issued an Order directing Plaintiff to (1) respond to Defendants' Motion for Sanctions, and (2) show cause why she did not violate Federal Rule of Civil Procedure 11 and why the Court should not impose sanctions against her.[1] Plaintiff did not respond. On February 27, 2025, the Court entered an Order concluding (*inter alia*) that Plaintiff violated Federal Rule of Civil Procedure 11(b)(1) because her Complaint was filed for an improper purpose.[2]

The Sanctions Order requires Plaintiff to pay a monetary sanction of $500 and "Defendants' reasonable expenses, including attorneys' fees, associated with moving to dismiss the instant case and moving for sanctions in the instant case."[3] The Sanctions Order directed Defendants to provide the Court, within seven days, a proposed order and supporting declaration identifying their reasonable expenses, including attorneys' fees, incurred in moving to dismiss and moving for sanctions in this case.[4]

On March 4, 2025, Defendants complied with the Court's directive and submitted a proposed order and declaration from Daveante Jones supporting the Defendants' reasonable

---

[1] Order (Doc. 15).

[2] Sanctions Order (Doc. 17).

[3] *Id.* at 2.

[4] *Id.*

expenses, including attorneys' fees, incurred in moving to dismiss and moving for sanctions in this case.[5]

The Court, having reviewed and considered the Declaration of Daveante Jones and being familiar with the case, finds and orders that Defendants are awarded a judgment against Plaintiff in the amount of $4,065.50 for attorneys' fees and $418.39 in costs incurred in connection with their Motion to Dismiss and Motion for Sanctions.[6]

IT IS SO ORDERED this 28th day of April 2025.

                                                                               _____
                                                                               LEE P. RUDOFSKY
                                                                               UNITED STATES DISTRICT JUDGE

---

[5] *See* Jones Decl. (Doc. 18).

[6] The Court concludes that the fees and costs are reasonable as to rate and necessity of expense. If Ms. Ward believes that the fee award is calculated incorrectly or is otherwise improper, she may file a motion for reconsideration within 14 days of the date of this Order. If any of her arguments are persuasive, the Court will reconsider the amount of this award.